CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7368
nicholas.parker3@usdoj.gov

Attorneys for United States of America

FILED
Oct 08 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULRAHMAN ALFOZAN,<br><br>Defendant. | NO.: 3:26-mj-71329 MAG<br><br>MOTION TO SEAL<br><br>**UNDER SEAL** |

The United States, by and through its counsel, Assistant United States Attorney Nicholas Parker, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the criminal complaint, the arrest warrant, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the defendant's arrest. Indeed, the defendant, his wife, and a third family member have booked one-way tickets from San Francisco to Saudi Arabia (via Istanbul) for Monday, October 12, 2026, and the defendant has the means—and will have an incentive—to flee the United States sooner if he learns about this case before he is arrested.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be

permitted to share these documents as necessary to comply with its discovery obligations, and with the the Federal Bureau of Investigation and any other law enforcement and intelligence agencies as may be necessary for investigative purposes.

DATED: October 8, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Nicholas Parker*
NICHOLAS M. PARKER
Assistant United States Attorney