CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7368
nicholas.parker3@usdoj.gov

Attorneys for United States of America

**FILED**
**Oct 08 2026**
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
ABDULRAHMAN ALFOZAN,
Defendant.

NO.: 3:26-mj-71329 MAG

~~[PROPOSED]~~ SEALING ORDER

**UNDER SEAL**

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the criminal complaint, the arrest warrant, and all attachments in the above-referenced case shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office, which is permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation and any other law enforcement and intelligence agencies as may be necessary for investigative purposes.

The arrest warrant is hereby unsealed after it has been executed. **IT IS SO ORDERED**.

DATED: October 8, 2026

HON. ALEX G. TSE
United States Magistrate Judge