CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7368
nicholas.parker3@usdoj.gov

Attorneys for United States of America

FILED

Oct 13 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULRAHMAN ALFOZAN,<br><br>Defendant. | CASE NO. 3:26-MJ-71329 MAG<br><br>**UNITED STATES' *EX PARTE* APPLICATION TO UNSEAL COMPLAINT; [~~PROPOSED~~] ORDER** |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Complaint in the above-captioned matter. The sole defendant, Abdulrahman Alfozan, is presently in custody and will make his initial appearance in federal court on October 13, 2026.

DATED: October 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Nicholas Parker*
NICHOLAS M. PARKER
ERIC CHENG
Assistant United States Attorneys

**[PROPOSED] ORDER**

On motion of the United States, the Court HEREBY ORDERS that the Complaint in the above-captioned matter be unsealed.

**IT IS SO ORDERED**.

DATED: October 13, 2026

HON. ALEX G. TSE
United States Magistrate Judge