CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7368
nicholas.parker3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULRAHMAN ALFOZAN,<br><br>Defendant. | CASE NO. 3:26-MJ-71329 MAG<br><br>**CERTIFICATION OF ORGANIZATIONAL VICTIM** |

Pursuant to Fed. R. Crim. P. 12.4(a)(2) and Crim. L.R. 12.4-2(a), the undersigned certifies that the following organization is a victim of the alleged criminal activity charged herein: **OpenAI OpCo, LLC**, which is a subsidiary of OpenAI Global, LLC. No publicly held corporation has a financial interest in OpenAI OpCo, LLC of 10 percent or more.

As to the parent company of OpenAI OpCo, LLC, the following publicly held corporation has a financial interest of 10 percent or more in OpenAI Global, LLC: Microsoft Corporation.

DATED: October 13, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
NICHOLAS M. PARKER
ERIC CHENG
Assistant United States Attorneys