# INDEX OF EXHIBITS TO DEFENDANT'S MOTION FOR PRETRIAL RELEASE

*United States v. Alfozan, No. 3:26-mj-71329 (N.D. Cal.)*

**Exhibit A** Letters in support from eight named writers, with index

**Exhibit B** Letters in support from forty-six additional community members (B-1 through B-46), with index

**Exhibit C** Turkish Airlines e-ticket receipt, reservation U6MWNL (transaction date Sept. 14, 2026, Istanbul time)

**Exhibit D** Form N-400, Application for Naturalization (filed July 10, 2025)

**Exhibit E** USCIS Form I-797 receipt notice for Form N-400 (July 10, 2025)

**Exhibit F** USCIS notice scheduling naturalization interview for Nov. 6, 2026 (notice dated Oct. 1, 2026)

**Exhibit G** USCIS Form I-797 approval notice and Employment Authorization Document of Lujain Alassaf (valid Aug. 14, 2025 to Aug. 13, 2026) [FILED UNDER SEAL]

**Exhibit H** Leave-administrator notice of paternity leave dates (return to work Dec. 21, 2026)

**Exhibit I** CES 2027 registration confirmation (Sept. 26, 2026)

**Exhibit J** Letter from the Consulate General of the Kingdom of Saudi Arabia, Los Angeles, to U.S. Pretrial Services (Oct. 16, 2026) (non-issuance of travel documents)

**Exhibit K** Letter from the Consulate General of the Kingdom of Saudi Arabia, Los Angeles, to defense counsel (Oct. 14, 2026) (undertaking to cover bail bond)

**Exhibit L** L-1: Summary of airline bookings in Mr. Alfozan's email, Jan. 2021 to Oct. 2026; L-2: sample one-way itinerary (Rome to Riyadh, July 31, 2023)

**Exhibit M** Letter of Lujain Alassaf to the Court (Oct. 16, 2026), with attachments [FILED UNDER SEAL]

# EXHIBIT A

Letters in support from eight named writers, with index

# Character Letters in Support of Abdulrahman Alfozan

United States v. Alfozan, No. 3:26-mj-71329

| # | Name | City | Relationship |
|---|---|---|---|
| 1 | Abubakar Abid | Milpitas, CA | MIT dormmate and former housemate; 15 years |
| 2 | Ihssan Tinawi | Walnut Creek, CA | Friend since MIT and former colleague; 12 years |
| 3 | Ali Abdalla | San Francisco, CA | MIT friend and former housemate; 13 years |
| 4 | Ismail Breiwish | Santa Clara, CA | Friend and former housemate; since 2018 |
| 5 | Nour Eldifrawy | San Francisco, CA | Mentee and friend; 14 years |
| 6 | Mubeen Ahmad | Fremont, CA | Friend; 10 years |
| 7 | Dr. Areeba Abid | Stanford, CA | Family friend; nearly a decade |
| 8 | Erik Johnson | Somerville, MA | MIT classmate and close friend; 15 years |

Personal phone numbers, email addresses, and the names of Mr. Alfozan's wife and son have been redacted.

October 15, 2026
Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Abubakar Abid, and I live in Milpitas, California. I have known Abdulrahman Alfozan for 15 years as a dear friend, ever since we met during our freshman year in 2011 at the Massachusetts Institute of Technology (MIT). At MIT, Abdulrahman lived in the same dorm as me for 3 years and we'd often see and visit each other, as we took many of the same classes and participated in similar extracurricular activities. Throughout our undergraduate, Abdulrahman stood out for his exceptional kindness and selflessness. He would go out of his way to teach other students computer science concepts, spend many hours advising and helping us debug our projects. I recall him volunteering his time and expertise to improve the websites of various student groups on campus as well.

After graduating from MIT, our connection continued as we both relocated to the Bay Area to pursue our careers in technology. We shared a townhouse together in Mountain View as housemates. Living with Abdulrahman for 2 years gave me a direct view into his character, reliability, and work ethic. He was consistently responsible and meticulous in everything he handled whether managing household responsibilities or excelling in his demanding engineering work. During those formative years, several of us in the house were working long hours to launch early-stage technology startups. Despite having his own full-time job, Abdulrahman regularly volunteered his evenings and weekends to review our work, troubleshoot systems, and provide invaluable technical guidance to the rest of us. He did this purely out of generosity and loyalty to his friends, expecting absolutely nothing in return.

Over the past decade, I have watched Abdulrahman build a stable, honorable, and deeply rooted life here in the Bay Area. We have had many dinners together, our families have formed a close bond, our wives have become good friends, he visited us to celebrate the birth of my daughter, and he has been like a caring uncle to both of my children. Most recently, I saw Abdulrahman a few months ago at the baby shower of his son [redacted]. He invited us into his beautiful home where he and many of our mutual friends organized games and lunch for his wife [redacted], and prepared a warm, supportive environment to welcome their child. Seeing him step into fatherhood made it unmistakably clear that his priority in life is to provide a grounded, dependable, and loving home for his family.

Thank you very much, Your Honor, for your time and for considering my perspective on Abdulrahman's character and life. Should the Court require any further information or wish to speak with me directly, I remain fully available at the contact information provided below.

Sincerely,

Abubakar Abid
Phone: [redacted] | E-mail: [redacted]

Ihssan Tinawi
Walnut Creek, CA
[redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
450 Golden Gate Avenue, San Francisco, CA

Re: *United States v. Alfozan*, No. 3:26-mj-71329

Dear Judge Tse,

I am writing in support of Abdulrahman Alfozan's release to his home while his case proceeds. I met Alfozan at MIT in 2014, while we were both studying there, and I have known him for twelve years, through college and into our careers. I am sharing only what I know of him personally.

Alfozan has been a reliable presence in my life throughout that time. When I was applying for jobs out of college, he gave me a mock interview to help me prepare. He has consistently offered career advice and helped me build my skills.

When I graduated in 2019 and moved to the Bay Area, he offered me a place to stay at his house and offered the use of his car while I got settled. He extended the same offer to several of my friends, whom he had not known before. That generosity is typical of him.

We also worked together for over three years at one of his previous startups. He was an incredibly reliable teammate, and I could always count on him to complete his tasks on the projects we collaborated on.

He has built lasting friendships and a long career in the United States. He has also talked with me about his plans to start his own company here, which reflects his long term plan to build a career in Silicon Valley.

Based on my experience of him, I am confident Alfozan would comply with any conditions the court sets, including appearing at every hearing.

I take no position on the matter before the court. I only wish to share who he has been in my life. Thank you for your consideration.

Respectfully,

Ihssan Tinawi

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Ali Abdalla, I'm a founder of a startup called Shotwell and have lived in the Bay Area for 7 of the past 9 years. I'm writing this letter in support of Abdulrahman Alfozan, who I've known for 13 years, and who I'm lucky to call a friend.

I first met Abdulrahman at MIT, where we both went for undergrad, and he quickly became someone I looked up to. He was incredibly kind, helpful, and down to earth. When I graduated, I moved to Mountain View to work at Tesla, and I lived with him for a year. He was a delight to be around, always excited to help and make himself useful.

When I started my first company, a small startup called Gradio, we reached out to Abdulrahman to help us with a lot of the early work. He spent a ton of time and effort just to help us out. It was something I won't ever forget, and I respected him then and respect him now for it. He really contributes so much to the world around him, and you'll find that level of impact throughout his entire career.

Over the past decade, I've been to countless events, gatherings, and outings with him in this city he calls home. I remember the housewarming, the baby shower, all the Ramadan meals… I'm sure I'm forgetting more than I can remember. He's been deeply invested in the Bay Area for the past decade, always down to make a new friend, or help an old one. This is home for him.

I will always consider myself lucky to be his friend. I trust him to keep his word, and hope the court can take into account his great character, and his roots in the Bay.

Sincerely,

Ali Abdalla
Founder, Shotwell
San Francisco, CA

October 14, 2026

Honorable Alex G. Tse
United States Magistrate Judge
Re: *United States v. Alfozan*, No. 3:26-mj-71329

Dear Judge Tse,

My name is Ismail Breiwish. I live in Santa Clara, California, and I work as a Systems Engineer at Tesla. I am writing to share who I know Abdulrahman to be.

I have known Abdulrahman since 2018 through a shared group of friends here in the Bay Area. We spent a lot of time together, often at his house with other friends. In 2021, I lived with him in the same house for four months, so I got to know him day to day, not just at social events.

Living with someone shows you who they really are. Abdulrahman was one of the most hardworking and sincere people I have known. He took care of things around the house and made sure everything was in order without anyone asking him to. He is genuine, and he cared about me as a person, not just as a housemate. Having seen him every day during that time, I can say with confidence that he is trustworthy.

Abdulrahman has lived here for more than a decade, and this is his home. He just had a child. Over the years I have seen him at more weddings, birthdays, and community gatherings than I can count. His family, his friends, and his whole life are here.

Based on everything I know about him, I am confident he would follow any conditions the Court sets and show up whenever he is required to.

Thank you for your time and consideration.

Sincerely,

Ismail Breiwish
Santa Clara, CA
Systems Engineer, Tesla

October 15, 2026
Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Nour Eldifrawy, and I am the co-founder of Shotwell.ai. I live in San Francisco, and have lived in the Bay Area since 2013. I graduated from UC Berkeley in 2018 with a degree in Materials Science and Engineering. I am writing in support of Abdulrahman Alfozan's character, whom I have known for a long time.

I first met Abdulrahman Alfozan when I was a high school student in Boston, back in 2012. I was part of an MIT mentorship program for highschool students interested in STEM, which is where I met Abdulrahman. His curiosity and humbleness stood out to me and also inspired me; it made me believe in myself and my abilities.

During my senior year of high school, my family moved to the Bay Area. Abdulrahman continued to be a source of kindness and lightness in my life. When I was checking out Berkeley as a school, he accompanied me, and quickly made friends with many of the students there at the time, helping break the ice for me as an incoming freshman

And Abdulrahman has always been a pillar of support for his friends. He has never shied away from being there, and offering advice. We've spent countless hours at his place playing Super Smash Bros. He constantly checks in on my cat, and sent a very thoughtful message when she passed. These small gestures are typical of him; everyone knows him as considerate and thoughtful.

In the past 14 years of knowing Abdulrahman, 13 of which have been in the Bay Area, I have never had a single bad thing to say about him. I have only known him to be trustworthy and kind. I respectfully ask the Court to consider his character and his deep roots in this community, I have no doubt he will follow any condition the Court sets.

Respectfully,

Nour Eldifrawy,
San Francisco, CA

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Mubeen Ahmad, and I've lived in the Bay Area for the last ten years while working as a Crash and Multiphysics Simulation engineer and now Manager at Tesla. I was born in Queens, NY and earned my bachelor's in mechanical engineering from Georgia Tech. I am writing in support of Abdulrahman Alfozan, a highly respectable and honorable individual whom I've known for ten years.

I met Abdulrahman through mutual friends while he resided near my apartment in Palo Alto and then Mountain View. Abdulrahman and his housemates were incredibly hospitable; they would invite friends often for game nights, hackathons, dinners, and spontaneous hangouts.

Abdulrahman always made it a point to ask me how I was doing and how things were going in my life and why I didn't visit him more often. He was always like an older brother to me, every time we met. I always looked forward to my conversations with him because I knew they'd be intriguing and educational. I know him as one of the most honest and equitable people; he was always in a good mood, talkative, and inquisitive.

I've personally witnessed him build his life in the Bay Area for the last decade. He was working at elite companies, creating value through startups, and most recently got married. Shortly after he had his first child. He is a core part of our friend group who established himself here and was constantly helping others settle here.

Abdulrahman is a stand-up guy, simply put. I've never had a single doubt about his character or demeanor. I am confident he will comply with every condition this Court sets and appear at every proceeding. I respectfully ask the Court to consider his character and his deep roots in this community.

Regards,

Mubeen Ahmad
Manager, Crash Structures & Multiphysics Analysis
Fremont, CA
[redacted]

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Dr. Areeba Abid. I am a resident physician at Stanford Hospital's Department of Emergency Medicine.

I am writing to vouch for the ties that Abdulrahman Alfozan has to our Bay Area community. I met Abdulrahman through my oldest brother, who was his close friend in college. Abdulrahman has been a friend to my family since he moved to the Bay Area many years ago. He has been a reliable presence at our trivia nights, kids' birthdays, and weddings for almost a decade. I have always known him to be very social and friendly, eager to crack a joke and make others smile.

Abdulrahman is part of a tight knit community here in the Bay that any young person transplanting to California would dream of being a part of. His friends here all spent their formative years together, built their careers alongside each other, roasted each other at their weddings, and now are raising their children here together.

I respectfully ask the Court to consider his family and his deep connections to our community.

Respectfully,

Areeba Abid, MD

Honorable Alex G. Tse United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102
Re: United States v. Alfozan, No. 3:26-mj-71329

My name is Erik Johnson. Professionally I am a Subject Matter Expert within Electrical Engineering at Commonwealth Fusion Systems. I live in Somerville, Massachusetts.

I met Abdulrahman Alfozan (Fozan) during our first week at MIT in 2011. To be completely honest, after my first encounter, I was originally not inclined to pursue a relationship due to his difficult accent for me. However, he approached me a few days later and I will forever be thankful. Although we came from worlds apart, me having grown up in West Michigan, we quickly bonded over nerdy humor and our shared curiosity of the world. Fozan is the most curious person I know. What makes him an amazing friend is that his curiosity extends outwards beyond the countless hours he has spent reading Wikipedia or for example watching the week-by-week history of WW2. It finds its fullest joy when it interacts with the lives of his friends and those in need.

Throughout college and after, his curiosity to understand what I am working on, or personal challenges, or even of my extended family, was an invaluable source of encouragement and companionship. Being undecided in my major, he heavily influenced and helped to cultivate my love for electrical engineering by being a great classmate in our introductory courses and then regularly supporting my hobby projects with feedback and assistance. Outside of engineering, we have enjoyed reading and discussing a wide variety of topics together, helping each other build a compassionate and shared understanding of our world.

When I had the privilege of giving a speech at his wedding in 2023, the crux of what I shared is that Fozan lives his life as a gift. St. John Paul II framed this fundamental law; "*that man finds himself only through a sincere gift of himself".* Fozan has personified this law through his interest in the success of others and by being always prepared to drop everything he is doing to help someone. From tutoring, to offering guidance on a project, or providing personal advice, I have seen him be a dependable friend and a source of help to even those who did not know him. Extending his actions in a personal way, he loves to give small gifts or send short videos that are unique to the many recipients. Simple gestures that he is thinking of others amongst his many responsibilities.

Even though we now live across the country, I know that Fozan is an integral part of his local community. With great joy he shared with me the recent arrival of his son. In conversations with him in the past couple of months, we have shared of our gardening efforts at our homes and new fabrication techniques that will hopefully revive the building of more aesthetic architecture of our local communities.

To be present at this hearing, I had to cancel personal commitments and miss an important professional day that is fully dedicated to the design of my company's first clean-energy fusion power plant. I did this without hesitation because I know that without Fozan in my life, I would most assuredly be in a very different place.

I wholeheartedly trust that Fozan will continue to have an unmeasurable positive impact. He has a good heart, and I trust that he will abide by the conditions that the court sets as he remains a committed friend and source of joy to me, his family and countless others in his local community.

Sincerely,

Erik Johnson, October 15th, 2026
[redacted], [redacted]

# EXHIBIT B

Letters in support from forty-six additional community members (B-1 through B-46), with index

# EXHIBIT B - INDEX OF LETTERS (writer's first name and stated location)

**B-1** Yousef (New Jersey)

**B-2** Reem (Los Altos, CA)

**B-3** Omar (San Francisco Bay Area)

**B-4** Shadab (Not stated)

**B-5** Talal (Not stated)

**B-6** Afra (San Francisco, CA)

**B-7** Abdullah (Cambridge, MA)

**B-8** Ammar (New Jersey)

**B-9** Ahmad (Michigan)

**B-10** Aljohara (Not stated)

**B-11** Anas (Texas)

**B-12** Faisal (San Francisco Bay Area)

**B-13** Farhan (San Francisco, CA)

**B-14** Mohammed (San Francisco Bay Area)

**B-15** Naina (Not stated)

**B-16** Samreen (San Jose, CA)

**B-17** Ali (Berkeley, CA)

**B-18** Wasay (San Jose, CA)

**B-19** Abdullah (Oakland, CA)

**B-20** Ali (Not stated)

**B-21** Faisal (Not stated)

**B-22** Majeed (Cupertino, CA)

**B-23** Meshal (San Francisco Bay Area)

**B-24** Ebraheem (Not stated)

**B-25** Abdulhakim (Not stated)

**B-26** Mehmet Efe (Irvine, CA)

**B-27** Ibrahim (Not stated)

**B-28** Mohamed (Texas)

**B-29** Aneeqa (San Francisco Bay Area)

**B-30** Myra (San Bruno, CA)

**B-31** Abdulwahab (Not stated)

**B-32** Arwa (Oakland, CA)

**B-33** Dhaif (Belmont, CA)

**B-34** Faris (Not stated)

**B-35** Mohammad (California)

**B-36** Name withheld (Not stated)

**B-37** Motasim (Not stated)

**B-38** Fayed (San Bruno, CA)

**B-39** Yazan (Stanford, CA)

**B-40** Zuhayeer (California)

**B-41** Harith (New Jersey)

**B-42** Abdulmajeed (Not stated)

**B-43** Hend (San Francisco, CA)

**B-44** Sarah (San Jose, CA)

**B-45** Nasruddin (California)

**B-46** Zaki (San Francisco, CA)

October 15, 2026

The Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is [redacted]. My American mother and Saudi father raised me in Saudi Arabia before I came to the States for college in 2012. Since then, I met my loving wife, worked in various tech companies, spent time in the Bay Area, and finally settled down in New Jersey [redacted], happily live.

I know Fozan from my time as an undergraduate at MIT between 2012 and 2016, and then worked with him remotely on a startup called Nash in 2022. Throughout that time, Fozan remained the warm, sarcastic, and nerdy person that I met during my freshman year in college. As a freshman, he gave me advice, brought me to various events, and we worked closely together to run MIT's first Middle East and North Africa career fair in 2015. We weren't the closest friends and lost touch after graduation, but he was always kind, curious, and quirky. In 2022, I started helping a friend on a startup on the side. Fozan happened to be one of the founding engineers and we had a few weeks of work together. Six years out of college and he was still the same kind and honest person I met as a freshman.

I cannot attest to his current situation, having been out of touch for a few years, but I can attest to his upright character. Fozan is the last person I'd imagine to do anything malicious, vindictive, harmful, or unlawful. When I heard the news of his arrest, I couldn't believe it. Even after all the publicity, I cannot reconcile the curious and awkward tinkerer I've known on and off for over a decade with what's being portrayed. Fozan was never motivated by money, politics, or ideology. In fact, we differed on many of those and Fozan never let that affect how he treated others and the high moral standards he set for himself.

It's not my place to speak to the case itself or the accusations. I pray and trust that the justice system will uncover the truth. I implore the court to recognize his history of integrity and attestations of family and friends to his trustworthiness when evaluating his character and considering his conditions of release throughout the duration of this case.

Respectfully,

SIGN [redacted]

Yousef [redacted]
[redacted]
[redacted] NJ
[redacted]

October 15, 2026
Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

My name is [redacted] I am writing this letter in support of Abdulrahman Alfozan's bail at his upcoming hearing.

I have known Abdulrahman since 2018. I first met him through a friend in the Bay Area at a Saudi community gathering. He was very welcoming and hospitable introducing me to everyone at the gathering. Since then, I have attended many social gatherings he has hosted and celebrated many events together including birthdays, baby showers and national holidays. He always offered a helping hand at these events whether it's during setup, clean up or anything in between. Over the years, he has become a close family friend. Many of these events and gatherings would be outdoors at parks and I would bring my [redacted] kids. They love playing with him ball or frisbee and talking to him. He is genuinely a very kind and caring person.

After he got married in 2023, he was excited to introduce his wife to the community. She became a close friend as well. They would always talk and ask about raising a family here in the Bay Area. When they were expecting their first newborn, Abdulrahman was eager to learn about everything from hospitals and doulas to finding the safest baby gear. Abdulrahman is a responsible individual, beloved by the community and always strives to do the right thing.

I am confident that Abdulrahman has strong ties in the community, poses no danger, and will honor all conditions of bail release. Abdulrahman was always there for family and friends and we are here now for him. I would like to thank the court for considering Abdulrahman's character and community ties while considering granting bail.

Respectfully,

[redacted]

Reem [redacted]

Los Altos, California
[redacted]

October 15, 2026
Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

My name is Omar [redacted] I am a serial entrepreneur and investor in Silicon Valley, and a proud father of [redacted]. I have lived in the Bay Area for the last 23+ years. [redacted]. I am writing this in support of AbdulRahman AlFozan, a dear friend, whom I had the honor and pleasure of knowing both personally and professionally for almost 12 years. He is also a fellow Silicon Valley entrepreneur and fellow [redacted]

AbdulRahman is a unique personality, unlike anyone I have ever met. He is a brilliant engineer that is very social, likeable, and outgoing. This unique combination of skills and traits has helped him succeed at another level. He has a great passion for entrepreneurship and entrepreneurs. Beyond driving his own business, he loved immersing himself in the startup community, always ready to offer guidance and a helping hand to fellow entrepreneurs. As an entrepreneur myself, every time I needed advice or introductions, AbdulRahman was one of the top people I reached out to, and he was always there when needed.

I believe that AbdulRahman has been a positive contributor to the Bay Area community through both his social work and his professional work. For all the years I have known him, he has been nothing but law-abiding. I have every reason to believe that he will comply with all the Court's demands and requirements.

Respectfully,

[redacted]

Omar [redacted]

[redacted]

October 15, 2026
Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

My name is Shadab [redacted] and I am writing in support of Abdulrahman Alfozan.

I graduated from MIT [redacted] and I have built my career in the technology industry, including working at [redacted] Throughout my personal and professional journey, Abdulrahman has been a consistent source of support, guidance, and encouragement.

What I have always admired about Abdulrahman is his genuine kindness and dependability. He is someone who shows up for the people in his life, offers thoughtful advice, and sincerely wants to see others succeed. His friendship has meant a great deal to me, and he has helped me navigate challenges and important transitions with greater confidence. He is the kind of person people can turn to when they need someone they can trust. Alfozan has always made time for others, whether by offering thoughtful advice, making professional introductions and referrals, or simply encouraging the people around him and celebrating their successes.

I believe Abdulrahman has deep and meaningful ties to his community, built through years of friendships, professional relationships, and the positive impact he has had on others. Based on the person I have known, I trust him to take his responsibilities seriously.

I hope the Court will take into consideration Abdulrahman's character, his contributions to those around him, and the meaningful personal, professional, and community ties he has built over the years.

Thank you for your time and consideration.

Respectfully,
Shadab [redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102
**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Talal [redacted] I am an Assistant Professor at the University [redacted] I am writing this letter to provide a personal character reference for Abdulrahman Alfozan. Who I have known for more than five years.

I first met Abdulrahman through a mutual friend during my time studying at Stanford. Throughout these years, I have come to know him as a well-respected, compassionate, and inspiring individual who has made a positive difference in the lives of many people around him.

Professionally, Abdulrahman has always demonstrated an exceptional commitment to hard work, learning, and personal development. Beyond his professional achievements, what has always stood out to me is not simply his success, but his willingness to share his knowledge and experience with others. He has consistently demonstrated a genuine passion for learning, improving himself, and helping those around him succeed.

During my PhD at Stanford, Abdulrahman was one of the people who encouraged and motivated me to work hard and strive for academic excellence. His words of encouragement gave me confidence and reminded me of the importance of perseverance and dedication. I have also witnessed him inspire young professionals and support entrepreneurs in developing their start-up businesses by sharing his experience and offering guidance. Abdulrahman has always been someone people could turn to for support and encouragement.

Beyond his professional life, Abdulrahman has always been a warm, welcoming, and generous person. He would regularly invite friends to his home and make everyone feel comfortable and included. As expatriates living far away from our families, we often found ourselves missing the opportunity to celebrate important occasions with our loved ones, especially Eid. Abdulrahman understood this feeling and took the initiative to organize gatherings during Eid, bringing together friends and their families so that we could celebrate together and feel a sense of belonging despite being far from home.

One memory has stayed with me. On one occasion, we were gathered at Abdulrahman's home, and I had brought my son, who had just turned [redacted] old. When Abdulrahman realized that it was my son's birthday, he immediately arranged a cake and candles so that we could celebrate the occasion together with our friends. It was a thoughtful and spontaneous gesture that turned an ordinary gathering into a truly memorable day for my family. This small but meaningful moment reflects the consideration and kindness I have repeatedly witnessed in Abdulrahman over the years.

Your Honor, my confidence in Abdulrahman's ability to comply with the Court's conditions is based on the years I have known him and the consistent sense of responsibility, consideration for others, and commitment he has demonstrated in his personal and professional life. I believe he understands the seriousness of his current circumstances and the importance of respecting the Court's authority and following its directions. I would expect him to take any conditions imposed by the Court seriously, including attending all required hearings and returning to Court whenever instructed

Thank you for your time and consideration.

Respectfully,

[redacted]

**Talal** [redacted]

[redacted]

October 15, 2026
Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Honorable Judge Tse,

My name is Afra [redacted] I live in San Francisco [redacted]. I am writing in support of Abdulrahman Alfozan, whom I have known for five years through our mutual friends here in the Bay Area.

Over the past five years, we have crossed paths regularly at gatherings, celebrations, and dinners with the friends we share. In all that time, he has been consistently kind, respectful, and thoughtful. He listens well, speaks with care, and makes people feel welcome, whether he is with close friends or meeting someone new. I have never seen him act in any way other than considerate and composed.

This year, he and his wife welcomed their baby just a couple of months after my husband and I welcomed ours. That shared experience brought our families closer. We spent many conversations swapping stories, advice, and hopes for our children's futures as they settled into the Peninsula and we settled into life here in San Francisco. He spoke about his child with a love and sense of responsibility that moved me. He talked about the home he wants to build, the values he hopes to pass on, and the community he wants his family to grow up in.

His life, his friendships, and his family's future are here in the Bay Area. What stands out most to me is how seriously he takes being a present, devoted husband and father, and I have seen that in how he talks about his family and how he carries himself.

Respectfully

Afra [redacted]
San Francisco, CA
[redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Abdullah [redacted]. I am an MBA student at the MIT Sloan School of Management. I lived in the Bay Area from 2014 to 2019 while studying at Stanford University. I am writing in support of Abdulrahman Alfozan, whom I have known for ten years.

I first met Abdulrahman in 2016, when he came to Friday prayer during a visit to Stanford. From that first meeting, I noticed his optimism and how readily he offered to help people he had just met. Over the following decade, he became a mentor to me and to many others, guiding us in our careers and in our personal growth.

In 2017, when I was interviewing for jobs in the Bay Area, Abdulrahman reviewed my résumé, gave me specific feedback on my preparation, and referred me to people across his network. Years later, when I applied to MIT's MBA program, I went to him again and again for advice about the campus culture, people I should speak with, and ways to strengthen my application. Each time, he made himself available and gave me thoughtful, practical advice. I cannot think of a single time I asked for his help and did not receive it.

Abdulrahman is a central figure in the Bay Area Arab community and an active part of the region's technology and innovation community. After I finished my undergraduate studies, every time I came back to visit he brought together large groups of friends. Through those gatherings, he introduced me to humble, ambitious and curious people who remain part of my life today. He has a rare gift for bringing people together and bringing out the best in them.

Every time I visit the Bay Area, I see Abdulrahman thriving there: building, contributing and bringing his community together. He is a devoted husband, a dutiful son and brother, and someone his friends and community depend on.

I trust Abdulrahman and am confident that he will comply with every condition this Court sets and appear at every proceeding. I respectfully ask the Court to consider his character and the deep roots he has built in this community.

Respectfully,

Abdullah [redacted]
MBA Candidate, MIT Sloan School of Management
Cambridge, Massachusetts
[redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Ammar [redacted] I work [redacted] technology company. I live in [redacted] New Jersey, and previously lived in the Greater Boston Area for 11 years where I worked as a software engineer [redacted] and studied at the Massachusetts Institute of Technology (MIT). I am writing in support of Abdulrahman Alfozan, whom I have known as a close friend for over 10 years.

I first met Abdulrahman in 2015 while I was pursuing my Master's degree at MIT. One of the main characteristics that shine for Abdulrahman is his kindness: not only is he kind with his words, but also with his time in helping me and others. He is also very attentive to people's needs, even without being asked: he proactively reached out to me several times when he noticed that I needed some help with my academic work I was struggling with.  I loved working with him so much that I hired him as a contractor for my budding tech startup at the time. Because his motivation was mostly to help me, he refused to accept anything beyond a nominal fee that was way below what his contributions were worth.

Since then, Abdulrahman regularly reached out to me to just say hi and check in on how I was doing. He always talked about how happy he was in California and how he wanted to bring his fiance there. So when he invited me to his wedding in 2023, I was more than happy to attend. It was a beautiful affair and many many friends from different stages in his life, including MIT, came to celebrate the momentous occasion. The big showing of friends showering their love and happiness for him was a strong testament to his character.

I trust him completely and I am confident he will comply with all the Court's conditions and he will appear in all the proceedings. I respectfully ask the Court to please consider his character.

Respectfully,

[redacted]

Amma [redacted]
[redacted]
[redacted] New Jersey
[redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Ahmad [redacted] I work in [redacted] the technology industry, and I live in [redacted], Michigan. I am writing in support of Abdulrahman Alfozan, whom I have known as a friend for six years. In 2020, we lived in the same house in Mountain View, California, for about a year, and we saw each other almost every day.

To me, Abdulrahman is like an older brother, a mentor, and someone I deeply respect. He is a man of strong values and good character who stays true to his principles. At home, he was generous and welcoming, and he always made time for others. We shared many joyful moments cooking and eating meals together, and those are memories I will carry with me always. In my career, he gave me honest guidance without ever expecting anything in return. He is reliable: when he says he will do something, he does it. He is the kind of friend who makes the people around him better, and I am grateful to know him.

Abdulrahman's life, friendships, and community are in the Bay Area, and the people who know him there are standing behind him. I trust him, and I am confident he will comply with every condition this Court sets and appear at every proceeding. I respectfully ask the Court to consider his character and his deep ties to this community.

Respectfully,

[redacted]

______________________________

Ahmad [redacted]

Aljohara [redacted]

Honorable Alex G. Tse
United States Magistrate Judge

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse:

I met Abdulrahman Alfozan about three years ago during a trip with a mutual group of friends, although I had heard so much about him long before we met. I can honestly say that I have rarely, if ever, been so amazed and happy to get to know someone new. His energy, his presence, his pure heart, and his intelligence immediately stood out to me. I was also deeply impressed by his experiences, his education, his accomplishments, and everything he has worked hard to build. As a Saudi, I felt genuinely proud to see someone with his talents, ambition, and achievements.

Through our conversations, I also heard so much about his wife, how they met, and the love and appreciation he has for her. That made me even more eager to build a friendship with them as a couple, because I could see that they were people with genuine hearts and values that I deeply admired.

Over the years, there have been several moments that have strengthened my respect and appreciation for Abdulrahman, but a few will always remain especially close to my heart.

In September 2025, my husband and I had our wedding in Italy. Abdulrahman had a busy week and a lot of work, and unfortunately, his wife was unable to attend. Despite everything he had going on, he went out of his way to travel all the way to Italy just to be there for us. He stayed for less than 24 hours, arriving on our wedding day, attending the celebration, and returning to his family and work the following morning.

To me, this gesture spoke volumes about his character. It showed me how seriously he takes his responsibilities while also making time for the people he loves and respects. He could easily have had a reasonable excuse not to come, and we would have understood. Yet he chose to make the journey because being there for us mattered to him.

You might think I am exaggerating when I say this, but I assure you I am not: he was one of the highlights of our wedding. His energy, his conversations, his presence, and the happiness he brought with him made our celebration feel even more special. Everyone who met him that day fell in love with his personality. My sisters and their husbands met him for the very first time, yet they still remember him to this day because of the wonderful memories he created in such a short amount of time.

My husband and I will never forget the effort he made and the journey he took simply to share our happiness. It made us feel genuinely valued and loved. These are the kinds of gestures that stay with you forever, not because they are grand or extravagant, but because of the heart behind them.

I remember another moment that meant just as much to us. When my husband and I got engaged, [redacted]. He planned a dinner and invited our friends [redacted]

[redacted]. Yet he still made it to the dinner he had organized. He did not simply show up; he brought us flowers to celebrate our engagement, with our initials written on them. I still have the paper from those flowers with my husband's and my initials on it. It may seem like a small detail to someone else, but it is a memory I have kept because of the love and thoughtfulness behind it.

These experiences have taught me that when Abdulrahman values someone, he finds a way to show it. He is an incredibly busy person, always working, learning, seeking knowledge, and challenging himself to grow. Yet he continues to make an effort for the people who matter to him. I deeply admire that about him.

I also love his passion for travel and discovery, and how he enjoys showing us beautiful places and sharing his experiences. He has always invited us to visit him, even in places outside the town where he lives, because he enjoys exploring different towns across the United States. Unfortunately, we have not yet been able to make those visits happen, but we have always looked forward to doing so. I hope we will have that opportunity in the near future.

Another quality I deeply admire is his discipline and respect for rules. He is someone who takes his responsibilities seriously and respects the laws and regulations around him. I remember traveling with him and noticing how he was always the first to wake up and the first to get ready. If we had a reservation or a commitment, he would make sure to be there on time, regardless of the effort or inconvenience involved. Even something as simple as respecting the speed limit reflects the kind of person he is. To me, these everyday actions reveal something important about a person's values: he believes in doing what is right, even when no one is watching.

I do not become deeply impressed by people easily, nor do I form strong connections with everyone I meet. But Abdulrahman is different. His energy is truly unmatched. I have yet to meet someone who has spent time with him and not been touched by his personality. He brings warmth, joy, and love into every gathering, and I genuinely enjoy every moment he is around. There is something special about the way he makes people feel welcome and leaves them with happy memories long after he has gone.

Beyond all these memories, what I see in Abdulrahman is a person with a sincere heart, an honest personality, strong principles, and a deep sense of responsibility. I see someone who is proud of where he comes from and who values the place where he has grown, studied, worked, and built so much of his life. I see someone who is ambitious and accomplished, yet who never loses sight of the people around him or the importance of showing up for them.

My husband and I are genuinely grateful to have him in our lives. His friendship has meant more to us than I can fully express in words, and the moments he has shared with us are memories we will always cherish.

I also believe that the same qualities I have witnessed in our friendship reflect the principles by which he lives his life more broadly. I see him as someone who respects the law, values honesty and integrity, and takes his obligations seriously. I believe he would respect and abide by whatever decision the Court reaches, because respecting rules and doing what he believes is right are not merely things he says; they are values I have personally seen reflected in his actions, his discipline, and his faith.

Respectfully submitted,

Aljohara [redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

My name is Anas [redacted]. I was born in [redacted] Massachusetts, and I now live in [redacted] Texas. After graduating from Northeastern University in 2019, I moved to Mountain View, California, to start a new job at Amazon Web Services as a software engineer. That's where I first met Abdulrahman Alfozan, my roommate and one of the first friends that I made while residing in Mountain View.

Moving to a new place for your first job with no friends is a daunting and challenging experience, especially as you try to plant your roots and meet new people. I was blessed that the house I stayed in was filled with kind, welcoming, intelligent, and beautiful souls, which included Abdulrahman, that made my transition to the Bay much easier. Abdulrahman and my other roommates opened their doors for me, introduced me to their friends, and included me in their activities and outings.

During my time in the Bay, I was introduced to the concept of startups and the whole ecosystem of technological innovation and entrepreneurship. Abdulrahman was one of my go-to friends whenever I was learning new technical concepts early in my career and grow my skills. He was always open to talking with me about technical challenges and introducing me to people who can help me learn more. His network and relationship with some of the smartest individuals in the Bay were very strong and his career and background are a testament to that.

During the COVID pandemic in 2020, I left the Bay to go back home and start working on my own company. I assumed that the pandemic would drive many of my friends and roommates to also return home. I found that I was among the outliers. Most of my friends, including Abdulrahman, stayed in the Bay. It was clear that the relationships and community they built was very strong and they didn't want to lose that. Although I've kept in touch with all the friends I made, I don't have the same ties to the community that Abdulrahman and my other roommates built, and to this day I find myself longing to be part of it the way they are.

I am certain that Abdulrahman cherishes the community and friends that he has here and that he will comply with every condition this court set and appear at every proceeding. I respectfully ask the Court to consider his character and his deep roots towards his community.

Respectfully,

[redacted]

Anas [redacted]
[redacted]
[redacted] TX

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Faisal [redacted] I'm a [redacted] engineer, [redacted] [redacted] here in the Bay Area, and I have been living in the Bay Area for more than 6 year now and all throughout these years I have been working [redacted]

I first met Abdulrahman 5 years ago during an event where we enjoyed dinner and networking together and during that event I met Abdulrahman, his glow, his energy, his character, and excitement to meet local engineers in the bay area was unmatched. He was very excited to meet me, asked me questions about my role an [redacted] where we have talked tremendously about EVs, technology and investments.

Abdulrahman right away asked for my contact information and added me to the group chats to include me in the Bay Area professionals and students community. From there the journey started he would always invite me to the gatherings, events, and dinners, he is a social person, supportive, responsive and always giving to the community.

We would go and have dinner together, meet technology leaders in the Bay Area, he would plan events with the Stanford and UC Berkeley students where he leads the planning, the logistics, the communications, he would be present as a host and ensuring that everyone is having a wonderful time.

On a personal level, he had advised me on my career path related work and also high educations paths. I respected his views and opinions and it definitely helped me with my decision making in my career path. Abdulrahman is the kind of person that would want to do the good to anyone that he meets. He will find time, he will meet for coffee, or dinner or just randomly have a phone call regardless of his work or personal schedule and this is just humanly kind and warm especially when one considers the fast pace and busy environment that we have here in the Bay Area.

Abdulrahman is a true friend of mine, he is kind, smart, and very respectful. He is an example to many hardworking the Bay Area professionals. He has given so much to the community and a personal level, knowing him for over many years now, he has been nothing but a support and a source of great advice, friendship, and a respectful character

I trust Abdulrahman completely. I am confident he will comply with every condition this Court sets and appear at every proceeding. I respectfully ask the Court to consider his character and his deep roots in this community.

Respectfully,

Faisal [redacted] Engineer
[redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Farhan [redacted] I'm the CEO and Co-founder of [redacted] a technology company based in San Francisco, California, and have been working as a Software Engineer in the Bay Area since 2016. I'm writing in support of Abdulrahman Alfozan, whom I have known for 11 years as a friend and colleague.

I first met Abdulrahman when I moved to the Bay Area in 2016 where he was both my housemate and coworker at Meta. We've been friends ever since and he's always someone I come to for both career and personal guidance. When I got married in March 2026, he and his wife graciously opened up their home to host my wife's bridal shower, welcoming almost 100 people from our shared community.

I trust Abdulrahman completely to adhere to all protocols set by the Court, and appear at any proceedings. I respectfully ask the Court to consider his character and his deep roots in this community.

Respectfully,

SIGN [redacted]

Farhan [redacted]
Co-founde [redacted]
San Francisco, CA
[redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Mohammed [redacted] I am an engineer based in the Bay Area, and I am writing in support of Abdulrahman Alfozan, whom I have known as a close friend for eight years.

Abdulrahman and I were flatmates for almost a year, and our friendship has continued ever since. Over the years, our wives have also become friends, and we regularly visit each other's homes and spend time together.

Abdulrahman is one of the most kind-hearted and dependable people I know. He is soft-spoken, thoughtful, and generous with his time and advice. I remember a long road trip where we spent hours talking through a career transition I was considering. That conversation played a meaningful role in giving me the confidence to finally make the leap recently.

I also remember how much he helped with my wedding. I was flying into town with my family, and flight disruptions left us scrambling with last-minute preparations. Abdulrahman stepped in alongside a couple of friends to help transport belongings, prepare the venue, and get everything ready on short notice. It meant a great deal to have someone I could count on during such an important occasion.

Over these eight years, I have known Abdulrahman as a caring, responsible friend who has built a life here surrounded by family and close friends. I believe he will comply with the Court's conditions and appear at all required proceedings. I respectfully ask the Court to consider his character and strong ties to this community when deciding whether he can be released pending trial.

Respectfully,

[redacted]

Mohammed [redacted]
Engineer, Bay Area, California

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court,
Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Naina [redacted] got my Bachelors from the Massachusetts Institute of Technology.

I have known Abdulrahman Alfozan for 15 years now. We met in our freshman year at MIT. While we were pursuing different majors we lived in the same dorm. Abdulrahman (or Fozan as we'd call him), was always soft spoken, kind and incredibly helpful. Every time I'd go to him to get help with a problem set (P-set as they'd call it at MIT), he'd drop everything he's doing and patiently help me through the questions. And Fozan would do this for everybody else too.

Fozan had a wonderful way of making every friend feel seen and valued. I fondly remember a birthday during college when he crafted a makeshift candle out of bottle caps, surprising me with it at an IHOP where my friends had gathered with a cake at midnight. It is small, thoughtful acts like this that define his character.

Throughout all the years I have known him, he has always been reliable, gentle-natured, and profoundly respectful of others.

I respectfully ask the Court to consider his good character and long-standing history of kindness when evaluating this matter.

Respectfully,

Naina [redacted]

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102
Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

My name is Samreen [redacted] I am a senior data scientist a [redacted], a mental healthcare company. I have lived in the Bay Area for most of my life, where I met my husband. I am writing in support of Abdulrahman Alfozan, a classmate of my husband at MIT.

I first met Abdulrahman, or Fozan as some of his friends call him, in 2021 while abroad attending a wedding of my husband's mutual friend. As I was one of the only ones who wasn't an MIT alumn, I was brand new to the group. It was immediately clear what a tight knit community they had, and it was clear that Abdulrahman was a large contributor to it. Newly 'married' into the friend group myself, I remember wondering if I was going to feel left out. Despite not knowing me, when we happened to be sat next to each other on a several hour bus ride he introduced himself with so much warmth and openness. He asked me thoughtful questions about my career, I complimented his aesthetic travel photography, and he told me about his interest in birds. He introduced me to the other friends sitting around us, and filled me in on inside jokes when I didn't understand. He was so energetic and outgoing that our bus ride passed so quickly.

After Abdulrahman got married, I got to meet his lovely wife [redacted] The MIT alumn here have developed a very active community and over the years I have enjoyed seeing them often at our community dinners, friends parties, and game nights. [redacted] attended my birthday and Fozan has personally hosted a dinner every year for the broader friend group. Even when months go by before seeing them, Fozan always greets everyone with so much enthusiasm. This summer I attended their baby shower, co-hosted by some of his closest friends. We all laughed as the couple joked about who was going to be the parent that worries more. [redacted] was telling us touching stories about everything Fozan was doing to prepare. We were all filled with so much love and excitement for this beautiful next chapter in their life. Fozan and [redacted] welcomed their baby [redacted] just this past July.

I respectfully request the court to consider his character and attachment in his community.

Respectfully,

[redacted]

Samreen [redacted]
San Jose, California
[redacted]

October 15, 2026

**Ali [redacted]**
Berkeley, California
[redacted]

---

The Honorable Alex G. Tse
United States Magistrate Judge
United States District Court for the Northern District of California
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re: United States v. Alfozan, Case No. 3:26-mj-71329

Dear Judge Tse,

I am writing this letter in support of Fozan Alfozan regarding his upcoming detention hearing. My name is Ali [redacted]. I am a resident of Berkeley, California, and a student [redacted] at the University of California, Berkeley.

I have known Fozan for about a year, having first met him at a community event at Stanford University around this time last autumn. When we spoke, I was struck by how genuinely polite, considerate, and kind he was. Since our initial conversation, I have met and interacted with him on multiple occasions and have stayed connected through mutual friends and social media.

Across all of my personal interactions with Fozan, as well as through discussions within our shared circle of peers, he has consistently carried himself with humility, integrity, and warmth. He has established meaningful friendships and strong community ties here. In the entire time I have known him and among the mutual acquaintances who know him well, I have never heard anyone speak ill of his character. He is widely regarded by those who know him as a thoughtful and reliable individual.

I understand the seriousness of the court proceedings and the importance of ensuring that defendants fulfill all obligations to the Court. Based on my observations of Fozan's character, his respect for others, and the strong community standing behind him, I have full confidence that he takes this process with the utmost seriousness. I firmly believe that he is not a flight risk and that he will faithfully comply with every condition and restriction the Court may impose if granted pretrial release, including attending all scheduled hearings.

Thank you very much, Your Honor, for your time, consideration, and thoughtful review of this letter.

Respectfully submitted,

[redacted]

Ali [redacted]
[redacted] UC Berkeley

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102
Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

My name is Wasay [redacted] I am a [redacted] Engineering Manager [redacted] I was born and raised in San Jose, California, and have lived here my whole life aside from college. I am writing in support of Abdulrahman Alfozan, a friend and upperclassman I met while attending MIT.

I first met Abdulrahman (or Fozan, as some of us call him) at MIT in 2015. As a freshman in my first year of college, I and many of my friends looked to our upperclassmen for community and support. Fozan was an active and vital part of the community that welcomed us and offered us advice, guidance, and support. A decade later, and thousands of miles away, Fozan continues to be a key part of that community.

If I had to describe Fozan in only two words, they would be Community and Care. Among our wide and distributed community of friends and alumni, Fozan is often amongst the best at making people feel welcome and maintaining relationships. While I don't see Fozan as often as many of his other friends, one thing I can count on each and every time is a warm welcome and thoughtful conversation, regardless of how much time has passed. It is a rare thing to find someone who makes such a genuine effort to remember the little details and approach every relationship with care.

This summer my wife and I had the pleasure of joining Fozan and his wife at their baby shower, hosted by some of their closest friends at their home in Millbrae. It was incredibly clear how excited they were to start this next chapter of their life, how much they were looking forward to welcoming their little one, and how seriously they were doing their best to prepare.

In all of my experiences with him - I have known Abdrulrahman to be a kind and respectful individual, with respect and care for the people and community around him. I am confident he will comply with all conditions and proceedings of the court, and respectfully ask the court to consider his character and involvement in his community.

Respectfully,

[redacted]

Wasay [redacted]
San Jose, California
[redacted]

October 15, 2026

The Honorable Alex G. Tse United States Magistrate Judge Northern District of California

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Abdullah [redacted] I am a lead engineer [redacted], and I live in Oakland, California. I am writing in support of Abdulrahman Alfozan, whom I have known for more than three years.

I first came to know Abdulrahman through mutual friends while I was still living in Boston, and I met him in person after moving to the Bay Area in 2023. He made that move far easier than it would otherwise have been. Before I even arrived, he had helped my wife, [redacted], find her footing and get introduced to the community here. Many of the friendships I value most in the Bay Area began with an introduction from him.

What I have admired most about Abdulrahman is how much he gives to the people around him. Despite a demanding schedule, he is the one who makes the effort to bring people together, and I do not think I am alone in saying that he is the glue holding our community here together. He does it quietly and without expecting anything in return. I have never known him in a professional capacity, but I have always admired his ambition and how hard he works.

That generosity is not something he reserves for close friends. Abdulrahman has become the person that Saudis newly arrived in the Bay Area are pointed toward — students, new graduates, people starting a first job thousands of miles from their families. He makes time for them whether or not he knows them, helps them find their footing, and connects them to a community so that they are not alone here. He has done this for years, for a great many people, without being asked and without any expectation of return. I was one of them.

In the time I have known him, Abdulrahman has been unfailingly respectful, honorable, and kind — the friend who shows up even when it is inconvenient to do so. That is the person I know, and it is why I was troubled and genuinely surprised to learn of this case. It is inconsistent with everything I have seen of his character over the past three years.

I trust Abdulrahman, and I am confident he will comply with the conditions this Court sets and appear at every proceeding. His life, his work, and his community are here. I respectfully ask the Court to take his character and his roots in this community into account.

I am available by phone [redacted] if it would be helpful to the Court.

Respectfully,

Abdullah [redacted] Oakland, CA

[redacted]

October 15, 2026

Honorable Alex G. Tse

United States Magistrate Judge

United States District Court, Northern District of California

450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Sincere words often repay kindness between friends during difficult times, but emotion can overwhelm the moment, making it challenging to find the ideal words to express what truly needs to be said.

My name is Ali [redacted] I am senior software engineer [redacted] I lived in Bay Area for almost 3 years. I am writing in support of Abdulrahman Alfozan, whom I have known as a close friend since 2021— He is one of those rare people you meet for the very first time, yet feel as though you have known them for years.

I first met him at a dinner gathering at his home in the Bay Area, a social initiative on his part to bring friends and their acquaintances together, which truly reflects his wonderfully welcoming and sociable character. Over time, our friendship grew, my wife got to know his wife, and our families have remained in constant contact ever since. I take immense pride in knowing such a noble and gracious family.

Abdulrahman Alfozan is a calm, composed, polite, and deeply committed individual. He is continuously driven to develop himself, and his remarkable career path stands as a true testament to that. To me, he is a role model, especially as we share the same passion for computer science and software engineering in service of humanity for a better future.

Last but certainly not least, Abdulrahman Alfozan is a valuable asset to humanity in the fields of computer science and artificial intelligence. His mark —alongside fellow engineers in this discipline—can play a pivotal role in shaping a better future and lifting humanity forward. Ultimately, Abdulrahman Alfozan is a friend I will always be proud of, and he truly deserves every bit of it."

Respectfully,

Ali [redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

My name is Faisal [redacted]. I am a Partner at [redacted] Company. Earlier in my career, I founded a technology startup, where I managed a team of engineers and founders, and later worked as an energy analyst at [redacted] I earned my MBA from the Stanford Graduate School of Business in 2025. I am writing in support of Abdulrahman Alfozan, whom I have known for 15 years.

We first met in the summer of 2011 at King Abdullah University of Science and Technology, during the convocation for its Gifted Student Program for science and engineering students. Our paths crossed again in 2023, when I moved to the Bay Area to attend business school. By then, Abdulrahman had built a life there, and over the next two years, I got to see what that life meant to him.

Abdulrahman has a way of making people feel they belong. Over the years, he has built a close circle of friends in the Bay Area, always welcoming newcomers and making sure no one feels left out. During my two years at Stanford, I saw him support his friends and the community. I experienced that generosity myself. When I faced difficult career decisions, he was someone I could turn to for honest advice, introductions and encouragement.

One experience in April 2024 stands out. As part of my MBA coursework, my project partner and I were studying successful startups and interviewing founders. Abdulrahman welcomed us into his home and spent three hours sharing his experience and patiently answering our questions. He gave us his time and knowledge without expecting anything in return. It was a small example of something I have come to appreciate about him: when someone asks for help, Abdulrahman makes time for them.

In October 2025, four months after graduating, I returned to the Bay Area to interview with a startup. Abdulrahman invited me to dinner at his new home, along with more than 20 friends. Looking around the table that evening, I saw how much his community had grown and how much he values bringing people together. When we talked about opportunities and the future, he spoke about his hopes to continue building his life in the Bay Area, surrounded by the friends and community that mean so much to him.

Over the years, I have seen Abdulrahman make time for others, follow through when friends need him, and take his responsibilities seriously. These experiences, together with the life and relationships he has built in the Bay Area, give me confidence that he will respect the Court's conditions and appear at every proceeding. I trust him to take those obligations seriously, just as I have seen him take his commitments to others seriously.

I respectfully ask the Court to consider the character I have personally witnessed and the community Abdulrahman has built around him.

Respectfully,

[redacted]

Faisal [redacted]
[redacted] Company
[redacted]

Majeed [redacted]
Cupertino, California
Software Engineer, Nash
[redacted]

October 14, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Majeed [redacted] and I'm a software engineer at Nash. I've known Fozan (Mr. Alfozan) for about four and a half years, both at work and outside of it, and I wanted to write to you about who he is.

Fozan was actually one of the people who interviewed me when I joined Nash as an early engineer in 2022. Since then I've worked with him on countless projects, and we've spent a lot of time in the office together. He is an engineer's engineer. He loves getting into the weeds of a problem, and he's really good at breaking it down so everyone else can understand it too. He built a lot of Nash's core functionality and has been the go-to engineer here for years. He's thorough and always willing to go the extra mile. He's very logical in how he approaches things and cares about building the right thing for the right problem. When he disagrees with something, he'll defend his position with a clear, concise argument.

Outside of work, he and his wife are lovely people. They've invited us over to their home on a couple occasions. At one point he even offered us his house for a wedding event, while he wasn't even going to be there.

He also has some very nerdy interests. Since I'm from a Tamil background, he got really into Sri Lankan history, and we ended up going through a YouTube series on it together and talking about it at length. When we were getting ready to go for Hajj, the Muslim pilgrimage, he sat down with us and explained the logistics behind it: how the whole operation is run and the technology that makes it work. He's also just a really funny, outgoing guy.

Fozan is very much part of the community here. He and his wife just had a baby, who is about two months old now. He comes into the Nash office whenever he can. He goes to a lot of speaker events and conferences, contributes a lot, and really wants to give back to the community here.

Above all, he's reliable. When Fozan gives his word, he sticks to it. Based on everything I know about him, I'm confident he would follow any condition the Court sets.

If there's anything else I can share that would help, I'm happy to.

Respectfully,

Majeed [redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Meshal [redacted]. I am the Founder and CEO of [redacted] a technology startup, and Director of IoT Solutions [redacted] I lived in the Bay Area for almost 14 years. I graduated from San Jose State University and worked as an Engineering Program Manager at Apple. I am writing in support of Abdulrahman Alfozan, whom I have known for almost seven years.

Abdulrahman is one of the most humble people I have met. In a place as busy and competitive as Silicon Valley, he stands out for how much of himself he gives to others. He has always been warm and welcoming to students and newcomers arriving in the Bay Area, many of whom do not yet know anyone and are trying to find their footing. I have often been amazed at how he makes time in a demanding schedule to show up for community gatherings and to help people when they need him. He does this regardless of who they are, their background, or what they can offer in return.

In July 2024, Abdulrahman and I shared a panel at Stanford University for students interested in entrepreneurship. We spoke openly about the challenges we each faced building our careers and ventures, so that students could learn from our experience and see that the difficult moments can be overcome. Abdulrahman was generous, honest, and encouraging with every student who approached him, both on stage and long after the panel ended. A photo from that event is enclosed.



Abdulrahman is approachable, helpful, and sincere from the heart. Over the years I have known him, I have seen the same person every time: someone who keeps his word, takes his responsibilities seriously, and cares deeply about the people around him. The Bay Area has been his home for many years, and the community he helped build there is a reflection of who he is.

I trust Abdulrahman fully. I have no doubt that he will respect every condition this Court sets and attend every proceeding required of him. I respectfully ask the Court to take into account his good character and the strong ties he has built in this community.

Respectfully,

Meshal [redacted]

[redacted]

October 15, 2026

To the Honorable Court,

My name is Ebraheem [redacted]. I am writing to share my experience of Abdulrahman Alfozan, whom I have known since 2017.

I was diagnosed with Hodgkin lymphoma in 2015. In 2017, while I was still recovering from treatment, I met Abdulrahman at a [redacted] community event in Silicon Valley. At a time when I was rebuilding my health and my confidence, he became a true friend.

He regularly checked on me to see how I was doing, and he sent me healthy meals to support my recovery. Beyond that, he encouraged me to keep learning, to grow, and to become the person I wanted to be. He gave me that support without ever being asked, and he kept giving it. I will always be grateful to him for that period of my life.

Abdulrahman's life is rooted in his family. He was recently married, and he and his wife welcomed their child this year. I know how seriously he takes being a father. He reads books on parenting and constantly works to be a good role model for his child, his family, and his friends.

We share a love of hiking. We hiked together in 2018, and we have talked about hiking Mission Peak together on my next visit to San Francisco.

In all the years I have known him, Abdulrahman has been dependable and has kept his word. I trust him completely to follow any condition this Court sets.

Thank you for your time and consideration.

Respectfully,

Ebraheem [redacted]

Ebraheem

Abdulhakim [redacted]

October 15, 2026

Honorable Alex G. Tse United States Magistrate Judge United States District Court, Northern District of California 450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

I have known Abdulrahman Alfozan for ten years. We became friends [redacted] and I have also spent time with him in the United States.

Abdulrahman is one of the kindest people I know, and the smartest. People like being around him, and he genuinely cares about doing good for others. In all the years I have known him, he has been honest, responsible, and respectful of the law. He has family and friends who love him and count on him.

I am confident he will follow any conditions the Court sets and show up whenever he is required to.

Thank you for your time.

Respectfully,

________________________

Abdulhakim [redacted]

October 15, 2026
Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102
**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Mehmet Efe [redacted] I am the co-founder of the [redacted]. I came to the United States as an immigrant [redacted] after high school to pursue my college education at MIT. Upon my arrival, Abdulrahman Alfozan and our close circle of friends warmly welcomed me, making me feel at home and reflecting our shared, deep-seated belief that the United States is a land of opportunity where we can build a bright and meaningful future together. Inspired by principled individuals like Abdulrahman and grounded in this shared vision, I have co-founded venture-backed technology and AI companies in the SF Bay Area and established our AI institute to foster opportunity and innovation in the United States. Throughout my time in the Bay Area and beyond, I have actively contributed to the global AI ecosystem and mentored dozens of exceptional AI engineers and researchers.

I am writing in strong support of Abdulrahman Alfozan. Having resided in the same dormitory as Abdulrahman during our undergraduate studies at MIT in 2014 and 2015, I have maintained a close personal and professional relationship with him over the past decade. Throughout this time, he has consistently demonstrated impeccable character, sincere goodwill, and profound kindness. He remains deeply committed to his family and community, routinely bringing people together and showing exceptional generosity to those around him.

In 2023, when Abdulrahman planned a destination wedding in Istanbul, Türkiye, I connected him with local event organizers. During this process, I witnessed firsthand his outstanding professional ethics, rigorous organizational skills, and utmost respect for individuals across diverse cultural backgrounds. The local event organizers reported a fantastic experience collaborating with him, noting his exceptional professionalism, clarity, and courtesy as a guest in their country. Even after the event, he consistently inquires about the well-being of the local team members he met in Istanbul.

A few months ago, during a baby shower he hosted at his home, Abdulrahman thoughtfully gifted me a custom floor seating set, expressing genuine gratitude for my small contribution to his family's journey during his wedding. This gesture exemplifies his loyalty, thoughtfulness, and deep sense of appreciation for others. Abdulrahman holds immense respect for his community and has consistently demonstrated a strong civic duty toward the Bay Area community he calls home.

I place my unreserved trust in Abdulrahman. I am fully confident that he will scrupulously adhere to every condition imposed by this Court and remain steadfast in fulfilling all legal obligations, including appearing at every scheduled proceeding. I respectfully urge the Court to consider his unwavering integrity, exemplary record, and profound, enduring ties to our community.

Respectfully,
Mehmet Efe [redacted]
Co-founder, [redacted]
Irvine, CA
SIGN
[redacted]

**Ibrahim** [redacted]
[redacted]

October 15, 2026

**Honorable Alex G. Tse**
United States Magistrate Judge
United States District Court, Northern District of California

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

I am writing in support of Abdulrahman Alfozan, whom I have known as a friend for more than ten years. I am the Founding Partner of [redacted] and I lecture at the Stanford Graduate School of Business.

Over the past decade I have seen Abdulrahman both in Riyadh and in the Bay Area, and much of our friendship has taken place at Stanford. I visit the campus every year, and on those visits Abdulrahman regularly organized events for me and other visitors to meet the community there: students, founders, and professionals connected to our region. He handled these gatherings himself. He brought the right people together, arranged the details, and was always there when he said he would be. Year after year, I could count on him.

Our friendship has also been a personal one. On my visits we meet one on one, and we often share lunch or dinner with him and a few friends. Those conversations have given me a clear sense of who he is and what matters to him.

What I admire most is that he is smart, focused, and passionate about his work, and especially about connecting our region with Silicon Valley. He has not done this from a distance. He chose to build his life in the Bay Area, and he helped build the community there that so many visitors like me have come to rely on. Even when I saw him in Riyadh, it was clear that his work, his friendships, and his home were in the Bay Area.

His plans and his outlook for the future are built around being in the Bay Area. We have discussed organizing larger events there together, bringing in investors who are interested in investing in the region. That work depends on him being where he is, and it is the work he cares about most.

Based on the person I have known for over ten years, I am confident that Abdulrahman will take any condition this Court sets seriously and will comply with it fully. Keeping his commitments has always been part of who he is.

Thank you for your consideration.

Respectfully,

[redacted]

Ibrahim [redacted]

October 15th 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Mohamed [redacted]. I am co-founder of [redacted] I live in [redacted] Texas and frequently travel to the Bay Area. I am writing in support of Abdulrahman Alfozan, whom I have known as a close friend for 12 years.

I first met Abdulrahman at MIT in my freshman year through the Muslim Students Association. We lived in the same college dorm for 3 years, including on the same floor for 2. I was also roommates with him for about 9 months in 2018 and 2019 in Mountain View. Over those years, I have known him as a dormmate, a roommate, an upperclassman and mentor I could look up to.

One of the things that stood out to me about Abdulrahman is his genuine consideration for others. I fondly recall occasions when he would spontaneously invite us to hop into his car and head out for lunch on a Sunday afternoon. Though seemingly a small gesture, these moments fostered friendships, and made those around him feel included and valued.

On one occasion, I mentioned to him that my wife would be graduating the following week. Although it was a passing comment, he remembered the occasion and took the initiative to send her a congratulatory message the week after. He does not simply listen passively when others share things with him. He pays attention, remembers what matters to people, and follows through with meaningful gestures.

More recently, in June 2025, I was visiting the Bay Area on a business trip when I learned that a mutual friend's wedding coincided with my stay. The friend had assumed I would be out of town, and since I had not planned to attend, I had not packed anything suitable for the occasion. When I mentioned that I would need to go shopping for appropriate attire, he immediately offered to lend me a shirt and suggested that we carpool to the wedding. It was another example of the generosity, resourcefulness, and consideration for others that I have come to associate with his character.

During our time as roommates, Abdulrahman was an active and responsible member of our shared household. He contributed to establishing house rules and routines, helped onboard new roommates, and consistently did his part to maintain a tidy, clean, and orderly living environment. He understood the importance of shared responsibilities and took initiative rather than waiting to be asked.

I trust Abdulrahman wholeheartedly. Having witnessed his reliability, accountability, and respect for others firsthand, I am confident that he will take his obligations to the Court seriously, comply with any conditions imposed upon him, and appear at all required proceedings.

I respectfully ask the Court to consider his character, his longstanding ties to the community, and the relationships he has cultivated over the years when deciding whether he may return home while his case proceeds. I hope my personal observations provide meaningful insight into the person I have come to know and respect.

Sincerely,

M [redacted]

Mohamed [redacted]

[redacted] Texas

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Aneeqa [redacted] and I am a [redacted] student at UC Law San Francisco. I first came to the Bay Area in 2018 to attend Stanford University, where I studied until 2024, and I returned in 2025 when my husband started a job at a local startup. For the past eight years, Abdulrahman has been a consistent presence in my extended social circle, and I am writing to share what he has meant to me and to those around him.

I first got to know Abdulrahman through my brother. The two were roommates and close friends at MIT, and they continued to live together after both moved to the Bay Area for work and education. When I began my undergraduate studies at Stanford in 2018, I often visited their home in Mountain View and spent time with their friends. Abdulrahman was always warm and welcoming. He regularly asked about my college life and offered advice. One moment from the spring of 2019 stands out to me in particular. He was working at Facebook and invited his roommate to an event at the company. Knowing I was interested in meeting the speaker, he extended the invitation to me as well, and he even went out of his way to introduce me to the speaker at the event. I still appreciate that gesture today.

Over the years, I continued to see Abdulrahman regularly at community events around the Bay Area, especially when he moved to Stanford's campus. Despite his busy schedule, he always made time to talk with me, which I deeply appreciated. I could count on seeing him several times a year, whether at a family member or friend's wedding, a niece's or nephew's birthday party, a demo night, or simply running into him on campus or at a cafe. His kindness also extended to the people in my life. After I got married, he warmly welcomed my husband, and when he married, introduced me to his wife, whom I loved getting to meet.

Abdulrahman has built remarkable friendships in the Bay Area, and he consistently extends generosity and warmth to the friends and family of his close friends. He loves his community and treats his friends as his family, and that is how I have felt in every interaction with him.

As a close family friend whom I have known for over a decade, I vouch for Abdulrahman's character. I respectfully ask the court to consider his positive impact on his friends, his community, and their families.

Respectfully,

[redacted]

Aneeqa [redacted]

October 15, 2016

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

My name is Myra [redacted] and I have known Abdulrahman "Fozan" Alfozan for 10 years. We share the same Alma Matter. He has been a mentor to me first, then a friend, and now a neighbor. We have spent time together on the East Coast when he would visit MIT for conferences and other social gatherings. We connected over our shared technical interests and personal background. Later, I moved to the Bay Area in 2020. Our friendship grew over the years as we are in the same community. Once he got married, I also became close with his wife [redacted]. They moved to Millbrae once [redacted] finished at Stanford, and since I live in San Bruno, we became neighbors and host each other for dinner parties.

While we have a shared background in tech, Fozan has always encouraged me and other members of our community to follow our passions and explore other interests. This showcases the genuineness of his friendships and the importance he places on being a mentor and leader in our community. He encouraged me to start my own baking business, a passion that I always had but never pursued. He specifically hired me for their baby shower earlier this year. While at the shower he promoted my business to his guests and gave me specific heartfelt praise.

He has always been welcoming to my entire family, including my in laws who live in the area. He is the type the person that can always take the extra time to get to know someone, speak with an elder, offer advice, and be genuinely invested in a friendship. He has an exceptional ability to connect with others and bring people together. He is a key member of our community in the Bay Area.

We did not actually overlap in college, so we easily could've remained acquaintances. He put in the extra effort to include me in his friend group once I moved here, introduce me to his wife, and even encourage my baking passion.

Sincerely,

[redacted]

Myra [redacted]

**Abdulwahab** [redacted]
[redacted]
October 15, 2026

To the Honorable Judge,

**Re: Character reference for Abdulrahman Alfozan**

Your Honor,

My name is Abdulwahab [redacted], and I have known Abdulrahman Alfozan for more than nine years. For a long stretch of that time I lived under the same roof as him, so I am not writing about a man I know from a distance. I am writing about the man I saw at breakfast, in the hallway, and in the quiet moments when no one was watching.

I came to the Bay Area in 2020 with nowhere settled to stay. Abdulrahman insisted I move into the shared house in Mountain View where he lived. The same week, another young man arrived in the same situation. There was only one room free. Most people would have chosen one of us. Abdulrahman divided the room in two so that neither of us would have to leave. It was cramped, and he knew it, but to him, sending someone away was not an option. That was my first lesson in who he is.

He lived in that house for years, in the master bedroom, and without anyone asking, he became its caretaker. Entrepreneurs, doctors, and engineers moved in and moved on, one generation after another. He was the one who stayed. In the house hung a whiteboard filled with notes from everyone who had ever lived there. He never wiped it clean. Standing in front of it, I came to know people who had left long before I arrived. To him, they were not former tenants. They were part of the house's family, and he kept their names the way someone keeps photographs.

That board says more about him than I can. Abdulrahman does not treat places or people as temporary. Over the years, many of us moved on. I eventually returned home to Saudi Arabia myself. He did not. California is where he built his life, his friendships, and his ambitions. Even when we speak now, he talks about the Bay Area, its engineers, and the work being done there with the pride of someone describing his own home. Newcomers from Saudi Arabia and across the Arab world were told, "Find Abdulrahman," and he would show them the Bay Area as if it were his own neighborhood.

He wanted the same roots for others. When I moved to Irvine with my wife and child, he visited and asked whether I knew people in Los Angeles. When I said not many, he did not

just sympathize. That same day, he created a group, gathered everyone he knew in Los Angeles, and introduced us so my family would not be alone. That is how he lives: he builds community and he stays in it.

He is also, quite simply, a man who follows the rules. Everyone in the house knew his rules, and he obeyed them first. He fed a bird at his window at the same time every day, as faithfully as a promise. When I bought a gym machine and could not assemble it, he sat with me, opened the manual, and followed every step in order. He would not skip one. When I bought a bed and struggled with it, he came and finished it with me. When I joked about speeding, he never laughed. For him, if a rule exists, it is there to be respected.

And he never waits to be asked. Once, while the others were watching a show in the living room, I was struggling to fix something in the kitchen. He got up, came over, and stayed until it worked. When something broke in my room, he was already there. He does not walk away from problems or from people.

In the Bay Area, Abdulrahman is far more than a good friend. He is the person people turn to. Through his consulting work and his own generosity, he has guided students toward better futures, including helping young people on their path to Stanford and MIT. When newcomers arrive, he helps them find their footing in every way, from settling in to knowing which coffee shop or restaurant to try first, and he never stops telling them how beautiful the place is and how fortunate they are to be there. He knows a great many people in San Francisco, and he has used those connections to introduce young engineers and founders to startups and venture investors, opening doors that would otherwise have stayed closed.

I no longer live in California, and I am not part of that circle day to day. But I know what he is to those people. A community like his depends on the one who welcomes the newcomer, makes the introduction, and keeps everyone connected. For years, that has been Abdulrahman. I am certain they feel the empty space he has left, and that there are students, newcomers, and young founders whose next step depends on him being there.

I believe that whatever conditions this court sets, Abdulrahman will follow them the way he followed that manual: every step, in order, without shortcuts. And he will stay, because staying is what he has always done. I would be glad to support him in any way the court finds helpful, and I can be reached at the email above.

Respectfully,

[redacted]

Abdulwahab [redacted]

10/14/2026

**Re: United States v. Alfozan, No. 3:26-mj-71329**

**To: The Honorable Alex G. Tse, United States Magistrate Judge**

My name is Arwa [redacted] I am a doctoral student at the University of California, Berkeley and currently live in Oakland, CA. I am writing this character letter on behalf of Abdulrahman Alfozan whom I have known for more than five years.

I have come to know Abdulrahman when I first moved to the Bay Area in 2021 to start my studies. He was one of the first people to welcome me to the area and introduced me to many members of the community who are now close friends. Abdulrahamn has also introduced me to his wife who became a friend of mine and who has generously welcomed us in their home. We recently celebrated with them the welcoming of their baby, [redacted].

I got to know Abdulrahman and his family through many social events and gatherings and I have always had deep respect for his character, kindness, and commitment to the betterment of the people around him. He was always the one to bring people together and welcome them to the community. I think of him as the glue that holds the community together, and I'm sure many members of our community share this sentiment.

Although I did not know Abdulrahman in a professional capacity, I always admired his ambition and hard work. His academic and professional success has always been an inspiration.

I am troubled and surprised to hear about this case as Abdulrahman has always been a respectful and honorable person and a helpful friend. It is for this reason that I write this letter and I hope the court takes it into consideration. I am available via phone [redacted] if needed.

Sincerely,

[redacted]

Arwa [redacted]

[redacted]

Oakland, CA

**Dhaif** [redacted]
Belmont, California
[redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California

**Re: United States v. Alfozan, No. 3:26-mj-71329**
**Subject: Character letter – Dhaif** [redacted]

Dear Judge Tse,

My name is Dhaif [redacted]. I live in Belmont, California, and work as a data scientist. I have known Abdulrahman Alfozan for five years here in the Bay Area as a friend, a family friend, and a member of our community.

I met Abdulrahman when I relocated to the Bay Area. He helped me with my house search and connected me with his local network, both American and Arab. Many of my family's relationships here began with those introductions.

He has always been a community leader. I have seen him support and mentor many students and newcomers, and he truly cares about lifting people up and developing young talent. He brings people together and is loved and respected in our community. He also cares deeply about building products and technologies that serve people everywhere.

My daughter loves him. Our Eid celebrations bring together a large community with many families and children, and he is always the one organizing the children's games. He knows every single child there by name. I still don't know how he does it, but it shows how deeply he cares, how much he remembers about the people around him, and how connected he is to our local community.

His friendships, his community, and the people who count on him are here in the Bay Area. He is a decent, caring person, and I am grateful to know him.

Thank you for considering my letter. I can be reached a [redacted]

Respectfully,

[redacted]

______________________________

Dhaif [redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Faris [redacted]. I am a software enginee [redacted] and I am writing to share my experience of Abdulrahman Alfozan, whom I know as Fozan.

In 2023 I traveled from Saudi Arabia to the San Francisco Bay Area for an internship at [redacted] in Sunnyvale. I arrived knowing very few people. A fellow [redacted] intern introduced me to Fozan, and I met him in person twice at gatherings of the Saudi community in the Bay Area.

What stayed with me was how generous he was with someone he had just met. He took the time to talk with me, shared his own story of building his life and career in the Bay Area, and went out of his way to introduce me to other good people in the community. For a newcomer far from home, that kindness meant a great deal, and he expected nothing in return.

It was clear to me that Fozan was a well-known and respected member of that community, someone others turned to and trusted. Since returning to Saudi Arabia, I have stayed connected to that community through a group chat of Arabs in the Bay Area, of which Fozan is also a member.

I do not claim to know Fozan closely, but in every interaction I had with him he was kind, respectful, and genuine. From what I saw, he is deeply rooted in the Bay Area, and I believe he would respect any conditions the Court sets.

Thank you for taking the time to read this letter.

Respectfully,

______________________________

Faris [redacted]
Software Engineer, [redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Mohammad [redacted] and I am a Founding Engineer at [redacted]. I live in California. I am writing to share my experience of Abdulrahman Alfozan.

I have met and spoken with Abdulrahman at a number of social gatherings. From our first conversation, he struck me as genuinely kind, sincere, and someone worth admiring. He is the kind of person who gives you his full attention and takes your questions seriously.

On several occasions I have asked Abdulrahman for his advice about my career and about life more broadly. His answers were always thoughtful, honest, and grounded, and I came away from those conversations with real respect for him. He gave his time and perspective generously, without expecting anything in return.

In the time I have known Abdulrahman, I have found him to be trustworthy, humble, and caring toward the people around him. I respectfully ask the Court to consider his character and his ties to this community.

Respectfully,

Mohammad [redacted]
Founding Engineer, [redacted]
California

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

I write in support of Abdulrahman Alfozan, a childhood friend of twenty years who over that time has become a lifelong friend and, truly, a member of my family. In my home he is not spoken of as my friend but as one of the brothers. My parents ask after him as they would their own sons, and my brothers count him as one of their own. When he first moved to San Francisco, my mother, my brothers, and I traveled with him and spent time sightseeing in the city together. We all have many childhood friends, but only a few remain with us through every stage of life. Abdulrahman is one of those few.

We came to know each other as young students in a program for gifted students, and our friendship deepened at MIT, where he was one year ahead of me. In the demanding environment of MIT, Abdulrahman was a shining light. He was studious and disciplined, among the very best students at MIT, and admired by those around him. Yet what set him apart was not his grades but his generosity. He was always the one others turned to for help, and he never turned anyone away.

That generosity has defined him ever since. Abdulrahman feels a real responsibility to help the people around him. He has always been ready to give advice to friends, colleagues, and especially younger students. His professional judgment is sound, and over the years he has been a trusted source of guidance to me and to many others as we built our careers. As an undergraduate he gave his time, unpaid, to help young startup founders build their first products, purely because he wanted to see them succeed. Year after year he has taken part in mentorship programs for younger students, and he continues to guide those coming up behind him.

Above all, Abdulrahman is a family man, and his life is here. He lives in San Francisco with his wife and their child, and he is deeply woven into the Bay Area community. He is beloved by his friends. The last time I saw him was at his baby shower, where some sixty friends from across the Bay Area came to celebrate his growing family. People do not gather like that for an acquaintance. They gather for someone who is an integral, valued part of their lives. That is what Abdulrahman is to this community, and it is a community I have always hoped to join him in here in the Bay Area if I ever had the opportunity.

I have known Abdulrahman for twenty years, and I have never known him to break his word. He is, first and foremost, a family man, devoted to his wife and child. He has been a shining light to everyone fortunate enough to know him, and he has been a true community builder, bringing people together wherever he goes. I have complete confidence that he will respect every condition the Court imposes, and I respectfully ask the Court to weigh who he is and the life he has built here.

Sincerely,

A lifelong friend over the decades

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Motasim [redacted], and I am the cofounder o [redacted], a Y Combinator-backed AI startup. I have known Abdulrahman Alfozan, both personally and professionally, since 2016, when we met through mutual friend groups in Palo Alto, California, during my undergraduate studies at Stanford University.

From the start, Abdulrahman struck me as one of the most genuine, inclusive, and supportive people I had met. Over the years, he has given his time generously to mentor professionals and tech founders, myself included, across the US and around the world. He never stops at one conversation. He follows up with professional introductions, helpful articles, or a sincere check-in on how things are going. At events and gatherings, he is always the one connecting people, helping everyone grow professionally and widen their circles in the most genuine way.

He is also well known for welcoming people to the Bay Area and showing them around Silicon Valley. He gave me a tour of Instagram, along with other prospective engineers, and has hosted me in his home in Mountain View many times since I left the area. On more than one visit, I realized he was hosting other professionals during the same stay. He made sure we all got to know each other and learn from one another, and he spoke about what each of us was building in the most positive way.

Abdulrahman has helped build a unique community of friends and professionals in the Bay Area, spanning well-known Silicon Valley companies and startups, through social events, hackathons, and demo days. Being part of that community has been one of the best things to happen to me professionally. It was through that community, and Abdulrahman's guidance, that I discovered my interest in startups during my time at Stanford, found the support that led to our first funding, and was ultimately accepted into Y Combinator. That is just one story out of potentially hundreds like it.

I trust Abdulrahman without reservation. Knowing him as I do, I have no doubt he would honor every condition the Court imposes and show up for every hearing. I respectfully ask the Court to consider the kind of person he is and the strong ties he has built in this community.

Regards,

SIGN

[redacted]

Motasim [redacted]
Cofounder
[redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Honorable Judge Tse,

My name is Fayed [redacted]. I am a Mechanical Engineer [redacted], and a lifelong Bay Area native. I currently live in San Bruno, but was born in San Francisco [redacted]. I am writing in support of Abdulrahman Alfozan, who I have known for 11 years.

I first met Abdulrahman Alfozan 11 years ago, when I was first admitted into MIT. Before accepting admission, I attended a Campus Preview Weekend, where Abdulrahman was one of my hosts. My very first impression of him was that he was incredibly hospitable, and excited to meet and host me. He is one of the reasons that I chose MIT. He was very involved in the community on campus and welcomed me, a 17 year old he had never met, with open arms.

After completing university I returned to the Bay Area. Since then, our friendship has only grown through our shared community, interests, and similar personalities. He has been a mentor to me and an amazing friend. Abdulrahman and his wife have hosted us in their home on many occasions, most recently at their baby shower where their presence in the community was apparent by how many people were in attendance. It shows that Abdulrahman has spent a lot of time, effort, and care fostering meaningful relationships and establishing a strong community foundation.

Abdulrahman is a very genuine person, who has the ability to have a warm and engaging conversation with almost anyone he meets. I remember a time where I had brought my mother to a community picnic, and Abdulrahman came to say hello, but then stayed to have a very engaging conversation with her about their favorite soap operas and classic poetry. It's a specific memory I have that shows Abdulrahman's kindness and good nature.

Thank you for taking the time to read this letter, and I humbly ask that you consider my personal knowledge of Abdulrahman's character and background during your deliberations.

Respectfully,

Fayed [redacted]
San Bruno, California

**To the Honorable Alex G. Tse**
United States Magistrate Judge
**Re: United States v. Alfozan, No. 3:26-mj-71329**

Your Honor,

I have known Abdulrahman Alfozan for approximately two and a half years now. During this time, I have known him to be a person of exemplary character, and even more importantly, someone who genuinely cares about the people around him.

To give some context, I am [redacted] student at Stanford University, and the Bay Area has a relatively small community of Saudi nationals. We are spread across Berkeley, Palo Alto, Santa Cruz, Davis, and other nearby cities, as students and professionals, many of us thousands of miles away from our families. And throughout the time I have been here, Abdulrahman has consistently been one of the people bringing us together.

Whether it is organizing gatherings to celebrate religious holidays, welcoming new students at the beginning of the school year, or introducing people to others who might help them in their careers, Abdulrahman has always made an effort to make people feel that they belong. What he has helped build is more than just a group of Saudi students and professionals who happen to live in the same area. It genuinely feels like a family, and I believe Abdulrahman has played an enormous role in making that happen.

From his time at Meta, to Nash, and now OpenAI, many of us have looked up to Abdulrahman as an example of what we can achieve. But what I admire most about him is that, despite his professional success, he has never stopped making time for the people around him. He has always made it a point to share what he has learned, help others find opportunities, and bring people along with him.

Personally, Abdulrahman has helped me on multiple occasions. Just recently, he offered to invite a few friends and me to his office this coming November, simply to sit down with us and talk about how we could pursue careers at the forefront of the world's technological advancements. There was nothing in it for him. He just wanted to help.

And I think that says a lot about who Abdulrahman is. With most people, you have to ask for help. With Abdulrahman, he is usually the one offering it before you even ask.

I have seen this time and time again, not just in how he has treated me, but in how he treats others in our community. He has given so much of his time to people here, and I genuinely believe our community would not be what it is today without him.

Over the past two and a half years, I have seen Abdulrahman build real friendships, support people through different stages of their lives, and become someone many of us know we can turn to. He has built a life and a community here in the United States, and I know how much the relationships he has formed mean to him.

I can only speak to the Abdulrahman I know personally, but in all my interactions with him, I have seen nothing but kindness, generosity, and a strong sense of responsibility toward others. Based on everything I have seen of his character, I sincerely believe he would respect the Court's instructions and comply with any conditions placed upon him. I also know that he has a community here that cares deeply about him and would be there to support him.

I hope the Court will consider the impact Abdulrahman has had on so many of us. For students like me who came to this country far from home, having someone like Abdulrahman around has made a real difference. He has helped make a place that initially felt foreign feel a little more like home.

Thank you, Your Honor, for taking the time to read my letter.

Respectfully,

**Yazan** [redacted]
[redacted]
October 15, 2026

October 15, 2026

Honorable Alex G. Tse United States Magistrate Judge United States District Court, Northern District of California 450 Golden Gate Avenue, San Francisco, CA 94102

Re: United States v. Alfozan, No. 3:26-mj-71329

Dear Judge Tse,

My name is Zuhayeer [redacted], and I am a co-founder of [redacted]. I live in California. I have known Abdulrahman Alfozan for over ten years, and I am writing to share my experience of him.

I met Abdulrahman through mutual friends, and we quickly connected over a shared interest in technology and business. He became someone I enjoy thinking through ideas with. Over the years we have traded articles, talked through new ideas, and given each other honest feedback. I have always appreciated him as a thoughtful sounding board and a kind, supportive friend to me and to the people around him.

Abdulrahman's life is here. His friendships, his work, and his growing family are rooted in this community.

In the years I have known Abdulrahman, I have found him to be trustworthy and kind. I respectfully ask the Court to consider his character and his ties to this community.

Respectfully,

Zuhayeer [redacted] Co-Founder, [redacted] California

October 15, 2026

Harith [redacted]
[redacted]

Honorable Alex G.
Tse, United States Magistrate Judge,
Re: United States v.
Alfozan, No. 3:26-mj-71329

To Whom It May Concern,

My name is Harith [redacted]. I'm a fellow MIT alum with Fozan. He and I were at the institute during different times however, we were housemates during the summer of 2019. He and I lived together with a few other guys [redacted] in Mountain View. I got to know just how awkwardly personable and subtly caring Fozan is. He is a man who has built his life and his circle in California with roots all the way back to Boston. He is a kind soul and a competent engineer. I am fortunate to call him my friend.

[redacted]

Harith [redacted]
[redacted] NJ [redacted]
Mechanical Engineer
[redacted]

# Letter of Support for Abdulrahman Alfozan

October 15, 2026

To Whom It May Concern,

I have known Abdulrahman Alfozan and his wife for around eight years. Over that time, I have come to know them personally, and I am writing because I believe Abdulrahman deserves to be treated fairly and with respect.

I understand that serious matters can attract strong opinions, but I also believe it is important not to confuse allegations with proven facts. Anyone facing serious claims should have a fair opportunity to respond, and the matter should be judged carefully on the evidence rather than speculation or public opinion.

I am not writing to suggest that anyone should be exempt from scrutiny. I am asking only that Abdulrahman be given the same fairness and consideration that anyone would hope for in difficult circumstances, and that his privacy and dignity be respected throughout the process.

I offer this letter sincerely and in good faith. I hope the people reviewing the matter will approach it with an open mind and reach their conclusions based on reliable evidence.

Sincerely,

**Abdulmajeed**

Oct 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**RE: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Hend [redacted]. I have lived in the Bay Area since 2016. I am an occupational therapist and I currently work [redacted] For the past four years, I have been involved in the tech community to gain experience and explore career opportunities, most directly as a Fellow at Transform VC, where I support the venture capital firm across many areas including startup sourcing, diligence and operations. I am writing in support of Abdulrahman Alfozan, whom I have known for about a year and a half.

I first met Abdulrahman and his wife at a tech event hosted at Stanford campus in May 2025. That night, he walked me to my car to make sure I got there safely. It was a small gesture, but it showed me how considerate and respectful he is. I continued to see him at other tech events, where I got to know him better.

Abdulrahman is very respectful and supportive. I spoke to him about my career plans to transition to tech and he offered advice and invited me to tech events to build my network. He offered advice on how to establish myself within tech and what skills to build.

In addition to the professional support he offered me, I developed a personal relationship with him and his wife. I met him before he became a father, celebrated with their friends at their baby shower, and have watched him grow into an amazing father. At a family-friendly community event in September, which his wife and 2-month-old son attended, I saw this firsthand. In a room of about 80 people, with many waiting in line to speak with him, he took the time to help his wife with their crying baby, changing his diaper, feeding him and burping him. He still made sure to talk with the people waiting or take their contact information to follow up. He balanced fatherhood with a genuine desire to help everyone in that room.

Earlier this month, I visited Abdulrahman and his wife at their home before she and their son moved back to Saudi Arabia. He shared his plans to support them through the transition and return back to the Bay Area where he will continue living in their home with a close friend.

In the time I have known Abdulrahman, he has struck me as an honest, dependable, respectful, humble, and intelligent man who is not only successful but eager to help others succeed. He takes his career and accomplishments seriously and uses them for good. He extends himself to

support others without expecting anything in return. He is a proud husband and father. He is also a supportive friend, mentor, and peer who has built a strong community in the Bay Area.

I fully trust Abdulrahman. I am confident he will comply with every condition the Court sets and appear at every proceeding. I respectfully ask the Court to consider his character and his deep roots in this community.

Respectfully,

[redacted]

Hend [redacted]
San Francisco, CA
[redacted]

10/15/2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse:

I am writing to support Mr. Alfozan's application for bail. I live in San Jose, CA, and work as a [redacted] I met Mr. Alfozan at an Iftar gathering in San Francisco in 2018, and over the past eight years, I have built a close friendship with him and his wife. We also share a connection as fellow UC Berkeley Golden Bears, which has remained a meaningful anchor for our bond in the past years.

Mr. Alfozan's life is firmly centered around his home and family here. Although he originally loved birds, he completely opened his heart to cats out of love for his wife. Because he was severely allergic, he committed himself to a long course of allergy immunotherapy just so they could adopt Zaytun, a rescue kitten his wife was set on making their first "baby." Watching him follow through on this long medical process showed me his genuine patience and commitment. He built a stable home, personalizing it with everything needed to care for Zaytun. His sense of responsibility is clear; when his wife went into labor, he trusted me to look after Zaytun and was visibly emotional to leave him temporarily to head to the hospital.

I have always trusted Mr. Alfozan to look after my own cat, Blu, during my travels, and he has always been attentive to my cat's care needs. Beyond our bond as pet parents, we are closely involved in each other's family milestones. I attended his wedding and his family's baby shower, and he and his wife have always shown up for my family, celebrating my son's first and second birthday parties with us.

We also celebrate Thanksgiving together. As an American raised with traditional Midwest values, living far from home can feel isolating, but Mr. Alfozan and his wife truly became my family away from family. I was touched by how seamlessly he embraced these holiday traditions alongside our regular 4th of July BBQs, creating a welcoming environment that completely mirrored the community values I grew up with.

Because of his deep roots, his reliability, and his devotion to his family, I am confident that Mr. Alfozan poses no flight risk. I have no doubt that he will strictly follow any court conditions and show up for every single court appearance.

I know it is challenging to evaluate someone based primarily on a legal file. I hope my letter, alongside the support of many others, highlights who Mr. Alfozan is. The fact that so many people stand by him reflects his character, and I respectfully ask that the court consider this deep community support.

Thank you for your time and your careful consideration.

[redacted]

Sarah [redacted]

October 15, 2026

Honorable Alex G. Tse
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Nasruddin [redacted] I am a high school teacher at [redacted] since 2019. I am writing to add my testimonial to Abdulrahman Alfozan's good character as I have known him during our shared time at MIT since he joined in 2010, and then again after I moved to California. Abdulrahman has been an outgoing, generous friend, someone I could rely on to assist me with anything selflessly, as he did, for example, at my wedding reception by taking over the hosting for the remote guests during Covid lockdown. I know that he holds himself to the highest ethical standards and is civic minded. I know many of his friends appreciate him as I do and trust in his good character. I humbly ask that you extend him the consideration to appear to court hearings and return to the consolation of his community at home in between court dates.

Respectfully,

[redacted]

Nasruddin [redacted]

October 15, 2026

Honorable Alex G. Tse

United States Magistrate Judge

United States District Court, Northern District of California

450 Golden Gate Avenue, San Francisco, CA 94102

**Re: United States v. Alfozan, No. 3:26-mj-71329**

Dear Judge Tse,

My name is Zaki [redacted] I am a Software Engineer [redacted] I live in San Francisco, CA, and previously lived in the Bay Area for six years. I am writing in support of Abdulrahman Alfoza.

While I am not a close friend of Abdulrahman, I have several friends who are close with him. Anytime that I have heard his name mentioned he has always come across as a kind, dependable, and hardworking person.

The character of the people he surrounds himself with gives me confidence that he will comply with every condition this Court sets and appear at every proceeding. I respectfully ask the Court to consider his character and his closeness to the community in regards to this matter.

[redacted]

Zaki [redacted]

Software Engineer [redacted]

San Francisco, CA

[redacted]

# EXHIBIT C

Turkish Airlines e-ticket receipt, reservation U6MWNL (transaction date Sept. 14, 2026, Istanbul time)

TURKISH AIRLINES

## Your ticket has been created.

Mr. ABDULRAHMAN ALFOZAN

As Turkish Airlines, we are very pleased to welcome you.

**Transaction date: 14 September 2026, 04:47 (GMT +03) (Istanbul Local Time)**

Reservation code

**U6MWNL**

Manage booking

## Flight details

### San Francisco (SFO) - Riyadh (RUH) | 12 October 2026 Monday

| | | | | |
|---|---|---|---|---|
| **18:45** SFO San Francisco | IST | **23:10** RUH Riyadh | Journey duration 18h 25m | Economy Class (T) |

### Flight details

12h 55m

**18:45 SAN FRANCİSCO (UNİTED STATES)** — San Francisco International Airport (SFO)

| | |
|---|---|
| Airline - Flight no: | TURKISH AIRLINES - TK80 |
| Aircraft type: | Wide body - Airbus A350-900 |

**17:40 ISTANBUL (TÜRKİYE)** — Istanbul Airport (IST)

1h 30m

| | |
|---|---|
| Status: | Transfer and flight change |
| Airline: | Istanbul, Istanbul Airport |

4h

**19:10 ISTANBUL (TÜRKİYE)** — Istanbul Airport (IST)

| | |
|---|---|
| Airline - Flight no: | TURKISH AIRLINES - TK146 |
| Aircraft type: | Narrow-body - Boeing 737-900 ER |

**23:10 RİYADH (SAUDİ ARABİA)** — King Khalid International Airport (RUH)

### Fare Rules

| Change | Refund / Cancellation | Baggage Allowance |
|---|---|---|
| • With 180.00 USD penalty<br>• With 540.00 USD penalty - (In case of no-show) | • Not allowed - (In case of no-show)<br>• Not allowed | • Check-in Baggage : 2 pieces x 23 kg<br>• Cabin baggage: 1 piece x 8 kg (max. size: 55x40x23 cm) |

Please view Manage booking page for detailed information regarding your flight.

## Flight rules

- Refunds and changes related to your trip are evaluated based on the status of your ticket and the flights you wish to change or cancel.
- Full refund before departure: If none of the flights in the reservation have been used, the most restrictive refund rule in the reservation applies.
- Partial refund before departure: If only certain flights in the reservation are to be refunded and none of those flights have been used, the most restrictive refund rule among those flights applies.
- Refund after departure: If one or more flights in the reservation have already been used, the most restrictive refund rule in the reservation applies. The fare of the flown segment is deducted from the refundable amount.
- Change before or after departure: If any flights in the reservation are changed, the most restrictive change rule among those flights applies, regardless of whether the request is made before or after departure.
- If you do not board any flight, no-show rules apply to refund and change requests.
- Flights in your reservation must be used in the order they appear.
- If the ticket price is non-refundable, the fuel surcharge is also non-refundable. Refundable taxes can be requested through the manage booking page.
- If you miss and do not use any flight, and choose not to take the remaining flights, you can view and process your refund and change rights via the manage booking page.
- Any currency conversion differences that may occur during the payment process are independent of fare rules and are non-refundable.
- If your flight is disrupted due to operational reasons, you are entitled to a refund or change for your ticket and any additional services purchased (seat, baggage, pet transport, etc.).
- All local taxes are included in the total price shown for additional services.

## Passenger information

| Passenger name | Ticket numbers | Frequent Flyer Program details | | |
|---|---|---|---|---|
| **ABDULRAHMAN ALFOZAN** | 2352545216667 | **Program name Turkish Airlines** | **Membership number Turkish Airlines - Miles&Smiles** | **Earn 4108 Miles with Miles&Smiles on this flight** |
| **LUJAIN ALASSAF** | 2352545216668 | **Program name Turkish Airlines** | **Membership number Turkish Airlines - Miles&Smiles** | **Earn 4108 Miles with Miles&Smiles on this flight** |
| [redacted] | 2352545216669 | **The Frequent Flyer Program account has not been logged in for this passenger.** | | |

## Passenger contact information

| Passenger name | Email address | Telephone |
|---|---|---|
| **ABDULRAHMAN ALFOZAN** | [redacted] | [redacted] |

## Additional services

## Seat selection

| Passenger name | San Francisco - Riyadh |
|---|---|
| ABDULRAHMAN ALFOZAN<br>Adult | SFO - IST : 09K<br>IST - RUH : 05A |
| LUJAIN ALASSAF<br>Adult | SFO - IST : 09H<br>IST - RUH : 05B |
| [redacted]<br>Infant | SFO - IST : -<br>IST - RUH : - |

## Fare details

| | |
|---|---|
| **Flight fare** | **USD 1,329.59** |
| **Airline imposed fees** | |
| **2 (Adult)** | **USD 586.00** |
| **1 (Infant)** | **USD 29.00** |
| **Fuel fee** | **USD 596.00** |
| **Taxes, fees and expenses** | |
| **Taxes and other charges** | **USD 118.59** |
| **Passenger Civil Aviation Security Services Fee (AY)** | **USD 16.80** |
| **International Flights Security Charge (M6)** | **USD 4.60** |
| **Airport Service Charge - International (TR)** | **USD 11.60** |
| **Security Charges (E3)** | **USD 6.39** |
| **Passenger Facility Charge (XF)** | **USD 9.00** |
| **Transportation Tax (US)** | **USD 70.20** |
| **Additional services** | **USD 568.00** |
| **Paid seat selection** | **USD 568.00** |
| Seat selection fee | USD 568.00 |

**Total : USD 1,897.59**

## Payment details

| Payment Method | Card number | Installment options | Ticket numbers |
|---|---|---|---|
| VISA | 414**********639 | Advance | 2352545216667<br>2352545216668<br>2352545216669 |

## Attention

## Fare rules

- The total cost of your ticket will be charged via the payment method you've chosen at checkout.
- Pursuant to the General Communiqué of the Tax Procedure Law No. 462, fiscal e-tickets which are electronically signed and may be used as substantiating documents shall be accessible via http://ebiletfatura.turkishairlines.com within a period not exceeding seventy-two (72) hours as of the date of issuance of the ticket. The fiscal e-ticket may be updated through the said website by using the option titled "Update Taxpayer Information" until the tenth (10th) day of the month following the month in which the ticket was purchased. Following the expiry of this period, no amendment, correction, or update shall be permitted with respect to the information contained in the fiscal e-ticket, and the fiscal e-ticket shall thereafter be available solely for viewing.
- If you purchased travel insurance with your ticket, your policy will be sent to the e-mail address you provided within 24 hours.
- At checkout, passengers who receive a warning indicating that they will have to present a credit card, and then accept this warning, must present the card owner's credit card and valid ID (passport, birth certificate, driver's license or marriage certificate) before their flight (presentations to be made at Turkish Airlines Sales Offices or at the check-in counter). Furthermore, your credit card must be submitted for any changes or cancellations/refunds to your ticket. Self check-in is not allowed for processes in which presentation of credit card is required. If the credit card you use for payment is a virtual card, please bring with you the credit card to which the virtual card is attached.
- Documents required for flight (passport, visas, identity documents, etc.) are required to be kept with you at all times.
- It is the passenger's responsibility to provide the required visas and other documents for the country to which they are traveling. Turkish Airlines takes no responsibility for the checking of these documents or for reminding passengers of them. Find out more: https://www.turkishairlines.com/en-int/any-questions
- Online check-in opens 24 hours before your flight.
- For international flights, you are required to be at the airport at least three (3) hours before the flight's scheduled departure time. For international flights, all check-in and baggage handling procedures must be completed at least 75 minutes before the flight's scheduled departure time.
- For domestic flights, you are required to be at the airport at least three (3) hours before the flight's scheduled departure time. For domestic flights, all check-in and baggage handling procedures must be completed at least 60 minutes before the flight's scheduled departure time.
- Because Turkish Airlines is based in Türkiye, additional processing fees may be charged by your bank for any online ticket purchases made with a credit card not connected with a Turkish bank. Please contact your bank for further information.
- Before boarding, you must have collected your boarding pass and completed all baggage procedures.
- If your baggage is in excess of your allocated limit, please take into account the time it will take to pay extra baggage fees when planning your journey to the airport.
- Passengers who have not applied to the gate before boarding, even those who've printed boarding pass over the internet, will not be accepted on board.
- Due to operational procedures involved, any special requests (wheelchair assistance, special meal requests, etc.) must be made at least 24 hours prior to the flight. Find out more: https://www.turkishairlines.com/en-int/any-questions/special-assistance-for-passengers
- In some of our connecting flights passengers may have to connect using a different airport in the same city. For example, some London-Tehran flights connecting in Istanbul may require first landing at Istanbul Sabiha Gökçen Airport, then a transfer to Istanbul Airport before boarding the connecting flight. Passengers will confirm they have understood should this be the case, and will then be responsible for transferring themselves and their baggage to the airport from which the connecting flight is to depart.
- Please click for necessary information regarding connecting flights departing from Sabiha Gökçen (SAW)/Istanbul (IST) airports: https://www.turkishairlines.com/en-int/any-questions/transfer-transit-passengers/index.html
- Find out more about baggage rules which apply to Turkish Airlines flights or codeshare (partner) flights flying to/from the United States of America: https://www.turkishairlines.com/en-int/any-questions/baggage-information
- Find out more about service and travel conditions for passengers requiring special assistance: https://www.turkishairlines.com/en-us/any-questions/special-assistance-for-passengers
- Find out more about valid visa information regarding flights connecting in Canada: https://www.turkishairlines.com/en-us/any-questions
- Find out more about flights with no baggage allowance: https://www.turkishairlines.com/en-us/any-questions/baggage-information
- Find out more about flights with at least one stop in Saudi Arabia: https://www.turkishairlines.com/en-us/any-questions Don't forget that your cabin baggage shouldn't exceed the maximum baggage size. For more details, please visit the cabin baggage page: https://www.turkishairlines.com/en-us/any-questions/carry-on-baggage/index.html
- The type of aircraft scheduled for a flight may change for operational reasons. Turkish Airlines cannot be held responsible in case of delayed receipt of your email due to technical difficulties.The type of aircraft scheduled for a flight may change for operational reasons. Turkish Airlines cannot be held responsible in case of delayed receipt of your email due to technical difficulties.
- This email is personal and may contain confidential information. None of the information or names in this email may be transmitted or otherwise distributed to anyone other than its written recipients.
- If you believe that you have received this email in error, please contact the sender and delete all messages and attachments.

# EXHIBIT D

Form N-400, Application for Naturalization (filed July 10, 2025)

# Application for Naturalization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form N-400**
OMB No. 1615-0052
Expires 02/28/2027

| For USCIS Use Only | Date Stamp | Receipt | Action Block |
|---|---|---|---|
| Remarks | | | |

▶ **START HERE - Type or print in black ink.** If you do not answer all of the questions, it may take longer for U.S. Citizenship and Immigration Services (USCIS) to process your Form N-400.

If your mother or father (including legal adoptive mother or father) is a U.S. citizen by birth, or was naturalized before you reached your 18th birthday, you may not need to file Form N-400 as you may already be a U.S. citizen. Before you file this application, please visit the USCIS website at **www.uscis.gov/N-600** for Form N-600, Application for Certificate of Citizenship.

## Part 1. Information About Your Eligibility (Select only one box to identify the basis of your eligibility or your Form N-400 may be delayed or rejected.)

**Enter Your 9 Digit A-Number**
▶A- [redacted]

1. Reason for Filing (Please see Instructions for eligibility requirements under each provision.):
   - A. ☒ **General Provision.** See Instructions: **List of General Eligibility Requirements**
   - B. ☐ **Spouse of U.S. Citizen.** See Instructions: ***Eligibility Based on Marriage to a U.S. Citizen***
   - C. ☐ **VAWA.** See Instructions: ***Eligibility for the Spouse, Former Spouse, or Child of a U.S. Citizen under the Violence Against Women Act (VAWA)***
   - D. ☐ **Spouse of U.S. Citizen in Qualified Employment Outside the United States.** See Instructions: ***Eligibility for the Spouse of a U.S. Citizen Working for a Qualified Employer Outside the United States***

     If your residential address is outside the United States and you are filing under Immigration and Nationality Act (INA) section 319(b), select the USCIS field office where you would like to have your naturalization interview. You can find a USCIS field office at www.uscis.gov/field-offices.

   - E. ☐ **Military Service During Period of Hostilities.** See Instructions: ***Eligibility and Evidence for Current and Former Members of the U.S. Armed Forces***
   - F. ☐ **At Least One Year of Honorable Military Service at Any Time.** See Instructions: ***Eligibility and Evidence for Current and Former Members of the U.S. Armed Forces***
   - G. ☐ **Other Reason for Filing Not Listed Above**

## Part 2. Information About You (Person applying for naturalization)

1. Your Current Legal Name (**do not** provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Alfozan | Abdulrahman | Fozan |

2. Other Names You Have Used Since Birth (see the Instructions for this **Item Number** for more information about which names to include)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |
| | | |

Electronic Form Only

**Part 2. Information About You** (Person applying for naturalization) (continued) **A-** [redacted]

**Name Change (Optional)**

**Read the Instructions for this Item Number before you decide whether you would like to legally change your name.**

**3.** Would you like to legally change your name? ☐ Yes ☒ No (skip to **Item Number 4.**)

If you answered "Yes," type or print the new name you would like to use:

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

**4.** USCIS Online Account Number (if any) ►

**5.** Sex ☒ Male ☐ Female

**6.** Date of Birth (mm/dd/yyyy) [redacted]

In addition to your actual date of birth, include any other dates of birth you have ever used, including dates used in connection with any legal names or non-legal names, in the space provided in **Part 14. Additional Information**.

**7.** If you are a lawful permanent resident, provide the date you became a lawful permanent resident (mm/dd/yyyy). 09/14/2020

**8.** Country of Birth

Saudi Arabia

**9.** Country of Citizenship or Nationality

Saudi Arabia

If you are a citizen or national of more than one country, list additional countries of nationality in the space provided in **Part 14. Additional Information**.

**10.** Was your mother or father (including adoptive mother or father) a U.S. citizen before your 18th birthday? ☐ Yes ☒ No

If you answered "Yes," you may already be a U.S. citizen. If you are a U.S. citizen, you should not complete Form N-400.

**11.** Do you have a physical or developmental disability or mental impairment that prevents you from demonstrating your knowledge and understanding of the English language or civics requirements for naturalization? ☐ Yes ☒ No

If you answered "Yes," submit a completed Form N-648, Medical Certification for Disability Exceptions, when you file your Form N-400. See the ***Naturalization Testing and Exceptions*** section of the Instructions for additional information about exceptions from the English language test, including exceptions based on age and years as a lawful permanent resident.

***Social Security Update***

**12.a.** Do you want the Social Security Administration (SSA) to issue you an original or replacement Social Security card and update your immigration status with the SSA if and when you are naturalized?

☐ Yes (Complete **Item Numbers 12.b. - 12.c.**)

☒ No (Go to **Part 3.**)

**12.b.** Provide your Social Security number (SSN) (if any). ► [redacted]

**12.c. Consent for Disclosure:** I authorize disclosure of information from this application and USCIS systems to the SSA as required for the purpose of assigning me an SSN, issuing me an original or replacement Social Security card, and updating my immigration status with the SSA. ☐ Yes ☐ No

**NOTE:** If you answered "Yes" to **Item Number 12.a.**, you must also answer "Yes" to **Item Number 12.c.**, **Consent for Disclosure**, to receive a card.

Electronic Form Only

## Part 3. Biographic Information

A-[redacted]

**NOTE:** USCIS requires you to complete the categories below to conduct background checks. (See the **Form N-400 Instructions** for more information.)

**1.** Ethnicity (Select **only one** box)

☐ Hispanic or Latino ☒ Not Hispanic or Latino

**2.** Race (Select **all applicable** boxes)

☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White

**3.** Height Feet 5 Inches 10 **4.** Weight Pounds 155

**5.** Eye color (Select **only one** box)

☐ Black ☐ Blue ☒ Brown ☐ Gray ☐ Green ☐ Hazel ☐ Maroon ☐ Pink ☐ Unknown/ Other

**6.** Hair color (Select **only one** box)

☐ Bald (No hair) ☒ Black ☐ Blond ☐ Brown ☐ Gray ☐ Red ☐ Sandy ☐ White ☐ Unknown/ Other

## Part 4. Information About Your Residence

**1.** Physical Addresses

List every location where you have lived during the last 5 years if you are filing based on the general provision under **Part 1.**, **Item Number 1.a.** If you are filing based on other naturalization eligibility options, see **Part 4.** in the **Specific Instructions by Item Number** section of the Instructions for the applicable period of time for which you must enter this information. If you need extra space, use the space provided in **Part 14. Additional Information**.

Current Physical Address

In Care Of Name (if any)

Street Number and Name [redacted]

☒ Apt. ☐ Ste. ☐ Flr. Number [redacted]

City or Town PALO ALTO State CA ZIP Code 94304-2033

Province Postal Code Country

Dates of Residence: From (mm/dd/yyyy) 08/18/2023 Dates of Residence: To (mm/dd/yyyy) PRESENT

| Physical Address (Street Number and Name) | City or Town | State / Province | ZIP Code / Postal Code | Country | Dates of Residence From (mm/dd/yyyy) | Dates of Residence To (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| [redacted] | Mountain View | CA | 94040 | United S | 07/22/2017 | 08/18/2023 |
| [redacted] | Palo Alto | CA | | United S | 08/18/2023 | PRESENT |
| | | | | | | |
| | | | | | | |

**2.** Is your current physical address also your current mailing address?

☒ Yes (If you answered "Yes," skip to **Part 5.**) ☐ No

Electronic Form Only

## Part 4. Information About Your Residence (continued)

A- [redacted]

**3.** Current Mailing Address (Safe Mailing Address, if applicable)

In Care Of Name (if any)

Street Number and Name: [redacted]

☒ Apt. ☐ Ste. ☐ Flr. Number: [redacted]

City or Town: PALO ALTO

State: CA

ZIP Code: 94304-2033

Province:

Postal Code:

Country: United States

## Part 5. Information About Your Marital History

**1.** What is your current marital status?

☐ Single, Never Married ☒ Married ☐ Divorced ☐ Widowed ☐ Separated ☐ Marriage Annulled

If you are single and have **never** married, go to **Part 6. Information About Your Children**.

**2.** If you are currently married, is your spouse a current member of the U.S. armed forces? ☐ Yes ☒ No

**3.** How many times have you been married? (See the **Specific Instructions by Item Number** section of the Instructions for more information about which marriages to include.) 1

Provide current marriage certificate and any divorce decree, annulment decree, or death certificate showing that your prior marriages were terminated (if applicable).

If you are filing under one of the categories below, answer **Item Numbers 4.a. - 8.**:

- Spouse of U.S. Citizen, **Part 1., Item Number 1.b.**; or
- Spouse of U.S. Citizen in Qualified Employment Outside the United States, **Part 1., Item Number 1.d.**

If you are not filing **under one of the categories above, skip to Part 6.**

### *Your Current Marriage*

If you are currently married, including if you are legally separated, provide the following information about your current spouse.

**4.a.** Current Spouse's Legal Name

Family Name (Last Name): | Given Name (First Name): | Middle Name (if applicable):

**4.b.** Current Spouse's Date of Birth (mm/dd/yyyy):

**4.c.** Date You Entered into Marriage with Current Spouse (mm/dd/yyyy):

**4.d.** Is your current spouse's present physical address the same as your physical address?

☐ Yes

☐ No (If you answered "No," provide address in **Part 14. Additional Information**.)

**5.a.** When did your current spouse become a U.S. citizen?

☐ By Birth in the United States - Go to **Item Number 7.**

☐ Other - Complete **Item Number 5.b.**

**5.b.** Date Your Current Spouse Became a U.S. Citizen (mm/dd/yyyy):

Electronic Form Only

## Part 5. Information About Your Marital History (continued)

A- [redacted]

6. Current Spouse's Alien Registration Number (A-Number) (if any) ▶ A-

7. How many times has your current spouse been married? (See the **Specific Instructions by Item Number** section of the Instructions for more information about which marriages to include.)

Provide divorce decrees, annulment decrees, or death certificates showing that all of your spouse's prior marriages were terminated (if applicable).

8. Current Spouse's Current Employer or Company

Only answer **Item Number 8.** if you are filing under **Part 1.**, **Item Number 1.d.**, **Spouse of U.S. Citizen in Qualified Employment Outside the United States.**

## Part 6. Information About Your Children

1. Indicate your total number of children under 18 years of age. 0

2. Provide the following information about your children identified in **Item Number 1.** For the residence and relationship columns, you must type or print one of the valid options listed. If any of your children do not reside with you, provide the address(es) where those children live in **Part 14. Additional Information**. If you have more than three children, use the space provided in **Part 14. Additional Information**.

| **Son or Daughter's Name** (First Name and Family Name) | **Date of Birth** (mm/dd/yyyy) | **Residence** (Valid options include: resides with me, does not reside with me, or unknown/missing) | **Relationship** (Valid options include: biological son or daughter, stepchild, or legally adopted son or daughter) | **Are you providing support for your son or daughter?** |
|---|---|---|---|---|
| | | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |

## Part 7. Information About Your Employment and Schools You Attended

1. List where you have worked or attended school full time or part time during the last 5 years if you are filing based on the general provision under **Part 1.**, **Item Number 1.a.** If you are filing based on other naturalization eligibility options, see **Part 7.** in the **Specific Instructions by Item Number section** of the Instructions for the applicable period of time for which you must enter this information. Provide information for the complete time period for all employment, including foreign government employment such as military, police, and intelligence services. Begin by providing information about your most recent or current employment, studies, or unemployment. Provide the locations and dates where you worked, were self-employed, were unemployed, or have studied. If you worked for yourself and not for a specific employer, type or print "self-employed" for the employer name. If you were unemployed, type or print "unemployed." If you are retired, type or print "retired." If you need extra space to complete **Part 7.**, use the space provided in **Part 14. Additional Information**.

| **Employer or School** | | | | | **Employment/School Dates** | | **Occupation or Field of Study** |
|---|---|---|---|---|---|---|---|
| **Name** | **City/Town** | **State/ Province** | **ZIP Code/ Postal Code** | **Country** | **From** (mm/dd/yyyy) | **To** (mm/dd/yyyy) | |
| University of California, | Berkeley | CA | 94720 | United State | 01/10/2023 | 05/16/2025 | Master of Informa |
| Facebook, Inc. | Menlo Park | CA | 94025 | United State | 06/12/2017 | 03/27/2023 | I.T. Software Deve |
| Nash Technologies, Inc. | San Francisco | CA | 94114 | United State | 12/27/2021 | PRESENT | I.T. Software Deve |

Electronic Form Only

## Part 8. Time Outside the United States

A- [redacted]

**1.** List below all the trips that you have taken outside the United States during the last 5 years if you are filing based on the general provision under **Part 1.**, **Item Number 1.a.** If you are filing based on other naturalization eligibility options, see **Part 8.** in the **Specific Instructions by Item Number** section of the Instructions for the applicable period of time for which you must enter this information. Start with your most recent trip and work backwards. Do not include day trips (where the entire trip was completed within 24 hours) in the table. If you have taken any trips outside the United States that lasted more than 6 months, see the **Required Evidence - Continuous Residence** section of the Instructions for evidence you should provide. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

| **Date You Left the United States** (mm/dd/yyyy) | **Date You Returned to the United States** (mm/dd/yyyy) | **Countries to Which You Traveled** |
|---|---|---|
| 02/08/2025 | 02/16/2025 | SAU |
| 12/20/2024 | 01/02/2025 | SAU, CHE, FRA, ARE |
| 10/26/2024 | 11/05/2024 | SAU |
| 05/27/2024 | 06/25/2024 | GBR, SAU, EGY, ESP, FRA |
| 03/04/2024 | 03/09/2024 | MEX |
| 12/13/2023 | 01/03/2024 | SAU |

## Part 9. Additional Information About You

When a question includes the word "**EVER**," you must provide information about any of your actions or conduct that occurred **anywhere in the world** at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in **Item Numbers 1. - 14.** in **Part 9. Item Numbers 1. - 14.**, provide explanations and any additional information in the space provided in **Part 14. Additional Information**.

**1.** Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**2.** Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☐ Yes ☒ No

**3.** Do you currently owe any overdue Federal, state, or local taxes in the United States? ☐ Yes ☒ No

**4.** Since you became a lawful permanent resident, have you called yourself a "nonresident alien" on a Federal, state, or local tax return or decided not to file a tax return because you considered yourself to be a nonresident? ☐ Yes ☒ No

Have you **EVER**:

**5.a.** Been a member of, involved in, or in any way associated with any Communist or totalitarian party **anywhere in the world**? ☐ Yes ☒ No

**5.b.** Advocated (supported and promoted) any of the following, or been a member of, involved in, or in any way associated with any group **anywhere in the world** that advocated any of the following: ☐ Yes ☒ No

- Opposition to all organized government;
- World communism;
- The establishment in the United States of a totalitarian dictatorship;
- The overthrow by force or violence or other unconstitutional means of the Government of the United States or all forms of law;
- The unlawful assaulting or killing of any officer or officers of the Government of the United States or of any other organized government because of their official character;
- The unlawful damage, injury, or destruction of property; or
- Sabotage?

Electronic Form Only

**Part 9. Additional Information About You** (continued) **A-** [redacted]

Have you **EVER** been a member of, involved in, or in any way associated with, or have you **EVER** provided money, a thing of value, services or labor, or any other assistance or support to a group that:

| | | | |
|---|---|---|---|
| **6.a.** | Used a weapon or explosive with intent to harm another person or cause damage to property? | ☐ Yes | ☒ No |
| **6.b.** | Engaged (participated) in kidnapping, assassination, or hijacking or sabotage of an airplane, ship, vehicle, or other mode of transportation? | ☐ Yes | ☒ No |
| **6.c.** | Threatened, attempted (tried), conspired (planned with others), prepared, planned, advocated for, or incited (encouraged) others to commit any of the acts listed in **Item Numbers 6.a.** or **6.b.**? | ☐ Yes | ☒ No |

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

| | | | |
|---|---|---|---|
| **7.a.** | Torture? | ☐ Yes | ☒ No |
| **7.b.** | Genocide? | ☐ Yes | ☒ No |
| **7.c.** | Killing or trying to kill any person? | ☐ Yes | ☒ No |
| **7.d.** | Intentionally and severely injuring or trying to injure any person? | ☐ Yes | ☒ No |
| **7.e.** | Any kind of sexual contact or activity with any person who did not consent (did not agree) or was unable to consent (could not agree), or was being forced or threatened by you or by someone else? | ☐ Yes | ☒ No |
| **7.f.** | Not letting someone practice his or her religion? | ☐ Yes | ☒ No |
| **7.g.** | Causing harm or suffering to any person because of his or her race, religion, national origin, membership in a particular social group, or political opinion? | ☐ Yes | ☒ No |
| **8.a.** | Have you **EVER** served in, been a member of, assisted (helped), or participated in any military or police unit? | ☐ Yes | ☒ No |
| **8.b.** | Have you **EVER** served in, been a member of, assisted (helped), or participated in any armed group (a group that carries weapons), for example: paramilitary unit (a group of people who act like a military group but are not part of the official military), self-defense unit, vigilante unit, rebel group, or guerrilla group? | ☐ Yes | ☒ No |

If you answered "Yes" to **Item Number 8.a.** or **Item Number 8.b.**, include the name of the country, the name of the military unit or armed group, your rank or position, and your dates of involvement in your explanation in **Part 14. Additional Information**.

| | | | |
|---|---|---|---|
| **9.** | Have you **EVER** worked, volunteered, or otherwise served in a place where people were detained (forced to stay), for example, a prison, jail, prison camp (a camp where prisoners of war or political prisoners are kept), detention facility, or labor camp, or have you **EVER** directed or participated in any other activity that involved detaining people? | ☐ Yes | ☒ No |
| **10.a.** | Were you **EVER** a part of any group, or did you **EVER** help any group, unit, or organization that used a weapon against any person, or threatened to do so? | ☐ Yes | ☒ No |
| **10.b.** | If you answered "Yes" to **Item Number 10.a.**, when you were part of this group, or when you helped this group, did you ever use a weapon against another person? | ☐ Yes | ☐ No |
| **10.c.** | If you answered "Yes" to **Item Number 10.a.**, when you were part of this group, or when you helped this group, did you ever threaten another person that you would use a weapon against that person? | ☐ Yes | ☐ No |
| **11.** | Have you **EVER** sold, provided, or transported weapons, or assisted any person in selling, providing, or transporting weapons, which you knew or believed would be used against another person? | ☐ Yes | ☒ No |
| **12.** | Have you **EVER** received any weapons training, paramilitary training, or other military-type training? | ☐ Yes | ☒ No |
| **13.** | Have you **EVER** recruited (asked), enlisted (signed up), conscripted (required to join), or used any person under 15 years of age to serve in or help an armed group, or attempted or worked with others to do so? | ☐ Yes | ☒ No |
| **14.** | Have you **EVER** used any person under 15 years of age to take part in hostilities or attempted or worked with others to do so? This could include participating in combat or providing services related to combat (such as serving as a messenger or transporting supplies). | ☐ Yes | ☒ No |

Electronic Form Only

**Part 9. Additional Information About You** (continued) **A-**[redacted]

**If you answer "Yes" to any part of Item Number 15. below, complete the table below with each crime or offense even if your records have been sealed, expunged, or otherwise cleared.** You must disclose this information even if someone, including a judge, law enforcement officer, or attorney, told you that it is no longer on your record, or told you that you do not have to disclose the information. If you need extra space, use the space provided in **Part 14. Additional Information**. Submit evidence to support your answers with your Form N-400.

Include all the crimes and offenses in the United States or **anywhere in the world** (including domestic violence, driving under the influence of drugs or alcohol, and crimes and offenses while you were under 18 years of age) which you **EVER**:

- Committed, agreed to commit, or asked someone else to commit;
- Were arrested, cited, detained, or confined by any law enforcement officer, military official (in the U.S. or elsewhere), or immigration official;
- Were charged with committing, helping commit, or trying to commit;
- Pled guilty to;
- Were convicted of;
- Were placed in alternative sentencing or a rehabilitative program for (for example, diversion, deferred prosecution, withheld adjudication, or deferred adjudication); or
- Received a suspended sentence, clemency, amnesty, or pardon for, or were placed on probation or paroled for.

**15.a.** Have you **EVER** committed, agreed to commit, asked someone else to commit, helped commit, or tried to commit a crime or offense for which you were NOT arrested? ☐ Yes ☒ No

**15.b.** Have you **EVER** been arrested, cited, detained or confined by any law enforcement officer, military official (in the U.S. or elsewhere), or immigration official for any reason, or been charged with a crime or offense? ☒ Yes ☐ No

| **What was the crime or offense?** (If convicted, provide crime of conviction. If not convicted, provide crime or offense listed in arrest, citation, charging document, or crime committed.) | **Date of the Crime or Offense** (mm/dd/yyyy) | **Date of your conviction or guilty plea** (if applicable) (mm/dd/yyyy) | **Place of Crime or Offense** (City or Town, State, Country) | **What was the result or disposition of the arrest, citation, or charge?** (no charges filed, convicted, charges dismissed, detention, jail, probation, etc.) | **What was your sentence** (if applicable)? (For example, 90 days in jail, 90 days on probation) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**16.** If you received a suspended sentence, were placed on probation, or were paroled, have you completed your suspended sentence, probation, or parole? ☐ Yes ☐ No

If you answer "Yes" to any of the questions in **Item Numbers 17.a. - 19.**, provide an explanation in the space provided in **Part 14. Additional Information**. Submit evidence to support your answers.

Electronic Form Only

**Part 9. Additional Information About You** (continued) **A-** [redacted]

Have you **EVER:**

| | | | |
|---|---|---|---|
| **17.a.** | Engaged in prostitution, attempted to procure or import prostitutes or persons for the purpose of prostitution, or received any proceeds or money from prostitution? | ☐ Yes | ☒ No |
| **17.b.** | Manufactured, cultivated, produced, distributed, dispensed, sold, or smuggled (trafficked) any controlled substances, illegal drugs, narcotics, or drug paraphernalia in violation of any law or regulation of a U.S. state, the United States, or a foreign country? | ☐ Yes | ☒ No |
| **17.c.** | Been married to more than one person at the same time? | ☐ Yes | ☒ No |
| **17.d.** | Married someone in order to obtain an immigration benefit? | ☐ Yes | ☒ No |
| **17.e.** | Helped anyone to enter, or try to enter, the United States illegally? | ☐ Yes | ☒ No |
| **17.f.** | Gambled illegally or received income from illegal gambling? | ☐ Yes | ☒ No |
| **17.g.** | Failed to support your dependents (pay child support) or to pay alimony (court-ordered financial support after divorce or separation)? | ☐ Yes | ☒ No |
| **17.h.** | Made any misrepresentation to obtain any public benefit in the United States? | ☐ Yes | ☒ No |
| **18.** | Have you **EVER** given any U.S. Government officials **any** information or documentation that was false, fraudulent, or misleading? | ☐ Yes | ☒ No |
| **19.** | Have you **EVER** lied to any U.S. Government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States? | ☐ Yes | ☒ No |

If you answer "Yes" to **Item Numbers 20. - 21.** below, provide an explanation in the space provided in **Part 14. Additional Information** and see the **Specific Instructions by Item Number**, **Part 9. Additional Information About You** of the Instructions for more information.

| | | | |
|---|---|---|---|
| **20.** | Have you **EVER** been placed in removal, rescission, or deportation proceedings? | ☐ Yes | ☒ No |
| **21.** | Have you **EVER** been removed or deported from the United States? | ☐ Yes | ☒ No |

Federal Law requires nearly all people born as male who are either U.S. citizens or immigrants, 18 through 25 years of age, to register with Selective Service. See www.sss.gov.

| | | | |
|---|---|---|---|
| **22.a.** | Are you a male who lived in the United States at any time between your 18th and 26th birthdays? (Do not select "Yes" if you were a lawful nonimmigrant for all of that time period). | ☐ Yes | ☒ No |
| **22.b.** | If you answered "Yes," to **Item Number 22.a.**, did you register for the Selective Service? | ☐ Yes | ☐ No |

**22.c.** If you answered "Yes," to **Item Number 22.b.**, provide information about your registration.

Date Registered (mm/dd/yyyy) Selective Service Number

If you answered "No," to **Item Number 22.b.** see the **Specific Instructions by Item Number**, **Part 9. Additional Information About You** of the Instructions for more information.

If you answer "Yes" to **Item Numbers 23. - 24.**, provide an explanation in the space provided in **Part 14. Additional Information**.

| | | | |
|---|---|---|---|
| **23.** | Have you **EVER** left the United States to avoid being drafted in the U.S. armed forces? | ☐ Yes | ☒ No |
| **24.** | Have you **EVER** applied for any kind of exemption from military service in the U.S. armed forces? | ☐ Yes | ☒ No |
| **25.** | Have you **EVER** served in the U.S. armed forces? | ☐ Yes | ☒ No |

Electronic Form Only

| **Part 9. Additional Information About You** (continued) | **A-** [redacted] |
|---|---|

If you answered "No" to **Item Number 25.**, go to **Item Number 30.a.**

**26.a.** Are you **currently** a member of the U.S. armed forces? ☐ Yes ☒ No

**26.b.** If you answered "Yes" to **Item Number 26.a.**, are you scheduled to deploy outside the United States, including to a vessel, within the next 3 months? (Call the Military Help Line at **877-247-4645** if you transfer to a new duty station after you file your Form N-400, including if you are deployed outside the United States or to a vessel.) ☐ Yes ☐ No

**26.c.** If you answered "Yes," to **Item Number 26.a.**, are you **currently** stationed outside the United States? ☐ Yes ☐ No

**26.d.** If you answered "No" to **Item Number 26.a.**, are you a former U.S. military service member who is currently residing outside of the U.S.? ☐ Yes ☒ No

If you answer "Yes" to **Item Numbers 27. - 29.**, provide an explanation in the space provided in **Part 14. Additional Information**.

**27.** Have you **EVER** been court-martialed or have you received a discharge characterized as other than honorable, bad conduct, or dishonorable, while in the U.S. armed forces? ☐ Yes ☐ No

**28.** Have you **EVER** been discharged from training or service in the U.S. armed forces because you were an alien? ☐ Yes ☐ No

**29.** Have you **EVER** deserted from the U.S. armed forces? ☐ Yes ☐ No

For **Item Numbers 30.a. - 37.** see **Specific Instructions by Item Number**, **Part 9. Additional Information About You**. If you answer "Yes" to **Item Number 30.a.**, provide an explanation in the space provided in **Part 14. Additional Information**.

**30.a.** Do you now have, or did you **EVER** have, a hereditary title or an order of nobility in any foreign country? ☐ Yes ☒ No (skip to **Item Number 31.**)

**30.b.** If you answered "Yes," to **Item Number 30.a.**, are you willing to give up any inherited titles or orders of nobility, ______ (list titles), that you have in a foreign country at your naturalization ceremony? ☐ Yes ☐ No

If you answer "No" to any question except **Item Number 33.**, see the ***Oath of Allegiance*** section of the Instructions for more information.

**31.** Do you support the Constitution and form of Government of the United States? ☒ Yes ☐ No

**32.** Do you understand the full Oath of Allegiance to the United States (see **Part 16. Oath of Allegiance**)? ☒ Yes ☐ No

**33.** Are you unable to take the Oath of Allegiance because of a physical or developmental disability or mental impairment? If you answer "Yes," skip **Item Numbers 34. - 37.** and see the ***Legal Guardian, Surrogate, or Designated Representative*** section in the **Instructions**. ☐ Yes ☒ No

**34.** Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

**35.** If the law requires it, are you willing to bear arms (carry weapons) on behalf of the United States? ☒ Yes ☐ No

**36.** If the law requires it, are you willing to perform noncombatant services (do something that does not include fighting in a war) in the U.S. armed forces? ☒ Yes ☐ No

**37.** If the law requires it, are you willing to perform work of national importance under civilian direction (do non-military work that the U.S. Government says is important to the country)? ☒ Yes ☐ No

Electronic Form Only

## Part 10. Request for a Fee Reduction

A- [redacted]

For information about fees, fee waivers, and reduced fees, see Form G-1055, Fee Schedule, at www.uscis.gov/g-1055. To apply for a reduced fee, complete **Item Numbers 1. - 5.b.** If you are not eligible for a reduced fee, complete **Item Number 1.** and proceed to **Part 11.**

**1.** My household income is less than or equal to 400% of the Federal Poverty Guidelines (see Instructions for required documentation).

☐ Yes (complete **Item Numbers 2. - 5.b.**)

☐ No (skip to **Part 11.**)

**2.** Total household income:

**3.** My household size is:

**4.** Total number of household members earning income including yourself:

**5.a.** I am the head of household. ☐ Yes ☐ No

**5.b.** Name of head of household (if you selected "No" in **Item Number 5.a.**):

## Part 11. Applicant's Contact Information, Certification, and Signature

### *Applicant's Contact Information*

Provide your daytime telephone number, mobile telephone number (if any), and email address (if any).

**1.** Applicant's Daytime Telephone Number

[redacted]

**2.** Applicant's Mobile Telephone Number (if any)

[redacted]

**3.** Applicant's Email Address (if any)

[redacted]

### *Applicant's Certification and Signature*

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

**4.** Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable)

Date of Signature (mm/dd/yyyy)

Electronic Form Only

## Part 12. Interpreter's Contact Information, Certification, and Signature

A- [redacted]

***Interpreter's Full Name***

**1.** Interpreter's Family Name (Last Name) | Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

***Interpreter's Contact Information***

**3.** Interpreter's Daytime Telephone Number

**4.** Interpreter's Mobile Telephone Number (if any)

**5.** Interpreter's Email Address (if any)

***Interpreter's Certification and Signature***

I certify, under penalty of perjury, that I am fluent in English and ,

and I have interpreted every question on the application and Instructions and interpreted the applicant's answers to the questions in that language, and the applicant informed me that he or she understood every instruction, question, and answer on the application.

**6.** Interpreter's Signature | Date of Signature (mm/dd/yyyy)

## Part 13. Contact Information, Certification, and Signature of the Person Preparing This Application, if Other Than the Applicant

***Preparer's Full Name***

**1.** Preparer's Family Name (Last Name) | Preparer's Given Name (First Name)

**2.** Preparer's Business or Organization Name

***Preparer's Contact Information***

**3.** Preparer's Daytime Telephone Number

**4.** Preparer's Mobile Telephone Number (if any)

**5.** Preparer's Email Address (if any)

***Preparer's Certification and Signature***

I certify, under penalty of perjury, that I prepared this application for the applicant at his or her request and with express consent and that all of the responses and information contained in and submitted with the application are complete, true, and correct and reflects only information provided by the applicant. The applicant reviewed the responses and information and informed me that he or she understands the responses and information in or submitted with the application.

**6.** Preparer's Signature | Date of Signature (mm/dd/yyyy)

Electronic Form Only

## Evidence Submitted

| File Name | Document Category |
|---|---|
| Marriage Certificate (translated).pdf | Other |
| Birth Certificate translated.pdf | Other |
| Marriage Certificate (original).pdf | Other |
| traffic citations.pdf | Other |
| 5-year tax returns.pdf | Other |
| Permanent Resident Card.pdf | Identity/Travel Documents |

Electronic Form Only

**Part 2. Information About You** (Person applying for naturalization) (continued)

**3.** Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable) (continued)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|

**Part 7. Information About Your Employment and Schools You Attended**

Employer or School Name: Meta Platforms, Inc.

Street Number and Name: 

Apt. ☐ Ste. ☐ Flr. ☐ Number: 

City or Town: Menlo Park

State: CA

ZIP Code + 4: 94025

Province or Region (foreign address only): CA

Postal Code (foreign address only): 94025

Country (foreign address only): United States

Date From (mm/dd/yyyy): 08/05/2024

Date To (mm/dd/yyyy): 

Your Occupation: I.T. Software Development

**Part 8. Time Outside the United States** (continued)

| **Date You Left the United States** (mm/dd/yyyy) | **Date You Returned to the United States** (mm/dd/yyyy) | **Countries to Which You Traveled** |
|---|---|---|

Electronic Form Only

| | | |
|---|---|---|
| 10/21/2023 | 10/27/2023 | SAU |
| 08/28/2023 | 09/02/2023 | FRA |
| 07/03/2023 | 08/03/2023 | SAU, TUR, ITA |
| 04/17/2023 | 05/01/2023 | SAU, THA |
| 01/26/2023 | 02/19/2023 | SAU, FRA, CHE |
| 12/24/2022 | 01/14/2023 | SAU |
| 10/22/2022 | 10/30/2022 | SAU |
| 09/20/2022 | 10/01/2022 | EGY, SAU, TUR |
| 07/12/2022 | 07/24/2022 | MAR, GBR, SAU |
| 06/05/2022 | 06/13/2022 | SAU, GBR |
| 04/28/2022 | 05/07/2022 | SAU |
| 01/31/2022 | 02/12/2022 | CAN, SAU, ARE |
| 01/14/2022 | 01/22/2022 | SAU, CAN |
| 12/21/2021 | 01/03/2022 | ARE, PAK, CIV |
| 10/23/2021 | 10/31/2021 | SAU |
| 10/15/2021 | 10/19/2021 | ARE |
| 09/18/2021 | 09/30/2021 | GRC, SAU |
| 07/26/2021 | 08/01/2021 | GBR |
| 02/23/2020 | 03/01/2020 | SAU |

Electronic Form Only

## Part 15. Signature at Interview

A- [redacted]

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that [redacted] contents of this Form N-400, Application for Naturalization, subscribed by me, including corrections, are complete, true, and correct. The evidence submitted by me are complete, true, and correct.

Subscribed to and sworn to (affirmed) before me

USCIS Officer's Printed Name or Stamp

Date of Signature (mm/dd/yyyy)

Applicant's Signature

USCIS Officer's Signature

## Part 16. Oath of Allegiance

If your application is approved, you will be scheduled for a naturalization ceremony at which time you will be required to take the following Oath of Allegiance immediately prior to becoming a naturalized citizen. By signing below you acknowledge your willingness to take this Oath:

I hereby declare on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign, and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the armed forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Applicant's Signature

Date of Signature (mm/dd/yyyy)

Electronic Form Only

# EXHIBIT E

USCIS Form I-797 receipt notice for Form N-400 (July 10, 2025)

THE UNITED STATES OF AMERICA

# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| | | |
|---|---|---|
| **Receipt Number** IOE9671166686 | **USCIS Online Account Number** [redacted] | **Case Type** N400 - APPLICATION FOR NATURALIZATION |
| **Received Date** 07/10/2025 | **Priority Date** | **Applicant** [redacted] ALFOZAN, ABDULRAHMAN FOZAN |
| **Notice Date** 07/10/2025 | **Page** 1 of 1 | |

ALFOZAN, ABDULRAHMAN FOZAN
[redacted]
PALO ALTO CA 94304-2033

**Notice Type:** Receipt Notice
**Received Amount: $** 710.00 U.S.
Paid

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS Contact Center using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

Filing the Form N-400 provides an automatic extension of your Form I-551, Permanent Resident Card (also known as a Green Card). This notice, presented along with your expired Permanent Resident Card, is evidence of your lawful permanent resident status for 24 months from the "Card Expires" date indicated on your Permanent Resident Card.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC. If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the USCIS Contact Center.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

For more information and to find study materials for the naturalization test, visit the Citizenship Resource Center at uscis.gov/citizenship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**

FORM I-797 [REV. 08/01/16]

# EXHIBIT F

USCIS notice scheduling naturalization interview for Nov. 6, 2026 (notice dated Oct. 1, 2026)

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9671166686 | [redacted] | N400 - APPLICATION FOR NATURALIZATION |
| **Received Date** 07/10/2025 | **Priority Date** | **Applicant** [redacted] ALFOZAN, ABDULRAHMAN FOZAN |
| **Notice Date** 10/01/2026 | **Page** 1 of 1 | |

ABDULRAHMAN FOZAN ALFOZAN
[redacted]
MILLBRAE CA 94030

**Please come to:**

USCIS SAN FRANCISCO, CA FIELD OFFICE
444 Washington Street
2nd Floor Reception Area
San Francisco, CA 94111
USA

**On (Date):** Friday, November 06, 2026
**At (Time):** 09:45AM

Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application. (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability. For more information and to find study materials for the naturalization test, visit the Citizenship Resource Center at uscis.gov/citizenship.

**You MUST BRING the following with you to the interview:**

- This letter.
- Your Alien Registration Card ("green card").
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;

- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;

- Your discharge certificate, or form DD214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

SAN FRANCISCO CA FIELD OFFICE
U.S. CITIZENSHIP & IMMIGRATION SVC
630 Sansome Street
SAN FRANCISCO CA 94111-2280

**USCIS Contact Center: www.uscis.gov/contactcenter**

A Number [redacted] Receipt Number

# EXHIBIT G

USCIS Form I-797 approval notice and Employment Authorization Document of Lujain Alassaf (valid Aug. 14, 2025 to Aug. 13, 2026)

FILED UNDER SEAL

(lodged conditionally under seal with an administrative motion to seal)

Exhibit pages 86 to 87

# EXHIBIT H

Leave-administrator notice of paternity leave dates (return to work Dec. 21, 2026)

Hi Abdul [redacted],

Your requested changes to your leave dates have been approved. We are updating your Leave Plan and Payroll Plan and will notify you as soon as an updated version is published.

Your approved change request:

**Modify dates**

Start: ~~Mon Nov 02~~ → Monday, October 19, 2026
Last day: ~~Sun Dec 27~~ → Sunday, December 20, 2026
Duration: ~~8 weeks~~ → 9 weeks
Last workday: ~~Fri Oct 30~~ → Friday, October 16, 2026
Return to work: ~~Mon Dec 28~~ → Monday, December 21, 2026

**Description**

"Update interval 2 dates "

Sparrow Dashboard

Sincerely,
The Sparrow Team

# EXHIBIT I

CES 2027 registration confirmation (Sept. 26, 2026)

6:48 5G 100

< 16 **Vegas Jan 2026**
Abdulrahman Al Fozan SF Bay US, Tare...

Sat, Sep 26

**Abdulrahman Al Fozan SF Bay US**

CES
Powered by The Consumer Technology Association®
CES® 2027
Jan. 6-9 | Las Vegas, NV

*** Please do not reply to this e-mail. It was sent from an automated system. ***

Dear Abdul Alfozan,

Thank you for registering for CES® 2027. Your registration is now complete.

We can't wait to see what you'll discover at CES 2027. Start planning your CES experience at CES.tech.

- Reserve your hotel accommodations to secure exclusive CES rates.
- Familiarize yourself with on-site services and health protocols.
- Stay up to date on all of the latest announcements.
- Find special discounts on air travel and more.

To view or update your registration details, including adding valuable CTA research like the *CES 2027 Trends Report*, or on-site experiences like a guided CES show floor tour or highly curated conference programming, sign in to your CTA/CES Account and select the Conference Programming button on your dashboard to review options!

**CES Profile**

**Confirmation ID: 465257**

**Abdul Alfozan**

OpenAI
1455 3rd St
San Francisco, CA 94158

Add your CES registration to your Apple, Google or Samsung Wallet for simplified check-in.

just signed up for CES 2027 🥳

11:31 PM

**Abdulrahman Al Fozan SF Bay US**

**Abdulrahman Al Fozan SF Bay US**
📷 just signed up for CES 2027 🥳

CES
Powered by The Consumer Technology Association®
CES® 2027
Jan. 6-9 | Las Vegas, NV

About You
Dashboard
Indicates required fields. *

Select your CES experience ✓


6:51
5G
100
16
Vegas Jan 2026
Abdulrahman Al Fozan SF Bay US, Tare...
Send me the link please
CES
CES - The Most Powerful Tech Event in the World
CES ® is the most powerful tec...
ces.tech
Login with same account as last year
11:33 PM
11:37 PM
Powered by The Consumer Technology Association®
Jan. 6-9 | Las Vegas, NV
Confirmation
Dashboard
Thank you for submitting your registration for CES 2027.
[redacted] ID: [redacted]
Industry Attendee
View Confirmation
Book Your Hotel Here »
Sign Out
Dashboard
11:45 PM

# EXHIBIT J

Letter from the Consulate General of the Kingdom of Saudi Arabia, Los Angeles, to U.S. Pretrial Services (Oct. 16, 2026) (non-issuance of travel documents)

ROYAL CONSULATE GENERAL OF SAUDI ARABIA
.LOS ANGELES

القنصلية العامة للمملكة العربية السعودية
لوس انجلوس

Date: 16 Oct 2026

To: U.S. Pretrial Services
Northern District of California
450 Golden Gate Avenue, #18-5497
San Francisco, CA 94102

Subject: Confirmation Regarding the Issuance of Travel Documents for Mr. Abdulrahman Fozan Al-Fozan

Dear Sir/Madam,

The Consulate General of the Kingdom of Saudi Arabia in Los Angeles hereby confirms that it will not issue any travel documents to Mr. Abdulrahman Fozan Al-Fozan, Date of Birt[redacted] during the period of his release from custody on bail.

Furthermore, should Mr. Al-Fozan contact or visit the Consulate General to request the issuance of any travel document during this period, the Consulate General undertakes to promptly notify U.S. Pretrial Services accordingly.

This letter is provided for your information and official records.

Please accept the assurances of our highest consideration.

Sincerely,

Consulate General of the Kingdom of Saudi Arabia
Los Angeles, California

No: 1273

# EXHIBIT K

Letter from the Consulate General of the Kingdom of Saudi Arabia, Los Angeles, to defense counsel (Oct. 14, 2026) (undertaking to cover bail bond)

ROYAL CONSULATE GENERAL OF SAUDI ARABIA
LOS ANGELES

القنصلية العامة للمملكة العربية السعودية
لوس انجليس

**Ref. No.:** 1248
**Date: October 14, 2026**

**Subject: Undertaking to Cover Bail Bond for Saudi Citizen [ALFOZAN, ABDULRAHMAN FOZAN A]**

To: Law Offices of William Pernik
40 Central Ave#4, Salinas, CA 93901

Dear Nas Yasin ,

Greetings from the Consulate General of the Kingdom of Saudi Arabia in Los Angeles. We trust this letter finds you in good health and high spirits.
In fulfillment of its consular functions under the Vienna Convention on Consular Relations, particularly its responsibility to protect the interests of Saudi nationals abroad and to provide them with necessary legal assistance, the Consulate General hereby expresses its readiness to cover the full amount of the bail bond required for the release of our citizen, [**ALFOZAN, ABDULRAHMAN FOZAN A**], in accordance with the applicable laws and judicial procedures of the United States of America.

For inquiries or to coordinate the necessary arrangements, please contact our office at:
Telephone: ( 213) 451-8461
Email:Cases.Lacon@mofa.gov.sa

Please accept the assurances of our highest consideration.

Respectfully,

Mohammed Mosalim
Head of Citizen Affairs Section
Consulate General of the Kingdom of Saudi Arabia in Los Angeles

# EXHIBIT L

L-1: Summary of airline bookings in Mr. Alfozan's email, Jan. 2021 to Oct. 2026; L-2: sample one-way itinerary (Rome to Riyadh, July 31, 2023)

## Airline ticket purchase patterns — [redacted]

Abdulrahman Alfozan · emails from 1 Jan 2021 to 16 Oct 2026 · built from 192 booking groups / 595 airline emails · generated 2026-10-16

> **Answer:** He does **not** normally buy round trips. 96 of his 138 paid bookings (70%) are one-way tickets; only 36 (26%) are single-ticket round trips on one airline (mostly United). He regularly buys the outbound and return as separate one-ways — sometimes on two airlines the same day — and very often buys the next leg days later, frequently after he has already departed.

| 138 | 70% | 26% | 25 | 42 | 9 |
|---|---|---|---|---|---|
| paid bookings with him as passenger | one-way (96) | round trip (36) | days with 2+ bookings (19 multi-airline) | legs bought later (median 11 days after) | cancel-and-rebook same flight |

### 1. Trip type

| Pattern | Bookings | Share |
|---|---|---|
| One-way ticket | 96 | 70% |
| Round trip on one ticket (same airline) | 36 | 26% |
| Multi-city / open-jaw on one ticket | 6 | 4% |
| Days on which he bought 2+ separate tickets | 25 | — |
| … on two or more different airlines | 19 | — |
| … outbound + return as separate one-ways bought the same day | 6 | — |
| One-way first, next leg/return bought on a later day (next flight within 21 days, departing where the first ended) | 42 | — |
| … next leg bought after he had already departed | 27 | — |
| … next leg on a different airline | 28 | — |
| Booked, cancelled within days, rebooked same route & date | 9 | — |

### 2. By airline (his bookings)

| Airline | Bookings | One-way | Round trip | Multi-city | RT share |
|---|---|---|---|---|---|
| United | 48 | 25 | 19 | 4 | 40% |
| Saudia | 19 | 14 | 4 | 1 | 21% |
| Turkish Airlines | 12 | 8 | 4 | 0 | 33% |
| American | 11 | 11 | 0 | 0 | 0% |
| Qatar Airways | 11 | 9 | 2 | 0 | 18% |

| | | | | | |
|---|---|---|---|---|---|
| Southwest | 5 | 2 | 3 | 0 | 60% |
| Emirates | 4 | 3 | 0 | 1 | 0% |
| flynas | 4 | 3 | 1 | 0 | 25% |
| British Airways | 3 | 3 | 0 | 0 | 0% |
| Lufthansa | 2 | 1 | 1 | 0 | 50% |
| EgyptAir | 2 | 2 | 0 | 0 | 0% |
| Air Canada | 2 | 2 | 0 | 0 | 0% |
| French bee | 2 | 1 | 1 | 0 | 50% |
| Alaska | 2 | 1 | 1 | 0 | 50% |
| Cape Air | 1 | 1 | 0 | 0 | 0% |
| Airblue | 1 | 1 | 0 | 0 | 0% |
| Delta | 1 | 1 | 0 | 0 | 0% |
| easyJet | 1 | 1 | 0 | 0 | 0% |
| Oman Air | 1 | 1 | 0 | 0 | 0% |
| TAP | 1 | 1 | 0 | 0 | 0% |
| AirAsia | 1 | 1 | 0 | 0 | 0% |
| JetBlue | 1 | 1 | 0 | 0 | 0% |
| Wizz Air | 1 | 1 | 0 | 0 | 0% |
| Nile Air | 1 | 1 | 0 | 0 | 0% |
| Frontier | 1 | 1 | 0 | 0 | 0% |

### 3. By year booked

| Year | Bookings | One-way | Round trip | Multi-city | Airlines used |
|---|---|---|---|---|---|
| 2021 | 28 | 22 | 3 | 3 | 10 |
| 2022 | 37 | 27 | 8 | 2 | 12 |
| 2023 | 25 | 16 | 9 | 0 | 12 |
| 2024 | 25 | 15 | 9 | 1 | 9 |
| 2025 | 16 | 13 | 3 | 0 | 8 |

| | | | | | |
|---|---|---|---|---|---|
| 2026 | 7 | 3 | 4 | 0 | 3 |

**4. Same-day purchases of two or more tickets**

| Booked on | Type | Tickets bought that day |
|---|---|---|
| 2021-01-21 | out + return on separate one-ways · multi-airline | Cape Air **42WWLD** · SJU → VQS · One-way · travel 2021-01-28 · Ticketed<br>United **DEXTBV** · SJU → IAH → SFO · One-way · travel 2021-02-07 · Ticketed<br>American **QGEGBI** · SFO → MIA → SJU · One-way · travel 2021-01-27 · Ticketed |
| 2021-07-18 | same airline | United **ADFY14** · SFO → ORD → SBN · One-way · travel 2021-07-25 · Ticketed<br>United **AGRNZF** · ORD → LHR → SFO · Multi-city · travel 2021-07-26 · Ticketed |
| 2021-09-08 | multi-airline | Saudia **OA2UOL** · ATH → JED → RUH · One-way · travel 2021-09-22 · Ticketed<br>American **QYVWBR** · SFO → LHR → JMK · One-way · travel 2021-09-18 · Ticketed |
| 2021-09-09 | out + return on separate one-ways · same airline | Southwest **37FMGY** · SJC → ONT · One-way · travel 2021-09-11 · Ticketed<br>Southwest **37GVL5** · LAX → SJC · One-way · travel 2021-09-12 · Ticketed |
| 2021-10-14 | multi-airline | Emirates **LWFAV6** · SFO → DXB → JFK · Multi-city · travel 2021-10-15 · Ticketed<br>United **N2F5DK** · EWR → SFO · One-way · travel 2021-10-20 · Ticketed |
| 2021-12-16 | multi-airline | Airblue **FUZVGH** · LHE → DXB · One-way · travel 2021-12-26 · Ticketed<br>Emirates **NDRPR2** · DXB → ABJ · One-way · travel 2021-12-28 · Cancelled + refund/credit |
| 2022-01-10 | multi-airline | Emirates **PYJQNJ** · SFO → DXB → DMM · One-way · travel 2022-01-14 · Changed (reissued)<br>EgyptAir **WF4DMV** · DMM → CAI → YYZ → YHZ · One-way · travel 2022-01-16 · Cancelled |
| 2022-01-27 | multi-airline | EgyptAir **4D7WB3** · YYZ → CAI → RUH · One-way · travel 2022-01-31 · Ticketed<br>Delta **GWPVH7** · SFO → DTW → YYZ · One-way · travel 2022-01-30 · Ticketed |
| 2022-04-20 | same airline | Turkish Airlines **RSIPM6** · JED → IST → SFO · One-way · travel 2022-05-07 · Ticketed<br>Turkish Airlines **V56VPT** · SFO → IST → DMM · One-way · travel 2022-04-28 · Ticketed |
| 2022-05-01 | same airline | Saudia **UV359A** · DMM → RUH · One-way · travel 2022-05-03 · Ticketed<br>Saudia **UVBR7I** · RUH → JED · One-way · travel 2022-05-05 · Ticketed |
| 2022-06-04 | multi-airline | Emirates **LU7KB2** · RUH → DXB → LGW · One-way · travel 2022-06-10 · Ticketed<br>United **OQ09T7** · IAH → FRA → RUH → SFO · Open-jaw · travel 2022-06-05 · Ticketed |
| 2022-06-15 | same airline | United **MPRN18** · SFO → IAD → BOS · One-way · travel 2022-06-15 · Ticketed<br>United **MRGQY7** · IAD → SFO · One-way · travel 2022-06-16 · Changed |
| 2022-06-27 | multi-airline | Saudia **3SIMKZ** · RAK → JED → RUH · One-way · travel 2022-07-18 · Ticketed<br>United **AN2VJ6** · SFO → LHR → FRA → SFO · Round trip · travel 2022-07-11 · Changed<br>easyJet **K3RFCSZ** · LGW → RAK · One-way · travel 2022-07-13 · Ticketed |

| | | |
|---|---|---|
| 2022-09-09 | multi-airline | Southwest **2S9BPT** · SJC → PHX → SJC · Round trip · travel 2022-10-02 · Changed<br>flynas **RB1G8G** · HRG → RUH · One-way · travel 2022-09-24 · Ticketed |
| 2022-12-21 | multi-airline | United **O2KEXV** · SFO → FRA → DMM → FRA → DEN → SFO · Round trip · travel 2022-12-24 · Changed (reissued)<br>Saudia **RPAMG6** · LHE → RUH · One-way · travel 2023-01-03 · Ticketed |
| 2023-01-17 | multi-airline | Saudia **JHMZTY** · GVA → RUH · One-way · travel 2023-02-03 · Changed (reissued)<br>United **NL42GS** · SFO → FRA → GVA → FRA → SFO · Round trip · travel 2023-01-26 · Cancelled |
| 2023-04-15 | multi-airline | AirAsia **GZEPUY** · HKT → BKK · One-way · travel 2023-04-30 · Changed<br>Qatar Airways **LKJLMQ** · RUH → DOH → HKT · One-way · travel 2023-04-24 · Refund/credit<br>United **NFJX7P** · BKK → NRT → SFO · One-way · travel 2023-05-01 · Cancelled |
| 2023-05-04 | out + return on separate one-ways multi-airline | United **ATNX62** · SFO → FLL · One-way · travel 2023-05-11 · Ticketed<br>JetBlue **WSAAFT** · FLL → SFO · One-way · travel 2023-05-14 · Ticketed |
| 2024-01-29 | out + return on separate one-ways multi-airline | United **OPNYFH** · MIA → SFO · One-way · travel 2024-02-24 · Changed<br>United **OQ1HPM** · SFO → MEX → SFO · Round trip · travel 2024-03-03 · Ticketed<br>American **SYWKNH** · SFO → MIA · One-way · travel 2024-02-21 · Ticketed |
| 2024-10-06 | same airline | Saudia **TUWGYB** · SFO → IAD → JED → RUH → JED → IAD → ? · Round trip · travel 2024-10-24 · Ticketed<br>Saudia **TUXI2I** · SFO → JFK → RUH → JFK → SFO · Round trip · travel 2024-10-25 · Changed (reissued) |
| 2024-12-18 | multi-airline | United **LV1BSC** · SFO → EWR → DXB → DMM · One-way · travel 2024-12-20 · Ticketed<br>Saudia **QCGC3R** · JED → GVA · One-way · travel 2024-12-28 · Ticketed<br>flynas **TENKWQ** · RUH → JED · One-way · travel 2024-12-28 · Ticketed |
| 2024-12-22 | multi-airline | flynas **G6GCKI** · RUH → DXB → RUH · Round trip · travel 2024-12-25 · Ticketed<br>Saudia **OR4BXN** · DMM → RUH · One-way · travel 2024-12-23 · Ticketed |
| 2025-02-18 | multi-airline | American **EXCCDI** · MIA → SJU · One-way · travel 2025-02-21 · Ticketed<br>United **M0CT0V** · SJU → IAD → SFO · One-way · travel 2025-02-23 · Ticketed<br>American **SMNWHV** · SFO → MIA · One-way · travel 2025-02-18 · Ticketed |
| 2025-07-16 | out + return on separate one-ways multi-airline | British Airways **C7NUN4** · SFO → LHR → PMI · One-way · travel 2025-08-08 · Changed<br>American **CECWDD** · PMI → MAD → SFO · One-way · travel 2025-08-16 · Ticketed |
| 2025-12-30 | out + return on separate one-ways multi-airline | Frontier **BJMI7X** · LAS → SFO · One-way · travel 2026-01-08 · Cancelled<br>United **BYWHFW** · SFO → LAS · One-way · travel 2026-01-02 · Ticketed |

### 5. One-way first, next leg or return bought days later

| First bought | First ticket | Gap | Next bought | Next ticket | Note |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 2021-01-21 | United **DEXTBV**<br>SJU → IAH → SFO<br>travel 2021-02-07 · Ticketed | +24 d | 2021-02-14 | United **BZZ3VK**<br>SFO → DEN → SFO<br>travel 2021-02-18 · Ticketed | Next leg<br>bought after departing |
| 2021-07-04 | United **LTLHH5**<br>DCA → SFO<br>travel 2021-07-05 · Ticketed | +14 d | 2021-07-18 | United **ADFY14**<br>SFO → ORD → SBN<br>travel 2021-07-25 · Ticketed | Next leg<br>bought after departing |
| 2021-09-08 | Saudia **OA2UOL**<br>ATH → JED → RUH<br>travel 2021-09-22 · Ticketed | +20 d | 2021-09-28 | Saudia **RPAOKL**<br>RUH → DMM<br>travel 2021-09-28 · Ticketed | Next leg<br>bought after departing |
| 2021-09-09 | Southwest **37GVL5**<br>LAX → SJC<br>travel 2021-09-12 · Ticketed | +9 d | 2021-09-18 | British Airways **O996R7**<br>SFO → LHR<br>travel 2021-09-18 · Changed | Next leg<br>other airline<br>bought after departing |
| 2021-09-22 | Saudia **P2EIO2**<br>JED → RUH<br>travel 2021-09-22 · Ticketed | +6 d | 2021-09-28 | Saudia **RPAOKL**<br>RUH → DMM<br>travel 2021-09-28 · Ticketed | Next leg<br>bought after departing |
| 2021-09-30 | American **BUOTOU**<br>LIT → DFW → SFO<br>travel 2021-10-03 · Ticketed | +14 d | 2021-10-14 | Emirates **LWFAV6**<br>SFO → DXB → JFK<br>travel 2021-10-15 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2021-10-14 | United **N2F5DK**<br>EWR → SFO<br>travel 2021-10-20 · Ticketed | +9 d | 2021-10-23 | Lufthansa **WLQ87T**<br>SFO → FRA → RUH → FRA → SFO<br>travel 2021-10-23 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2021-12-15 | Qatar Airways **OTADYS**<br>SFO → DOH → LHE<br>travel 2021-12-21 · Ticketed | +1 d | 2021-12-16 | Airblue **FUZVGH**<br>LHE → DXB<br>travel 2021-12-26 · Ticketed | Next leg<br>other airline |
| 2021-12-16 | Airblue **FUZVGH**<br>LHE → DXB<br>travel 2021-12-26 · Ticketed | +11 d | 2021-12-27 | Qatar Airways **VREPQW**<br>DXB → DOH → ABJ<br>travel 2021-12-28 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2021-12-16 | Emirates **NDRPR2**<br>DXB → ABJ<br>travel 2021-12-28 · Cancelled + refund/credit | +4 d | 2021-12-20 | American **TDJDFN**<br>ABJ → CMN → MIA → SFO<br>travel 2022-01-02 · Cancelled | Next leg<br>other airline |
| 2021-12-20 | American **TDJDFN**<br>ABJ → CMN → MIA → SFO<br>travel 2022-01-02 · Cancelled | +21 d | 2022-01-10 | Emirates **PYJQNJ**<br>SFO → DXB → DMM<br>travel 2022-01-14 · Changed (reissued) | Next leg<br>other airline<br>bought after departing |
| 2021-12-25 | Qatar Airways **RHSX9S**<br>ABJ → DOH → SFO<br>travel 2022-01-02 · Changed | +16 d | 2022-01-10 | Emirates **PYJQNJ**<br>SFO → DXB → DMM<br>travel 2022-01-14 · Changed (reissued) | Next leg<br>other airline<br>bought after departing |
| 2022-01-10 | EgyptAir **WF4DMV**<br>DMM → CAI → YYZ → YHZ<br>travel 2022-01-16 · Cancelled | +11 d | 2022-01-21 | Air Canada **2ZI4BM**<br>YHZ → YYZ → SFO<br>travel 2022-01-22 · Changed | Next leg<br>other airline<br>bought after departing |

| | | | | | |
|---|---|---|---|---|---|
| 2022-01-21 | Air Canada **2ZI4BM**<br>YHZ → YYZ → SFO<br>travel 2022-01-22 · Changed | +6 d | 2022-01-27 | Delta **GWPVH7**<br>SFO → DTW → YYZ<br>travel 2022-01-30 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2022-04-20 | Turkish Airlines **RSIPM6**<br>JED → IST → SFO<br>travel 2022-05-07 · Ticketed | +21 d | 2022-05-11 | United **O6P4WG**<br>SFO → EWR<br>travel 2022-05-16 · Cancelled | Next leg<br>other airline<br>bought after departing |
| 2022-04-20 | Turkish Airlines **V56VPT**<br>SFO → IST → DMM<br>travel 2022-04-28 · Ticketed | +11 d | 2022-05-01 | Saudia **UV359A**<br>DMM → RUH<br>travel 2022-05-03 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2022-05-18 | United **ARJ0CK**<br>BOS → SFO<br>travel 2022-05-23 · Cancelled | +13 d | 2022-05-31 | United **CWK15Q**<br>SFO → IAH<br>travel 2022-06-05 · Cancelled | Next leg<br>bought after departing |
| 2022-05-20 | United **EY3JK8**<br>BOS → SFO<br>travel 2022-05-23 · Ticketed | +11 d | 2022-05-31 | United **CWK15Q**<br>SFO → IAH<br>travel 2022-06-05 · Cancelled | Next leg<br>bought after departing |
| 2022-05-31 | United **CWK15Q**<br>SFO → IAH<br>travel 2022-06-05 · Cancelled | +1 d | 2022-06-01 | United **FJFC9K**<br>IAH → FRA → RUH → FRA → SFO<br>travel 2022-06-05 · Cancelled | Return |
| 2022-06-01 | United **FJFC9K**<br>IAH → FRA → RUH → FRA → SFO<br>travel 2022-06-05 · Cancelled | +13 d | 2022-06-14 | United **M63E4C**<br>SFO → IAD → BOS → SFO<br>travel 2022-06-15 · Changed | Next leg<br>bought after departing |
| 2022-06-02 | United **H1QE6J**<br>SFO → IAH<br>travel 2022-06-05 · Ticketed | +2 d | 2022-06-04 | United **OQ09T7**<br>IAH → FRA → RUH → SFO<br>travel 2022-06-05 · Ticketed | Return |
| 2022-06-04 | United **OQ09T7**<br>IAH → FRA → RUH → SFO<br>travel 2022-06-05 · Ticketed | +10 d | 2022-06-14 | United **M63E4C**<br>SFO → IAD → BOS → SFO<br>travel 2022-06-15 · Changed | Next leg<br>bought after departing |
| 2022-08-30 | Turkish Airlines **UY7NNB**<br>SFO → IST → HRG<br>travel 2022-09-20 · Ticketed | +10 d | 2022-09-09 | flynas **RB1G8G**<br>HRG → RUH<br>travel 2022-09-24 · Ticketed | Next leg<br>other airline |
| 2022-09-07 | Turkish Airlines **TQPXZW**<br>RUH → IST → SFO<br>travel 2022-10-01 · Ticketed | +2 d | 2022-09-09 | Southwest **2S9BPT**<br>SJC → PHX → SJC<br>travel 2022-10-02 · Changed | Next leg<br>other airline |
| 2022-12-21 | Saudia **RPAMG6**<br>LHE → RUH<br>travel 2023-01-03 · Ticketed | +22 d | 2023-01-12 | Lufthansa **3BKXIY**<br>RUH → FRA<br>travel 2023-01-14 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2022-12-22 | Saudia **3QVYUV**<br>LHE → RUH<br>travel 2023-01-03 · Cancelled | +21 d | 2023-01-12 | Lufthansa **3BKXIY**<br>RUH → FRA<br>travel 2023-01-14 · Ticketed | Next leg<br>other airline<br>bought after departing |

[redacted] flight ticket patterns · page 6/27

| | | | | | |
|---|---|---|---|---|---|
| 2023-01-17 | Saudia **JHMZTY**<br>GVA → RUH<br>travel 2023-02-03 · Changed (reissued) | +26 d | 2023-02-12 | United **EH4N82**<br>RUH → FRA → SFO → FRA → RUH<br>travel 2023-02-19 · Changed | Next leg<br>other airline<br>bought after departing |
| 2023-04-15 | AirAsia **GZEPUY**<br>HKT → BKK<br>travel 2023-04-30 · Changed | +5 d | 2023-04-20 | United **JQZWG6**<br>BKK → NRT → SFO<br>travel 2023-05-01 · Ticketed | Next leg<br>other airline |
| 2023-04-15 | United **NFJX7P**<br>BKK → NRT → SFO<br>travel 2023-05-01 · Cancelled | +19 d | 2023-05-04 | United **ATNX62**<br>SFO → FLL<br>travel 2023-05-11 · Ticketed | Next leg<br>bought after departing |
| 2023-04-20 | United **JQZWG6**<br>BKK → NRT → SFO<br>travel 2023-05-01 · Ticketed | +14 d | 2023-05-04 | United **ATNX62**<br>SFO → FLL<br>travel 2023-05-11 · Ticketed | Next leg<br>bought after departing |
| 2023-05-04 | JetBlue **WSAAFT**<br>FLL → SFO<br>travel 2023-05-14 · Ticketed | +6 d | 2023-05-10 | United **OR4JBJ**<br>SFO → BOS → YYZ → SFO<br>travel 2023-05-25 · Ticketed | Next leg<br>other airline |
| 2023-06-13 | Wizz Air **JERWQP**<br>FCO → RUH<br>travel 2023-07-31 · Ticketed | +8 d | 2023-06-21 | Saudia **QZJSRC**<br>RUH → IAD → SFO<br>travel 2023-08-03 · Ticketed | Next leg<br>other airline |
| 2023-06-21 | Saudia **QZJSRC**<br>RUH → IAD → SFO<br>travel 2023-08-03 · Ticketed | +42 d | 2023-08-02 | United **PREK4F**<br>SFO → LHR<br>travel 2023-08-22 · Cancelled | Next leg<br>other airline |
| 2024-04-14 | flynas **PGD6SX**<br>RUH → CAI<br>travel 2024-06-11 · Ticketed | +38 d | 2024-05-22 | Nile Air **OSZ4EF**<br>CAI → DMM<br>travel 2024-06-14 · Ticketed | Next leg<br>other airline |
| 2024-05-15 | United **AN60G2**<br>SFO → IAD → LHR<br>travel 2024-05-23 · Ticketed | +14 d | 2024-05-29 | Saudia **TWESO4**<br>LHR → JED → RUH<br>travel 2024-06-02 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2024-05-22 | Nile Air **OSZ4EF**<br>CAI → DMM<br>travel 2024-06-14 · Ticketed | +9 d | 2024-05-31 | Qatar Airways **KAPS9T**<br>DMM → DOH → AGP<br>travel 2024-06-17 · Refund/credit | Next leg<br>other airline |
| 2024-12-18 | United **LV1BSC**<br>SFO → EWR → DXB → DMM<br>travel 2024-12-20 · Ticketed | +4 d | 2024-12-22 | Saudia **OR4BXN**<br>DMM → RUH<br>travel 2024-12-23 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2025-01-19 | Turkish Airlines **S2LTS2**<br>SFO → IST → RUH<br>travel 2025-02-07 · Refund/credit | +14 d | 2025-02-02 | Saudia **QDI5AL**<br>RUH → JED<br>travel 2025-02-13 · Ticketed | Next leg<br>other airline |
| 2025-01-27 | American **JZOYXK**<br>SFO → MIA<br>travel 2025-02-19 · Cancelled + refund/credit | +22 d | 2025-02-18 | American **EXCCDI**<br>MIA → SJU<br>travel 2025-02-21 · Ticketed | Next leg |

| | | | | | |
|---|---|---|---|---|---|
| 2025-02-02 | Saudia **QDI5AL**<br>RUH → JED<br>travel 2025-02-13 · Ticketed | +7 d | 2025-02-09 | Qatar Airways **WHEISX**<br>JED → DOH → SFO<br>travel 2025-02-16 · Ticketed | Next leg<br>other airline |
| 2025-02-09 | Qatar Airways **WHEISX**<br>JED → DOH → SFO<br>travel 2025-02-16 · Ticketed | +9 d | 2025-02-18 | American **SMNWHV**<br>SFO → MIA<br>travel 2025-02-18 · Ticketed | Next leg<br>other airline<br>bought after departing |
| 2025-12-30 | United **BYWHFW**<br>SFO → LAS<br>travel 2026-01-02 · Ticketed | +10 d | 2026-01-09 | United **D7F4CT**<br>LAS → SJC<br>travel 2026-01-09 · Ticketed | Return<br>bought after departing |

### 6. Cancel-and-rebook of the same flight

| Bookings (booked on · airline · code · status) | Route | Travel |
|---|---|---|
| 2022-05-11 · United **O6P4WG** · Cancelled<br>2022-05-12 · United **O2WMYJ** · Cancelled<br>2022-05-15 · United **GC8GSH** · Ticketed | SFO → EWR | 2022-05-16 |
| 2022-05-18 · United **ARJ0CK** · Cancelled<br>2022-05-20 · United **EY3JK8** · Ticketed | BOS → SFO | 2022-05-23 |
| 2022-05-31 · United **CWK15Q** · Cancelled<br>2022-06-02 · United **H1QE6J** · Ticketed | SFO → IAH | 2022-06-05 |
| 2022-12-21 · Saudia **RPAMG6** · Ticketed<br>2022-12-22 · Saudia **3QVYUV** · Cancelled | LHE → RUH | 2023-01-03 |
| 2023-04-15 · Qatar Airways **LKJLMQ** · Refund/credit<br>2023-04-19 · Qatar Airways **VVLBOS** · Ticketed | RUH → DOH → HKT | 2023-04-24 |
| 2023-04-15 · United **NFJX7P** · Cancelled<br>2023-04-20 · United **JQZWG6** · Ticketed | BKK → NRT → SFO | 2023-05-01 |
| 2024-05-31 · Qatar Airways **KAPS9T** · Refund/credit<br>2024-06-06 · Qatar Airways **OGKM53** · Ticketed | DMM → DOH → AGP | 2024-06-17 |
| 2024-06-27 · United **O674XN** · Cancelled<br>2024-06-30 · United **G04G1W** · Ticketed | SFO → LIH → SFO | 2024-07-18 |
| 2024-11-28 · United **HF4PEC** · Cancelled<br>2024-12-01 · United **N9T4SQ** · Ticketed | SFO → BOS → SFO | 2024-12-06 |

### 7. All paid bookings (151; shaded rows = family members' tickets without him: 13)

| Booked | Code | Airline | Route (original | Travel | Type | Status | Passengers | Amount |
|---|---|---|---|---|---|---|---|---|

| | | | ticket) | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2021-01-21 | **42WWLD** 72033984160225 | Cape Air | SJU → VQS | 2021-01-28 | One-way | Ticketed | ABDULRAHMAN FOZAN ALFOZAN | 209.00 USD |
| 2021-01-21 | **DEXTBV** | United | SJU → IAH → SFO | 2021-02-07 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, ABDULRAHMANFOZAN ALFOZAN | 5.60 USD |
| 2021-01-21 | **QGEGBI** | American | SFO → MIA → SJU | 2021-01-27 → 2021-01-28 | One-way | Ticketed | ABDULRAHMAN ALFOZAN, Abdulrahma Alfozan | 5.60 USD |
| 2021-02-14 | **BZZ3VK** 72054659986837 | United | SFO → DEN → SFO | 2021-02-18 → 2021-02-21 | Round trip | Ticketed | ABDULRAHMAN FOZAN ALFOZAN, ABDULRAHMANFOZAN ALFOZAN | 154.80 USD |
| 2021-06-16 | **VAXGXM** 72114186253678 | American | SFO → CLT → CHO | 2021-07-01 → 2021-07-02 | One-way | Ticketed | ABDULRAHMAN ALFOZAN | 656.70 USD |
| 2021-06-18 | **UG9I9M** 301609180922 | Saudia | IAD → RUH → JFK | 2021-07-05 → 2021-07-23 | Multi-city | Refund/credit | Alfozan Abdulrahman Mr, Mr. Abdulrahman Alfozan, Abdulrahman Alfozan | 1,225.97 USD |
| 2021-07-04 | **LTLHH5** 72123838727470 | United | DCA → SFO | 2021-07-05 | One-way | Ticketed | ABDULRAHMAN ALFOZAN | 356.40 USD |
| 2021-07-18 | **ADFY14** | United | SFO → ORD → SBN | 2021-07-25 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 388.20 USD |
| 2021-07-18 | **AGRNZF** | United | ORD → LHR → SFO | 2021-07-26 → 2021-08-01 | Multi-city | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 2,226.55 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2021-09-08 | **OA2UOL** 241002302421 | Saudia | ATH → JED → RUH | 2021-09-22 | One-way | Ticketed | Alfozan Abdulrahman Mr, Mr. Abdulrahman Alfozan | 304.87 EUR |
| 2021-09-08 | **QYVWBR** | American | SFO → LHR → JMK | 2021-09-18 → 2021-09-19 | One-way | Ticketed | ABDULRAHMAN ALFOZAN | — |
| 2021-09-09 | **37FMGY** | Southwest | SJC → ONT | 2021-09-11 | One-way | Ticketed | Abdulrahman Fozan Alfozan | 176.98 USD |
| 2021-09-09 | **37GVL5** | Southwest | LAX → SJC | 2021-09-12 | One-way | Ticketed | Abdulrahman Fozan Alfozan | 162.98 USD |
| 2021-09-17 | **N88NV4** | Qatar Airways | DMM → DOH → DFW | 2021-09-30 | One-way | Ticketed | Alfozan Abdulrahman Mr, Abdulrahman Alfozan | 3,796.00 SAR |
| 2021-09-18 | **O996R7** | British Airways | SFO → LHR | 2021-09-18 | One-way | Changed | ABDULRAHMAN ALFOZAN | — |
| 2021-09-22 | **P2EIO2** | Saudia | JED → RUH | 2021-09-22 | One-way | Ticketed | Alfozan Abdulrahman Mr | — |
| 2021-09-28 | **RPAOKL** | Saudia | RUH → DMM | 2021-09-28 | One-way | Ticketed | ALFOZAN/ABDULRAHMAN MRS, Alfozan Abdulrahman Mrs, Mrs. Abdulrahman Alfozan | 462.30 SAR |
| 2021-09-30 | **BUOTOU** | American | LIT → DFW → SFO | 2021-10-03 | One-way | Ticketed | ABDULRAHMAN ALFOZAN | 5.60 USD |
| 2021-10-14 | **LWFAV6** | Emirates | SFO → DXB → JFK | 2021-10-15 → 2021-10-19 | Multi-city | Ticketed | ALFOZAN/ABDULRAHMANMR, Abdulrahman Alfozan | — |
| 2021-10-14 | **N2F5DK** | United | EWR → | 2021-10-20 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 5.60 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | SFO | | | | | |
| 2021-10-23 | **WLQ87T** | Lufthansa | SFO → FRA → RUH → FRA → SFO | 2021-10-23 → 2021-10-31 | Round trip | Ticketed | ALFOZAN/ABDULRAHMAN MRS | 1,252.03 USD |
| 2021-10-27 | **UWL73O** 303221070324 | Saudia | RUH → DMM → RUH | 2021-10-29 → 2021-10-30 | Round trip | Ticketed | Alfozan Abdulrahman Mr, ALFOZAN/ABDULRAHMAN MR, Mr. Abdulrahman Alfozan | 288.00 USD |
| 2021-12-15 | **OTADYS** | Qatar Airways | SFO → DOH → LHE | 2021-12-21 → 2021-12-22 | One-way | Ticketed | Alfozan Abdulrahman Mr, Mr. Abdulrahman Alfozan | 1,082.30 USD |
| 2021-12-16 | **FUZVGH** | Airblue | LHE → DXB | 2021-12-26 | One-way | Ticketed | MR ABDULRAHMAN ALFOZAN | — |
| 2021-12-16 | **NDRPR2** | Emirates | DXB → ABJ | 2021-12-28 | One-way | Cancelled + refund/credit | ALFOZAN/ABDULRAHMANMR, Abdulrahman Alfozan | — |
| 2021-12-20 | **TDJDFN** | American | ABJ → CMN → MIA → SFO | 2022-01-02 → 2022-01-03 | One-way | Cancelled | ABDULRAHMAN ALFOZAN | 1,146.99 USD |
| 2021-12-25 | **RHSX9S** | Qatar Airways | ABJ → DOH → SFO | 2022-01-02 → 2022-01-03 | One-way | Changed | Alfozan Abdulrahman Mr, Mr. Abdulrahman Alfozan | 1,206.57 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2021-12-27 | **VREPQW** | Qatar Airways | DXB → DOH → ABJ | 2021-12-28 → 2021-12-29 | One-way | Ticketed | Mr. Abdulrahman Alfozan | 3,160.00 AED |
| 2022-01-10 | **PYJQNJ** | Emirates | SFO → DXB → DMM | 2022-01-14 → 2022-01-15 | One-way | Changed (reissued) | Mr Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANMR, ALFOZAN/ ABDULRAHMANMR, Abdulrahman | — |
| 2022-01-10 | **WF4DMV** | EgyptAir | DMM → CAI → YYZ → YHZ | 2022-01-16 → 2022-01-17 | One-way | Cancelled | ALFOZAN/ABDULRAHMAN MR, ALSANANI/JAMELAH MRS, Mr Abdulrahman Alfozan, Mrs Jamelah Alsanani ... | 5,318.00 SAR |
| 2022-01-21 | **2ZI4BM** | Air Canada | YHZ → YYZ → SFO | 2022-01-22 | One-way | Changed | Abdulrahman Alfozan, Alfozan Abdulrahman, Alfozan, Abdulrahman | 430.20 CAD |
| 2022-01-27 | **4D7WB3** 72238466821031 | EgyptAir | YYZ → CAI → RUH | 2022-01-31 → 2022-02-01 | One-way | Ticketed | ABDULRAHMAN ALFOZAN | 745.61 USD |
| 2022-01-27 | **GWPVH7** 72238464408009 | Delta | SFO → DTW → YYZ | 2022-01-30 → 2022-01-31 | One-way | Ticketed | ABDULRAHMAN ALFOZAN | 411.68 USD |
| 2022-01-27 | **RLAJFJ** | EgyptAir | YHZ → YYZ → CAI → DMM | 2022-01-31 → 2022-02-01 | One-way | Changed | ALSANANI/JAMELAH MRS, Mrs Jamelah Alsanani, Alsanani, Jamelah Mrs | 1,173.00 USD |
| 2022-03-01 | **2ICFGG** | Southwest | SJC → DEN | 2022-03-04 → 2022-03-06 | Round trip | Cancelled | Abdulrahman Fozan Alfozan | 502.96 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | → OAK | | | | | |
| 2022-04-20 | **RSIPM6** | Turkish Airlines | JED → IST → SFO | 2022-05-07 | One-way | Ticketed | Mr. ABDULRAHMAN ALFOZAN | 969.50 USD |
| 2022-04-20 | **V56VPT** | Turkish Airlines | SFO → IST → DMM | 2022-04-28 → 2022-04-29 | One-way | Ticketed | Mr. ABDULRAHMAN ALFOZAN | 572.53 USD |
| 2022-04-23 | **JXUVAH** | Qatar Airways | SFO → DOH → DMM → DOH → SFO | 2022-04-28 → 2022-05-07 | Round trip | Ticketed | Alfozan Abdulrahman Mr, Mr . Abdulrahman Alfozan, Mr Abdulrahman Alfozan | — |
| 2022-05-01 | **UV359A** | Saudia | DMM → RUH | 2022-05-03 | One-way | Ticketed | ALFOZAN/ABDULRAHMAN MR, Alfozan Abdulrahman Mr, Mr. Abdulrahman Alfozan | 31.00 SAR |
| 2022-05-01 | **UVBR7I** | Saudia | RUH → JED | 2022-05-05 | One-way | Ticketed | ALFOZAN/ABDULRAHMAN MR, Alfozan Abdulrahman Mr, Mr. Abdulrahman Alfozan | 454.25 SAR |
| 2022-05-11 | **O6P4WG** | United | SFO → EWR | 2022-05-16 | One-way | Cancelled | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 568.60 USD |
| 2022-05-12 | **O2WMYJ** | United | SFO → EWR | 2022-05-16 | One-way | Cancelled | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, Abdulrahmanfozan Alfozan | 568.60 USD |
| 2022-05-15 | **GC8GSH** | United | SFO → EWR | 2022-05-16 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 361.60 USD |
| 2022-05-18 | **ARJ0CK** | United | BOS → SFO | 2022-05-23 | One-way | Cancelled | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, Abdulrahmanfozan Alfozan | 478.60 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | **EY3JK8** | United | BOS → SFO | 2022-05-23 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 349.60 USD |
| 2022-05-31 | **CWK15Q** | United | SFO → IAH | 2022-06-05 | One-way | Cancelled | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, Abdulrahmanfozan Alfozan | 368.60 USD |
| 2022-06-01 | **FJFC9K** | United | IAH → FRA → RUH → FRA → SFO | 2022-06-05 → 2022-06-08 | Multi-city | Cancelled | ALFOZAN/ABDULRAHMANFOZAN, Abdulrahmanfozan Alfozan | 2,319.83 USD |
| 2022-06-02 | **H1QE6J** | United | SFO → IAH | 2022-06-05 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 293.60 USD |
| 2022-06-04 | **LU7KB2** | Emirates | RUH → DXB → LGW | 2022-06-10 | One-way | Ticketed | ALFOZAN/ABDULRAHMANMR, Abdulrahman Alfozan | 4,800.00 Skywards Miles |
| 2022-06-04 | **OQ09T7** | United | IAH → FRA → RUH → SFO | 2022-06-05 → 2022-06-13 | Open-jaw | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 1,362.00 USD |
| 2022-06-14 | **M63E4C** | United | SFO → IAD → BOS → SFO | 2022-06-15 → 2022-06-16 | Round trip | Changed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, ABDULRAHMANFOZAN ALFOZAN | 600.60 USD |
| 2022-06-15 | **MPRN18** | United | SFO → IAD → BOS | 2022-06-15 → 2022-06-16 | One-way | Ticketed | ALFOZAN/ABDULRAHMANFOZAN, Abdulrahman Alfozan | 557.60 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-06-15 | **MRGQY7** | United | IAD → SFO | 2022-06-16 | One-way | Changed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 648.60 USD |
| 2022-06-27 | **3SIMKZ** MBV3Q578T | Saudia | RAK → JED → RUH | 2022-07-18 → 2022-07-19 | One-way | Ticketed | Abdulrahman Fozan Alfozan, Alfozan Abdulrahmanfozan | — |
| 2022-06-27 | **AN2VJ6** | United | SFO → LHR → FRA → SFO | 2022-07-11 → 2022-07-24 | Round trip | Changed | ALFOZAN/ABDULRAHMANFOZAN | 2,294.00 USD |
| 2022-06-27 | **K3RFCSZ** | easyJet | LGW → RAK | 2022-07-13 | One-way | Ticketed | Mr ABDULRAHMAN ALFOZAN | 169.97 GBP |
| 2022-08-30 | **UY7NNB** | Turkish Airlines | SFO → IST → HRG | 2022-09-20 → 2022-09-22 | One-way | Ticketed | ALFOZAN ABDULRAHMAN MR | 108.83 USD |
| 2022-09-07 | **TQPXZW** | Turkish Airlines | RUH → IST → SFO | 2022-10-01 | One-way | Ticketed | ALFOZAN ABDULRAHMAN MR | 244.33 USD |
| 2022-09-09 | **2S9BPT** | Southwest | SJC → PHX → SJC | 2022-10-02 → 2022-10-06 | Round trip | Changed | Abdulrahman Fozan Alfozan, ABDULRAHMAN, ALFOZAN | 385.96 USD |
| 2022-09-09 | **RB1G8G** JM5NKBG9X | flynas | HRG → RUH | 2022-09-24 | One-way | Ticketed | Abdulrahman Fozan Alfozan | — |
| 2022-10-19 | **PYSG2W** | Qatar Airways | SFO → DOH → RUH → | 2022-10-22 → 2022-10-30 | Round trip | Changed | Alfozan Abdulrahman Mr, Mr . Abdulrahman Alfozan | — |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | DOH → SFO | | | | | |
| 2022-12-13 | **MK06P6** | United | SFO → DFW → SFO | 2022-12-16 → 2022-12-18 | Round trip | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 11.20 USD |
| 2022-12-21 | **O2KEXV** | United | SFO → FRA → DMM → FRA → DEN → SFO | 2022-12-24 → 2023-01-07 | Round trip | Changed (reissued) | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 2,148.51 USD |
| 2022-12-21 | **RPAMG6** | Saudia | LHE → RUH | 2023-01-03 | One-way | Ticketed | Alfozan Abdulrahman Mr, Mr. Abdulrahman Alfozan | 206.53 USD |
| 2022-12-22 | **3QVYUV** QDMPH76GF | Saudia | LHE → RUH | 2023-01-03 | One-way | Cancelled | Alfozan Abdulrahmanfozan, Abdulrahman FOZAN Alfozan | — |
| 2022-12-24 | **UQKTJN** UQKTJN241222 | Oman Air | DMM → MCT → LHE | 2022-12-31 | One-way | Refund/credit | MR ABDULRAHMAN ALFOZAN, Abdulrahman Alfozan, ALFOZAN/ABDULRAHMAN MR | 590.00 SAR |
| 2023-01-12 | **3BKXIY** | Lufthansa | RUH → FRA | 2023-01-14 | One-way | Ticketed | Alfozan, Abdulrahmanfozan | — |
| 2023-01-17 | **JHMZTY** 191722352934 | Saudia | GVA → RUH | 2023-02-03 | One-way | Changed (reissued) | Alfozan Abdulrahman Mr, Abdulrahman Alfozan, Mr. Abdulrahman Alfozan | 300.45 CHF |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2023-01-17 | **NL42GS** | United | SFO → FRA → GVA → FRA → SFO | 2023-01-26 → 2023-02-18 | Round trip | Cancelled | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, Abdulrahmanfozan Alfozan | 1,588.78 USD |
| 2023-01-26 | **3U5XFH** | TAP | SFO → LIS → GVA | 2023-01-26 → 2023-01-27 | One-way | Changed (reissued) | Abdulrahman Alfozan | 977.45 USD |
| 2023-02-12 | **EH4N82** | United | RUH → FRA → SFO → FRA → RUH | 2023-02-19 → 2023-04-20 | Round trip | Changed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 1,160.51 USD |
| 2023-03-26 | **H3DFYY** | United | SFO → MIA → SFO | 2023-03-29 → 2023-03-31 | Round trip | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 11.20 USD |
| 2023-04-15 | **GZEPUY** | AirAsia | HKT → BKK | 2023-04-30 | One-way | Changed | Mr. Abdulrahman Alfozan | 2,282.98 THB |
| 2023-04-15 | **LKJLMQ** | Qatar Airways | RUH → DOH → HKT | 2023-04-24 → 2023-04-25 | One-way | Refund/credit | Mr. Abdulrahman Alfozan, Alfozan Abdulrahman Mr, Mr.Abdul Rahman | 2,402.00 SAR |
| 2023-04-15 | **NFJX7P** | United | BKK → | 2023-05-01 | One-way | Cancelled | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 1,103.45 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | NRT → SFO | | | | | |
| 2023-04-19 | **VVLBOS** | Qatar Airways | RUH → DOH → HKT | 2023-04-24 → 2023-04-25 | One-way | Ticketed | Mr. Abdulrahman Alfozan | 2,603.00 SAR |
| 2023-04-20 | **JQZWG6** | United | BKK → NRT → SFO | 2023-05-01 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 916.05 USD |
| 2023-05-04 | **ATNX62** | United | SFO → FLL | 2023-05-11 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 277.30 USD |
| 2023-05-04 | **WSAAFT** | JetBlue | FLL → SFO | 2023-05-14 | One-way | Ticketed | ABDULRAHMAN F ALFOZAN | — |
| 2023-05-08 | **UQAVW4** | Turkish Airlines | IST → MXP | 2023-07-21 | One-way | Ticketed | Mr. ABDULRAHMAN ALFOZAN, Ms. LUJAIN ALASSAF | 8,481.14 TRY |
| 2023-05-10 | **OR4JBJ** | United | SFO → BOS → YYZ → SFO | 2023-05-25 → 2023-05-29 | Round trip | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 966.56 USD |
| 2023-05-18 | **SVBXHP** 283111331725 | Saudia | RUH → IST → RUH | 2023-07-16 → 2024-01-16 | Round trip | Refund/credit | Alfozan Abdulrahman Mr, Alassaf Lujain Mrs, Abdulrahman Alfozan, Lujain Alassaf ... | 2,354.00 SAR |
| 2023-05-28 | **4JSBSK** | Air Canada | BOS → YYZ | 2023-05-28 | One-way | Ticketed | Abdulrahmanfozan Alfozan | — |
| 2023-06-06 | **L8JWRV** | United | SFO → FRA | 2023-07-03 → 2023-07-04 | One-way | Ticketed | ALFOZAN/ABDULRAHMANFOZAN, Abdulrahman Alfozan | 984.23 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | → RUH | | | | | |
| 2023-06-13 | **JERWQP** | Wizz Air | FCO → RUH | 2023-07-31 | One-way | Ticketed | Abdulrahman Alfozan, Lujain Alassaf | 269.96 EUR |
| 2023-06-21 | **QZJSRC** 263519282712 | Saudia | RUH → IAD → SFO | 2023-08-03 | One-way | Ticketed | Alassaf Lujain Assaf A Mrs, Alfozan Abdulrahman Fozan A Mr | — |
| 2023-08-02 | **PREK4F** | United | SFO → LHR | 2023-08-22 | One-way | Cancelled | Abdulrahman Alfozan, Lujain Alassaf, ALFOZAN/ABDULRAHMANFOZAN, ALASSAF/LUJAIN | 1,144.40 USD |
| 2023-08-09 | **OPM2UO** | French bee | SFO → ORY → SFO | 2023-08-28 → 2023-09-02 | Round trip | Ticketed | Abdulrahman Alfozan, Lujain Alassaf, Alassaf Lujain Mrs, Alfozan Abdulrahman Mr | 2,409.70 USD |
| 2023-10-04 | **VN2QDD** | Turkish Airlines | SFO → IST → RUH → IST → SFO | 2023-10-21 → 2023-10-27 | Round trip | Changed | Abdulrahman Alfozan | 1,047.56 USD |
| 2023-11-03 | **NEGMYW** GCHQ4T59K | Alaska | SFO → SEA → FAI → SEA → SFO | 2023-11-20 → 2023-11-25 | Round trip | Ticketed | Abdulrahman Alfozan, Lujain Alassaf | — |
| 2023-11-06 | **T4WDIM** | Turkish Airlines | SFO → IST → RUH → IST | 2023-12-13 → 2024-01-04 | Round trip | Changed | ABDULRAHMAN ALFOZAN, LUJAIN ALASSAF | 3,411.52 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | → SFO | | | | | |
| 2024-01-29 | **OPNYFH** | United | MIA → SFO | 2024-02-24 | One-way | Changed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 5.60 USD |
| 2024-01-29 | **OQ1HPM** | United | SFO → MEX → SFO | 2024-03-03 → 2024-03-09 | Round trip | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 618.50 USD |
| 2024-01-29 | **SYWKNH** | American | SFO → MIA | 2024-02-21 | One-way | Ticketed | Abdulrahman Alfozan | 5.60 USD |
| 2024-03-17 | **YVTFXJ** 48JS9RHX5 | Alaska | SFO → EWR | 2024-04-11 | One-way | Ticketed | ABDULRAHMAN | — |
| 2024-04-14 | **PGD6SX** | flynas | RUH → CAI | 2024-06-11 | One-way | Ticketed | Mr. Abdulrahman Alfozan, Mrs. Lujain Alassaf, MRS Lujain Alassaf | 4,609.62 SAR |
| 2024-05-12 | **JO8C44** | Saudia | JFK → RUH → JFK | 2024-06-06 → 2024-07-06 | Round trip | Ticketed | ALASSAF/LUJAIN ASSAF MS | — |
| 2024-05-12 | **YMHHKI** X3MHQTDKV | Alaska | SFO → JFK → SFO | 2024-06-05 → 2024-07-06 | Round trip | Ticketed | Lujain Alassaf | 896.02 USD |
| 2024-05-13 | **ON6FNS** | British Airways | RUH → LHR → RUH | 2024-06-19 → 2024-07-01 | Round trip | Changed | MRS LUJAIN ALASSAF | — |
| 2024-05-15 | **AN60G2** GCHP6R3FQ | United | SFO → IAD → LHR | 2024-05-23 → 2024-05-27 | Multi-city | Ticketed | Abdulrahman Alfozan | 1,087.57 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2024-05-22 | **OSZ4EF** | Nile Air | CAI → DMM | 2024-06-14 | One-way | Ticketed | ALFOZAN/ABDULRAHMAN MR, ALASSAF/LUJAIN MRS, Abdulrahman Alfozan, Lujain Alassaf | 131.22 USD |
| 2024-05-23 | **P3BJ6D** | French bee | ORY → SFO | 2024-06-25 | One-way | Ticketed | Alfozan Abdulrahman Mr (ADT) | 382.62 EUR |
| 2024-05-29 | **TWESO4** 293214282404 | Saudia | LHR → JED → RUH | 2024-06-02 → 2024-06-03 | One-way | Ticketed | ALFOZAN ABDULRAHMAN MR, Mr.Abdulrahman Alfozan | 285.89 GBP |
| 2024-05-31 | **KAPS9T** | Qatar Airways | DMM → DOH → AGP | 2024-06-17 | One-way | Refund/credit | Mr . Abdulrahman Alfozan | 2,811.00 SAR |
| 2024-06-06 | **OGKM53** | Qatar Airways | DMM → DOH → AGP | 2024-06-17 | One-way | Ticketed | Mr . Abdulrahman Alfozan | 2,118.00 SAR |
| 2024-06-27 | **O674XN** | United | SFO → LIH → SFO | 2024-07-18 → 2024-07-21 | Round trip | Cancelled | Abdulrahman Alfozan, Lujain Alassaf, ALFOZAN/ABDULRAHMANFOZAN, ALASSAF/LUJAINASSAF ... | 1,384.88 USD |
| 2024-06-27 | **OCPDEK** | United | SFO → LIH → SFO | 2024-07-18 → 2024-07-21 | Round trip | Ticketed | ALASSAF/LUJAINASSAF | 692.44 USD |
| 2024-06-30 | **G04G1W** | United | SFO → LIH → SFO | 2024-07-18 → 2024-07-21 | Round trip | Ticketed | ALASSAF/LUJAINASSAF, ALFOZAN/ABDULRAHMANFOZAN, Abdulrahman Alfozan, Lujain Alassaf | 1,204.84 USD |
| 2024-08-04 | **BH081V** | United | SFO → FRA → OLB | 2024-09-19 → 2024-09-26 | Round trip | Cancelled | Abdulrahman Alfozan, Lujain Alassaf, ALASSAF/LUJAINASSAF, ALFOZAN/ABDULRAHMANFOZAN ... | 3,410.00 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | → MUC → SFO | | | | | |
| 2024-08-18 | **E9F8R2** | United | SFO → MUC → SFO | 2024-08-28 → 2024-09-01 | Round trip | Ticketed | Lujain Alassaf, ALASSAF/LUJAINASSAF | 1,373.89 USD |
| 2024-10-06 | **TUWGYB** | Saudia | SFO → IAD → JED → RUH → JED → IAD → ? | 2024-10-24 → 2024-11-16 | Round trip | Ticketed | ALFOZAN/ABDULRAHMAN FOZAN A MR | — |
| 2024-10-06 | **TUXI2I** 293033180218 | Saudia | SFO → JFK → RUH → JFK → SFO | 2024-10-25 → 2024-11-16 | Round trip | Changed (reissued) | Alfozan Abdulrahman Fozan Mr | — |
| 2024-10-18 | **DMQJTH** | United | SFO → FRA → RUH | 2024-12-14 → 2024-12-15 | One-way | Cancelled | ALASSAF/LUJAINASSAF, LUJAINASSAF ALASSAF | 1,003.23 USD |
| 2024-11-19 | **M8TMDZ** 220829221335 | Saudia | RUH → GVA | 2024-12-27 | One-way | Ticketed | Ms.Lujain Alassaf | 358.93 USD |
| 2024-11-24 | **3TO2TF** VT4693DSJ | British Airways | GVA → LHR → PHX | 2025-01-02 | One-way | Changed | Abdulrahman Alfozan, Lujain Alassaf | 2,156.82 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | → SFO | | | | | |
| 2024-11-28 | **HF4PEC** | United | SFO → BOS → SFO | 2024-12-06 → 2024-12-08 | Round trip | Cancelled | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, ABDULRAHMANFOZAN ALFOZAN | 725.95 USD |
| 2024-12-01 | **N9T4SQ** | United | SFO → BOS → SFO | 2024-12-06 → 2024-12-08 | Round trip | Ticketed | ALFOZAN/ABDULRAHMANFOZAN, Abdulrahman Alfozan | 622.96 USD |
| 2024-12-15 | **E69X8G** | United | SFO → FRA → GVA | 2024-12-27 → 2024-12-28 | One-way | Cancelled | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, ABDULRAHMANFOZAN ALFOZAN | 1,105.70 USD |
| 2024-12-18 | **LV1BSC** | United | SFO → EWR → DXB → DMM | 2024-12-20 → 2024-12-21 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 1,739.23 USD |
| 2024-12-18 | **QCGC3R** 261216120327 | Saudia | JED → GVA | 2024-12-28 | One-way | Ticketed | Alfozan Abdulrahman Mr, Mr.Abdulrahman Alfozan | 219.93 USD |
| 2024-12-18 | **TENKWQ** | flynas | RUH → JED | 2024-12-28 | One-way | Ticketed | Mr. Abdulrahman Alfozan, Abdulrahman Alfozan | 310.33 SAR |
| 2024-12-22 | **G6GCKI** | flynas | RUH → DXB → RUH | 2024-12-25 | Round trip | Ticketed | Mr. Abdulrahman Alfozan | 818.96 SAR |
| 2024-12-22 | **OR4BXN** | Saudia | DMM → RUH | 2024-12-23 | One-way | Ticketed | Alfozan Abdulrahman Mr, Mr.Abdulrahman Alfozan | 57.90 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2025-01-19 | **S2LTS2** | Turkish Airlines | SFO → IST → RUH | 2025-02-07 → — | One-way | Refund/credit | Mr. ABDULRAHMAN ALFOZAN, ALFOZAN ABDULRAHMAN MR, ABDULRAHMAN ALFOZAN | 197.46 USD |
| 2025-01-27 | **JZOYXK** | American | SFO → MIA | 2025-02-19 | One-way | Cancelled + refund/credit | Abdulrahman Alfozan | 5.60 USD |
| 2025-02-02 | **QDI5AL** 261318051021 | Saudia | RUH → JED | 2025-02-13 | One-way | Ticketed | Alfozan Abdulrahman Mr, Mr.Abdulrahman Alfozan | 62.50 USD |
| 2025-02-09 | **WHEISX** | Qatar Airways | JED → DOH → SFO | 2025-02-16 | One-way | Ticketed | Alfozan Abdulrahman Mr, Mr . Abdulrahman Alfozan | 3,122.00 SAR |
| 2025-02-18 | **EXCCDI** | American | MIA → SJU | 2025-02-21 | One-way | Ticketed | Abdulrahman Alfozan | 224.00 USD |
| 2025-02-18 | **M0CT0V** | United | SJU → IAD → SFO | 2025-02-23 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 5.60 USD |
| 2025-02-18 | **OWJWAU** | American | SJU → PHL → SFO | 2025-02-25 | One-way | Ticketed | Lujain Alassaf | — |
| 2025-02-18 | **SMNWHV** | American | SFO → MIA | 2025-02-18 | One-way | Ticketed | Abdulrahman Alfozan | 438.48 USD |
| 2025-03-06 | **F1Z3T5** | United | SFO → EWR → SFO | 2025-03-31 → 2025-04-06 | Round trip | Ticketed | Lujain Alassaf, ALASSAF/LUJAINASSAF | 699.92 USD |
| 2025-07-04 | **JM4CCY** | United | SFO → MEL → SFO | 2025-07-11 → 2025-07-19 | Round trip | Cancelled + refund/credit | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN, ABDULRAHMANFOZAN ALFOZAN | 2,893.71 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2025-07-16 | **C7NUN4** 1004428633 | British Airways | SFO → LHR → PMI | 2025-08-08 → 2025-08-09 | One-way | Changed | ABDULRAHMAN F ALFOZAN, ABDULRAHMANF ALFOZAN | 706.70 USD |
| 2025-07-16 | **CECWDD** 1004428691 | American | PMI → MAD → SFO | 2025-08-16 | One-way | Ticketed | ABDULRAHMAN F ALFOZAN, Lujain Alassaf | 2,077.42 USD |
| 2025-10-05 | **TQIBU6** | Turkish Airlines | SFO → IST → RUH | 2025-10-24 → — | One-way | Changed (reissued) | ABDULRAHMAN ALFOZAN | 1,049.49 USD |
| 2025-11-07 | **T7ZSYV** | Turkish Airlines | SFO → IST → BOM → IST → SFO | 2025-11-20 → 2025-11-24 | Round trip | Changed | ABDULRAHMAN ALFOZAN | 2,243.99 USD |
| 2025-11-16 | **DRS05L** | United | SFO → IAD | 2025-11-25 | One-way | Changed (reissued) | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 463.48 USD |
| 2025-12-29 | **CCMTU2** | Southwest | LAS → SFO → LAS | 2026-01-04 → 2026-01-06 | Round trip | Ticketed | Abdulrahman Fozan Alfozan | 11.20 USD |
| 2025-12-30 | **BJMI7X** | Frontier | LAS → SFO | 2026-01-08 | One-way | Cancelled | Abdulrahman Alfozan | 169.98 USD |
| 2025-12-30 | **BYWHFW** | United | SFO → LAS | 2026-01-02 | One-way | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 5.60 USD |
| 2026-01-09 | **D7F4CT** 1011838586 | United | LAS → SJC | 2026-01-09 | One-way | Ticketed | ABDULRAHMAN F ALFOZAN | 429.49 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2026-02-22 | **8E8LXU** | Qatar Airways | DMM → DOH → SFO → DOH → DMM | 2026-05-22 → 2026-06-06 | Round trip | Cancelled + refund/credit | Alfozan Reem Fozan Ms, Alfozan Madawe Fozan Ms, Mrs. Jamelah saleh Alsanani, Ms. Madawe fozan Alfozan ... | — |
| 2026-02-22 | **TPB7EC** | Turkish Airlines | SFO → IST → RUH → IST → SFO | 2026-04-10 → 2026-04-18 | Round trip | Cancelled + refund/credit | ABDULRAHMAN ALFOZAN | — |
| 2026-02-23 | **CD0GRS** | United | SFO → OGG → SFO | 2026-04-22 → 2026-04-26 | Round trip | Changed (reissued) | Abdulrahman Alfozan, Lujain Alassaf, ALASSAF/LUJAINASSAF, ALFOZAN/ABDULRAHMANFOZAN ... | 830.42 USD |
| 2026-03-13 | **GFCTFJ** 1014769071 | American | SFO → MIA | 2026-03-25 | One-way | Cancelled | ABDULRAHMAN F ALFOZAN | 566.40 USD |
| 2026-03-15 | **IKTSW2** | United | SFO → MIA → SFO | 2026-03-25 → 2026-03-28 | Round trip | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 962.52 USD |
| 2026-06-12 | **ASWKV5** | United | SFO → MIA → SFO | 2026-06-13 → 2026-06-16 | Round trip | Ticketed | Abdulrahman Alfozan, ALFOZAN/ABDULRAHMANFOZAN | 11.20 USD |
| 2026-08-12 | **7W3K5C** | Qatar Airways | DMM → DOH | 2026-08-22 → 2026-09-04 | Round trip | Changed | Alfozan Madawe Fozan A Miss, Alfozan Reem Fozan A Miss, Miss . Madawe fozan a Alfozan, Miss . Reem fozan a Alfozan ... | — |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | → SFO → DOH → DMM | | | | | |
| 2026-08-12 | **7WDTZ4** | Qatar Airways | DMM → DOH → SFO → DOH → DMM | 2026-08-22 → 2026-09-18 | Round trip | Changed | Mrs . Jamelah saleh h Alsanani, AlsananiJamelah SalehH Mrs, Mrs. Jamelah Saleh H Alsanani | — |
| 2026-09-14 | **U6MWNL** | Turkish Airlines | SFO → IST → RUH | 2026-10-12 → 2026-10-13 | One-way | Cancelled + refund/credit | Mr. ABDULRAHMAN ALFOZAN, ABDULRAHMAN ALFOZAN | — |

### Method & limits

Sources: every airline / booking-site email in the mailbox since 1 Jan 2021 (United, Qatar, Turkish, Saudia, flynas, American, Southwest, Frontier, JetBlue, Alaska, Delta, BA, Lufthansa, Iberia, Emirates, Air Canada, EgyptAir, Oman Air and others, Chase Travel, Expedia, Amadeus e-ticket receipts). Emails were grouped by booking reference (PNR). "Booked on" = issue/purchase date on the ticket, or the confirmation email date. Trip type is computed from the original ticketed itinerary: round trip when it returns to the starting metro area (SFO/SJC/OAK count as one). Holds that were never paid, hotel/car-only Chase trips, and ancillary receipts (bags, seats, Wi-Fi) are excluded from counts but their emails are kept in the zip. Bookings made through a channel that didn't email this inbox won't appear. Amounts are as shown on the first ticket email and may exclude later changes.

Gmail **Lujain Alassaf <[redacted]>**

## Fwd: Rome -> Riyadh : Your travel itinerary: JERWQP

1 message

**Abdulrahman Alfozan <[redacted]>** Tue, Jun 13, 2023 at 2:03 AM
To: Lujain Alassaf <[redacted]>

---------- Forwarded message ---------
From: **noreply@wizzair.com** <noreply@wizzair.com>
Date: Mon, Jun 12, 2023 at 4:02 PM
Subject: Your travel itinerary: JERWQP
To: [redacted] <[redacted]>

WIZZ

FLIGHTS HOTEL CAR RENTALS MANAGE MY BOOKING TRANSFER PARKING

**Flight confirmation code:** **JERWQP**

### Passenger info

| Title | First name | Last name | Route | Cabin baggage | Checked-in bag | Seat |
|---|---|---|---|---|---|---|
| MR | Abdulrahman | Alfozan | FCO-RUH | 1/40x30x20<br>1/55x40x23 | 1/20kg | 4E |
| MS | Lujain | Alassaf | FCO-RUH | 1/40x30x20<br>1/55x40x23 | 1/20kg | 4F |

### Flight details

**GOING OUT** **Flight Number: W6 8393**

Departs from: Arrives to:
**Rome Fiumicino - Terminal 1 (FCO)** ➔**Riyadh - King Khaled Airport - Terminal 1 (F**
31/07/2023 12:35 31/07/2023 19:00







YOU ARE PROTECTED Book your car or hotel within 24 hours via these links to benefit. More info







## Payment summary

| Payment date | Payment method | Payment ID | Status | Base Amount and currency | Payment in selected currency |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 13/06/2023 | V2 | 298446692 | confirmed | 269.96 EUR | 269.96 EUR |

| Description | Total |
|---|---|
| Fare price | 61.99 EUR |
| Fare price | 61.99 EUR |
| Administration fee | 16 EUR |
| Middle/Wizz GO Fare fee | 129.98 EUR |
| **Grand total** | **269.96 EUR** |

## Reservation information

**Customer contact name:** MR Abdulrahman Alfozan
**Customer company:**
**Customer address:** [redacted]
**Confirmation code:** JERWQP
**Booking date:** 13/06/2023

Contact us

## Add travel services

### ASSIGNED SEATING

Wizz Air now operates assigned seating! It is still not too late to select Front row or Extra Legroom seats for added comfort.

UPGRADE SEATS

For more information click here

### WIZZ PRIORITY

Only passengers with WIZZ Priority will be able to bring their hand luggage (55x40x23cm, max. 10kg) onboard subject to boarding procedures at each airport.

ADD WIZZ PRIORITY

For more information click here

### CHECKED-IN BAGS

Add checked-in bags to your bookings. Wizz Air offers 10kg, 20Kg and 32Kg options.

ADD CHECKED-IN BAG

For more information click here

**Itinerary**

**This itinerary is a confirmation of your reservation and part of your electronic ticket. Your booking is now confirmed and you do not need to contact us before flying to re-confirm your travel arrangements. This ticket is issued as a ticket with fixed flight date. According to the tariff rules, all fares, taxes, charges and fees for other services for unused flights are non-refundable except as explicitly provided in the general conditions of carriage. All Wizz flights are economy-class only.**

**Travel documents**

Approved photographic ID **is required on all flights to comply with the requirements of your departure and destination countries. If you have checked-in online you must present the same travel documents given during the web check-in at airport security and boarding gate.**

**Children/Minors**

**If your reservation includes a child/minor please make sure you are aware of the rules of the departure country regarding children travelling abroad. Please make sure that you are in possession of all the necessary documents (eg. permissions from parents not travelling) required by that country. If you are travelling with an infant and have checked-in online, please print the infant's boarding card as you will need to present it at the boarding gate.**

**Changes of reservation**

**You can change the date, time and routing of your flight online or via the call centre and up to 3 hours prior to scheduled departure time. You will be required to pay change fee and any fare difference if applicable.**

**Claims**

**Acceptance of the baggage without complaint made before leaving the transit area and without completion of the Property Irregularity Report (PIR) is considered to be evidence that the baggage has been delivered in good condition and in accordance with the contract of carriage. For more information regarding baggage claim please refer to the proper section of the** general conditions of carriage.

**Complaints relating to the carriage by air (other than baggage claims) must be made in writing as soon as possible, after arrival of the flight in connection with which you would like to complain, but not later than within 2 months from discovering the circumstances giving rise to the complaint. You are liable for any loss or damage arising from the delay in making your complaint. Wizz Air will assess the complaint according to the general conditions of carriage effective on the day of the contract.**

**Medicine on Board**

**We kindly recommend taking any necessary MEDCINE on board with you which you might need during the flight. Keep medicine in your HAND LUGGAGE at all times in its original packaging, carry enough to last the duration of your trip and carry it in your HANDBAG for easy access. We kindly recommend that you inform your cabin crew of any ALLERGIES or ILLNESSES. Wear a Medic-Alert bracelet or necklace. Consider avoiding travelling alone if you have health problems.**

**Conditions of contract**

**Carriage is subject to the applicable tariffs. Please refer to the** general conditions of carriage **available on wizzair.com.**

**Liability**

**If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure, the Montreal Convention or the Warsaw Convention may be applicable. These conventions govern and in most cases limit the liability of carriers for death or personal injury and in respect of loss or damage to baggage. Please refer to the** general conditions of carriage **and applicable national and international legislation for complete information regarding air carriers' liability limits and claims procedures.**

ARE YOU INTERESTED IN OUR SPECIAL OFFERS? SIGN UP NOW!

**SUBSCRIBE**

| BOOKING INFORMATION | WIZZ SERVICES | NEED HELP? |
|---|---|---|
| How to book | Wizz Discount Club | Browse our FAQ to get instant answers |
| Changing your reservation | Privilege Pass | |
| Check-in and boarding | WIZZ Flex | |
| Children and infants | WIZZ for families | |

**This message is from Wizz Air Hungary Ltd.**
Postal address: Kőér street 2/A, Building B, Floors II-V, H-1103, Budapest, Hungary.
Metropolitan Court as Court of Registration, Reg.No.: 01-10-140174.
Tax number: 26648525-2-44.

**Privacy policy**
Your privacy is important to us. You can read more about our Privacy Policy here.

# EXHIBIT M

Letter of Lujain Alassaf to the Court (Oct. 16, 2026), with attachments

FILED UNDER SEAL

(lodged conditionally under seal with an administrative motion to seal)

Exhibit pages 125 to 130